ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006854

| STATE OF SOUTH CAROLINA | ) | IN THE COURT OF COMMON PLEAS |
|---|---|---|
| COUNTY OF CHARLESTON | ) | CIVIL ACTION 2024-CP-10- |

| | | |
|---|---|---|
| NEKEYA JONES, as Special Administrator of the Estate of D'ANGELO D. BROWN, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | SUMMONS |
| CHARLESTON COUNTY, | ) ) | (Jury Trial Requested) |
| Defendant. | ) ) ) | |

**TO THE DEFENDANT ABOVE-NAMED:**

**YOU ARE HEREBY SUMMONED** and required to answer the Complaint in this action, of which a copy is herewith served upon you, and to serve a copy of your Answer to said Complaint in the subscribed to James B. Moore III, EVANS MOORE, LLC, 121 SCREVEN STREET, GEORGETOWN, SOUTH CAROLINA, 29440 within THIRTY (30) DAYS after the service hereof, exclusive of the date of such service; and if you fail to answer the Complaint within the time aforesaid, judgment by default will be rendered against you for the relief demanded in the Complaint.

Respectfully Submitted,

s/ James B. Moore III
James B. Moore III, SC Bar #74268
Scott C. Evans, SC Bar #77684
George W. Bryan III, SC Bar #104088
Evans Moore, LLC
121 Screven Street
Georgetown, SC 29440
Telephone: (843) 995-5000

*Counsel for the Plaintiff*

December 27, 2024
Georgetown, SC 29440

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP100654

STATE OF SOUTH CAROLINA )    IN THE COURT OF COMMON PLEAS
                        )
COUNTY OF CHARLESTON    )    CIVIL ACTION 2024-CP-10-

NEKEYA JONES, as Special        )
Administrator of the Estate of D'ANGELO )
D. BROWN,                        )
                                 )
                 Plaintiff,      )
                                 )              COMPLAINT
v.                               )         (Jury Trial Requested)
                                 )
CHARLESTON COUNTY,               )
                                 )
                 Defendant.      )
_____)

The Plaintiff, Nekeya Jones, as Special Administrator of the Estate of D'Angelo D. Brown, deceased, complaining of the Defendant, would respectfully show unto this Honorable Court:

### PARTIES, JURISDICTION, AND VENUE

1. The Plaintiff, Nekeya Jones, is a citizen and resident of the County of Berkeley, State of South Carolina. Additionally, Nekeya Jones is the duly-appointed Special Administrator of the Estate of D'Angelo D. Brown, having been so appointed by the Berkeley County Probate Court on the 8th day of March, 2023, under case number 2023-ES-08-117.

2. The Defendant, Charleston County, is a political subdivision of the State of South Carolina as defined in Section 15-78-10 et seq. of the Code of Laws of South Carolina (1985), as amended. At all times hereinafter mentioned in this Complaint, this Defendant owned and/or operated the Charleston County Detention Center and it acted or carried on its business by and through its agents, servants, and/or employees, including the Charleston County Sheriff's Office. Additionally, during the time-period set forth in the Complaint, Defendant Charleston County had entered into a contract with Wellpath LLC to provide legally mandated and constitutionally

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006854

required healthcare services to all incarcerated individuals at the Charleston County Detention Center. During the time-period set out in the Complaint, these employees were operating within the scope of their officially assigned and/or compensated duties.

3.      The claims against Charleston County are filed pursuant to 42 U.S.C. § 1983.

4.      This Court has jurisdiction over this matter because the most substantial acts and omissions giving rise to liability occurred within Charleston County, South Carolina.

### FACTS

5.      The acts and occurrences which give rise to this action occurred while the Decedent was in the care and custody of the Defendant, within the Charleston County Detention Center.

6.      The Plaintiff's decedent, D'Angelo Brown, a 28-year-old man, was born and raised in Charleston, South Carolina. On December 29, 2022, Mr. Brown who was a pre-trial detainee, died from what was determined to be a homicide by gross medical neglect, while in the custody and care of Charleston County and the Charleston County Detention Center.

7.      Individuals who have a been charged with a crime but are presumed innocent, like Mr. Brown, possess a federal constitutional due process right to reasonable medical care and to be free of cruel, inhumane, and unusual punishment pursuant to the 14th Amendment of the United States Constitution.

8.      The Plaintiff is informed and believes that prior to the events in question, Charleston County had a pervasive, longstanding custom and practice of failing to provide access to constitutionally adequate medical and mental health care services to pre-trial detainees housed within its facility. In fact, Mr. Brown has been identified as one of seven pre-trial detainees who died at the Charleston County Detention Center between 2021 and 2022.

ELECTRONICALLY FILED - 2024 Dec27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

9.    Moreover, as reflected in the Quality Non-Conformance Reports attached as <u>Exhibit 1</u>, Charleston County was made aware of countless inmate grievances related to inadequate or non-existent medical services.

10.    In the wake of Mr. Brown's death, elected officials and other civil rights activists approached the U.S. Department of Justice in hopes that it would "investigate a potential pattern of civil rights violations at the Charleston County Detention Center[.]"[1]

11.    In November 2023, the U.S. Department of Justice issued an outreach flyer, which is attached hereto as <u>Exhibit 2</u>, notifying the public that it had opened an investigation into the Charleston County Detention Center. Specifically, the flyer provides:

## The Sheriff Al Cannon Detention Center Investigation

On November 2, 2023, the U.S. Department of Justice opened a civil investigation into the conditions inside the Sheriff Al Cannon Detention Center in Charleston, South Carolina.

Our investigation will examine whether the Sheriff Al Cannon Detention Center is engaging in a pattern or practice of violating the constitutional rights of individuals housed in the detention center through:

- its use of isolation,
- failing to provide constitutionally adequate medical and mental health care,
- failing to protect incarcerated individuals from excessive use of force, and/or
- discriminating against incarcerated individuals with disabilities in violation of the Americans with Disabilities Act.

12.    Pursuant to the Minimum Standards for Local Detention Facilities in South Carolina, every detention center in South Carolina must have a written agreement with a licensed physician or medical authority to ensure that its detainees receive access to reasonable and constitutionally

---

[1] Ema Rose Schumer, *Chorus Calls for DOJ to investigate Charleston jail conditions, health care*, The Post and Courier (March 26, 2023)

adequate medical and mental health care. On or about May 27, 2020, Charleston County entered a contract, which is attached hereto as Exhibit 3, with Wellpath LLC to provide medical services for the inmate population at the Charleston County Detention Center.

13.    During the time-period of Mr. Brown's brief detainment in 2022, Wellpath LLC was still providing medical care to the approximately 1,000 detainees located within the Charleston County Detention Center.

14.    Prior to the events in question, including Charleston County's execution of its contract with Wellpath LLC, Wellpath LLC had a well-known and well-documented history of providing allegedly unconstitutional and substandard medical services resulting in thousands of lawsuits throughout the country based on wrongful death, neglect, medical malpractice, and violations of constitutional rights. This information was made available to Defendant Charleston County when it contracted with Wellpath LLC on May 27, 2020.

15.    Upon information and belief, Wellpath LLC has a well-documented history of cutting costs at the expense of detainees' health and lives. A CNN investigative report entitled "PLEASE HELP ME before it's too late," from 2019 reviews lawsuits filed between 2014 and 2018 which accuse Wellpath LLC of contributing to more than 70 deaths. Furthermore, the Plaintiff is informed and believes Wellpath LLC has been the subject of a number of Department of Justice Civil Rights investigations.[2]  This information was available to Defendant Charleston County when it contracted with Wellpath LLC in 2020.

16.    The Plaintiff is informed and believes that it quickly became apparent to the Defendant Charleston County that Wellpath LLC was not delivering constitutionally adequate medical and

---

[2] On November 2, 2023, the U.S. Department of Justice opened a civil investigation into the conditions inside of the Charleston County Detention Center. The current investigation is focused on the detention center's failure to provide constitutionally adequate medical and mental health care to its incarcerated population.

mental health care to the detainees housed at the Charleston County Detention Center, but Defendant neglected to take appropriate action to ensure its detainees were receiving the appropriate medical care as required by the Minimum Standards for Location Detention Centers in South Carolina and the United States Constitution. Upon information and belief, Defendant Charleston County should have terminated its agreement with Wellpath LLC, or at minimum require that it cure its deficiencies, well before Mr. Brown's untimely death.

17.      In fact, Charleston County Sheriff Kristin Graziano has characterized the services provided by Wellpath LLC as "woefully inadequate."[3]

18.      On March 30, 2023, Sheriff Graziano issued a press release, with corresponding emails, which is attached hereto as Exhibit 4, providing a detailed timeline and supporting documentation of past concerns with Wellpath LLC's performance and Charleston County Sheriff's Office's notifications to Charleston County of those grave concerns dating back to at least May 2, 2022.

---

[3] Ema Rose Schumer, *Charleston County jail documented schizophrenic man's decline. Was his death preventable?*, The Post and Courier (Feb. 18, 2023), https://www.postandcourier.com/news/charleston-county-jail-documented-schizophrenic-man-s-decline-was-his-death-preventable/article_feec0f46-926a-11ed-b8c3-4bb467abdfe7.html

ELECTRONICALLY FILED - 2024 Dec27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006854

**Timeline of concerns with Wellpath and CCSO actions to seek new options**

- On May 2, 2022, then-jail Chief/Director Abigail Duffy raised the alarm with county administration that CCSO had "grave concerns" with the county's contracted medical provider, Wellpath. On May 18, Duffy asked Charleston County to send out a new Request for Proposal for the 2023 period. CCSO Contracts Manager Daniela Zyskowski shared with Duffy, who ultimately passed it on to County, a list of complaints and non-compliance concerns jail staff had documented between Feb. 14 and May 17, 2322.

---

- The following day, on May 19, Zyskowski requested from County more guidance on how to submit non-compliance notices to the County moving forward. She had been informed previously from County that a Word document would suffice.
- On June 15, Zyskowski shared with CCSO legal counsel Nicole Paluzzi the concerns she shared with Duffy about interactions she had received with the county contracts manager.
- *For clarity* – emails around June 27 from Duffy involve Wellpath and the contracted facility housekeeping vendor and a dispute over contracted services.
- On Sept. 10, Duffy informs county contracts manager Barrett Tolbert that CCSO has an interest in working with the Medical University of South Carolina as a state non-competitive bidder for the jail.
- On Oct. 31, Paluzzi sends an email to County Administrator Bill Tuten to discuss approval of the non-competitive bid proposal with MUSC.
- In late December, a great deal of problems arise out of the MAT program, and the Charleston Center pulls out of the project due to their continued concerns with Wellpath. Also around this time, MUSC expresses concerns with the prior dialysis subcontractor with Wellpath.
- On Jan. 10, 2023, County sends an invitation to for-profit medical contractors for a mandatory pre-bid conference. County does not include MUSC in the invitation despite knowing CCSO would like MUSC to submit a bid.
- On Jan. 11, Paluzzi asks to meet with county legal to force Wellpath's compliance or to move in a different direction.
- On Jan. 12, Paluzzi tells county legal that CCSO is exploring options to provide competent care on an emergency basis with another vendor.
- On March 9, Paluzzi writes to the county contracts office that some of DCSO's original language for the medical vendor RFP was removed multiple times despite us bringing this to county's attention. CCSO wanted specific language in the RFP to accommodate a vendor such as MUSC to ensure ease of transfer of medical records to and from the jail infirmary and the hospital.
- On March 21, now-special projects manager Duffy writes to Tolbert that CCSO believes none of the three vendors who responded to the RFP can fulfill the needs of jail residents.
- On March 23, Paluzzi extends a formal invitation to Councilman Pryor and the rest of County Council to take a tour of the jail and to view the documents included in this release. This formal invitation came on the heels of Pryor's comments in the most recent council meeting, directing county legal to draft a letter to the DOJ.
- On March 27, Paluzzi calls for county contracts to put the RFP back out for bid, despite county moving forward with the highest-scoring bidder.

19.    As specifically noted in the timeline above, on May 2, 2022, Chief Abigail Duffy, Charleston County Detention Center's Director, warned numerous employees and representatives of Charleston County of her "grave concerns" with continuing to contract with Wellpath LLC:

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

From: Abigail Duffy <a.duffy@charlestoncounty.org>
Sent: Monday, May 02, 2022 5:25 AM
To: LaShanda W. Hicks <LWHicks@charlestoncounty.org>; Anna Weston <AWeston@charlestoncounty.org>; Rabina Haselden <rhaselden@charlestoncounty.org>; Michael Bailey <mbailey@charlestoncounty.org>; Daniela Zyskowski <dzyskowski@charlestoncounty.org>
Cc: Charles L. Wiggins <CWiggins@charlestoncounty.org>; LaZana D.Evans <LDEvans@charlestoncounty.org>; Kristin Graciano <kgraciano@charlestoncounty.org>; Mindy L. Furai <MFurai@charlestoncounty.org>
Subject: RE: 5435 -- Procurement Contract is going to Expire in 90 days.

All,

I have grave concerns about continuing with Wellpath. They have been in the news for dereliction resulting in a death in February (I believe) and we continue to have repetitive problems with them. Regardless of right to cure notices, their reputation has significantly decreased in the last year alone, and it wasn't high to start with. I believe that we should have a discussion on this matter and bring legal to the table as well. I know that time is short, but a contract extension may be in order while we rebid this contract. In short, they have done nothing to alleviate the concern that they are a liability generally.

Abbey

20.    Chief Duffy unambiguously notified Charleston County that her staff experienced "repetitive problems" with Wellpath LLC and that its reputation was "significantly decreas[ing] in the last year alone, and **it wasn't high to start with**."

21.    On May 18, 2022, Chief Abigal Duffy provided the County with an extensive list of specific instances of substandard care provided by Wellpath and further warned Charleston County that "[g]iven the increasingly terrible reputation [Wellpath is] making for themselves, I am greatly concerned about the County's liability in continuing to contract with them."

ELECTRONICALLY FILED - 2024 Dec27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

From: Abigail Duffy <ADuffy@charlestoncounty.org>
Sent: Wednesday, May 18, 2022 12:24 PM
To: LaShanda W. Hicks <LWHicks@charlestoncounty.org>; Charles L. Wiggins <CWiggins@charlestoncounty.org>;
Barrett J. Tolbert <BTolbert@charlestoncounty.org>
Cc: Nicole L. Peluzzi <NPaluzzi@charlestoncounty.org>; Edward L. Knisley <ELKnisley@charlestoncounty.org>; Kristin
Graziano <kgraziano@charlestoncounty.org>
Subject: FW: WellPath

Chuck,

As requested, here is a short and incomplete list of issues with Wellpath. Staffing remains a problem; they keep
asking me to allow them to hire persons with different professional levels than contracted for (lower level
professionals  and I keep telling them to get you a contract amendment proposal for all of us to consider). I
spoke briefly with Ed last night about the issues that they are having in other facilities (the closest being Richland
with 2 deaths from dehydration during detox). Given the increasingly terrible reputation they are making for
themselves, I am greatly concerned about the County's liability in continuing to contract with them. I know that
nothing can be done about the upcoming year, but I would like to formally request at this point that an RFP be
sent out for solicitation for the 2023 renewal period. If I could get the last RFP that was put out so that I can start
to review it and amend the scope where necessary, I would greatly appreciate it. I will have Anna begin to go
through our records and pull more incidents and get that spreadsheet together.

Abbey

Chief Abigail Duffy
Detention Chief
Charleston County Sheriff's Office

22.     Despite Chief Duffy's alarm sounding and warning to Charleston County officials about
the inadequate care being provided by Wellpath, which was in violation of the inmate population's
constitutional rights, no immediate and necessary action was taken.  Pre-trial detainees of the
Charleston County Detention Center, including Mr. Brown, continued to suffer and die.

23.     Dr. Paul Drago served as the Medical Director for Wellpath LLC at the Charleston County
Detention Center during the time-period of Mr. Brown's detainment.  Upon information and belief,
prior to being hired in this capacity, Dr. Drago had been the subject of multiple disciplinary actions
by the North Carolina and South Carolina Medical Boards.  For example, Dr. Drago's medical
license was "indefinitely suspended" in North Carolina based on the Board's finding that he had a
"physical inability to practice safely" and for "substandard care, among other misconduct."  He
was thereafter publicly reprimanded by the South Carolina Medical Board on February 22, 2010
and was restricted to only working at "sites within the South Carolina Department of Corrections."

His license was suspended again on November 30, 2015. According to public records, the 2015 suspension was as a result of Dr. Drago being arrested and charged with Kidnapping and Criminal Domestic Violence of a High and Aggravated Nature. It was also revealed that Dr. Drago had engaged in domestic violence during his first marriage, which resulted in a misdemeanor criminal charge. The South Carolina Medical Board determined that Dr. Drago "engaged in the habitual or excessive use or abuse of drugs, alcohol, or other substances that impair[ed] his ability to practice Medicine safely and/or competently." It was further determined by the Board that Dr. Drago "engaged in dishonorable, unethical, or unprofessional conduct that is likely either to deceive, defraud, and harm the public." As a result, on May 15, 2017, Dr. Drago's medical license in South Carolina was once again suspended, this time for a period of five years. Dr. Drago's medical license was reinstated on July 13, 2022, and he was promptly hired by Wellpath LLC and Charleston County Sheriff's Department to serve as a medical director at the Charleston County Detention Center. According to the South Carolina Medical Board's reinstatement order, Wellpath was required to submit a report to the Board of Medical Examiner every thirty (30) days regarding Dr. Drago's medical knowledge, his clinical skills, and his record keeping skills. Upon information and belief, this did not occur.

24.　　The Plaintiff is informed and believes that despite this notice, Charleston County permitted Wellpath LLC to hire and retain Dr. Drago as a medical director and continued to contract with Wellpath LLC for delivery of medical services to the individuals housed within the Charleston County Detention Center.

25.　　On August 10, 2022, Mr. Brown was arrested and booked at the Charleston County Detention Center.

26.　　Although physically healthy, Mr. Brown had a long and well-documented history of mental illness, including diagnoses of schizophrenia and bipolar disorder, and had received associated

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006854

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

treatment with antipsychotic medications (e.g., Risperdal, Haldol, and Zyprexa), a mood-stabilizer (e.g., Depakote), an antidepressant (e.g., Mirtazapine), and medication to treat side-effects (e.g., Benztropine). At the time of his booking, Mr. Brown's history of mental illness, which required extensive medication management for stabilization, was well-known to Charleston County and the Charleston County Detention Center.

27.    Upon information and belief, from the time-period of Mr. Brown's arrest through his death on December 29, 2022, Mr. Brown was subject to inhumane neglect and deplorable living conditions while housed at the Charleston County Detention Center which directly contributed to his death.

28.    On the fourth day of Mr. Brown's detainment, he specifically informed a correctional officer that he required his prescribed medication. Upon information and belief, no one complied with his request and Mr. Brown was not prescribed, nor did he receive, any of his psychiatric medications while detained at the Charleston County Detention Center.

29.    Additionally, it was reported that on August 14, 2022, Mr. Brown was "combative, paranoid, rambling, and nonsensical," and that he had been unable to eat "due to loss of balance and being unable to walk to reach his food." Additionally, Mr. Brown submitted a "request to staff" wherein he informed staff that he was hungry and had not received a meal in 88 hours. On August 25, 2022, Mr. Brown submitted another "request to staff" where he reported that he was "really scared for [his] life."

30.    Upon information and belief, Mr. Brown's physical and mental health continued to rapidly deteriorate while detained in an isolated cell within the Behavioral Management Unit (hereinafter referred to as "BMU") at the Charleston County Detention Center. On September 2, 2022, it was reported that he was refusing meals, was naked, and appeared agitated. By September 6, 2022, a correctional officer noted that he was "smearing feces and exhibiting off and unusual behavior."

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

It was further reported that his cell was "filled with water, urine, and feces." On September 7, 2022, Mr. Brown was reported to be "yelling, uncooperative, paranoid" and was observed banging on the wall, yelling, and rambling "unintelligible words and phrases." On September 8, 2022, correctional staff reported that Mr. Brown was "still in the same condition naked, yelling, banging on the door, cell filled with water/feces and urine."

31.    On September 9, 2022, correctional staff reported that Mr. Brown appeared to have "lost a lot weight" and "needs to be seen by mental health/medical badly."

32.    On September 10, 2022, it was noted that Mr. Brown's "hygiene and appearance have been declining tremendously," that he was refusing to eat, and that he "stands in his cell naked and plays with water."

33.    On September 11, 2022, Mr. Brown was observed to be "disorganized and disoriented" and lying in urine. Additionally, he continued to refuse to eat and had not been provided any access to his prescribed antipsychotic medications.

34.    Later that day on September 11, 2022, Mr. Brown was transported to MUSC via EMS due to "altered mental status." Records confirmed that he was observed "laying in his urine, not eating or drinking, evidencing severe agitation, and picking paint off of the walls." His skin was noted to be "covered in paint chips and dried feces." He was diagnosed with several serious medical conditions consistent with prolonged abuse and neglect, to include but not be limited to, acute encephalopathy, leukocytosis, starvation ketoacidosis, rhabdomyolysis, and a urinary tract infection.

35.    While at MUSC, his agitation was controlled with Zyprexa and Klonopin (benzodiazepine sedative), and he was transitioned to Depakote in anticipation of discharge back to the Charleston County Detention Center.

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

36.     Realizing the seriousness of Mr. Brown's condition, on September 20, 2022, MUSC obtained an Order from the Charleston County Probate Court, that decreed, among other things, that Mr. Brown was to receive involuntary outpatient treatment for a period not to exceed 12 months.

37.     On September 20, a psychiatrist at MUSC, Dr. David Beckert, spoke with Dr. Paul Drago, informing him the Charleston County Probate Court ordered continued hospitalization and ongoing involuntary medication treatment. Upon information and belief, Dr. Drago assured Dr. Beckert and MUSC that Mr. Brown's medication regimen, which included intramuscular injections, would continue once Mr. Brown returned to the Charleston County Detention Center.

38.     Wellpath LLC has written policies, procedures, and protocols that give Wellpath employees authority to administer involuntary emergency psychotropic medications in the event that a psychiatric emergency exists and further authorizes the administration of involuntary psychotropic medications if a court order allowing said involuntary administration has been issued.

39.     Charleston County also has a specific policy allowing for the involuntary administration of psychotropic medications even in the absence of a court order.  However, in practice, upon information and belief Charleston County and Charleston County Sheriff's Office have a custom, practice, and unwritten policy of not administering involuntary medications, no matter the circumstances.

40.     Mr. Brown remained hospitalized at MUSC until September 29, 2022.  At the time of discharge, it was reported that his "agitation significantly improved," but that he still required "occasional intramuscular injections" as needed.  He was discharged with intramuscular injections, Depakote, remaining doses of Klonpin, and Trazadone.

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

41.     Although Mr. Brown was hospitalized from September 11 through September 29, 2022, correctional officers erroneously reported in his records that Mr. Brown received his "meal tray and juice," when in fact was not present at the detention center at all.

42.     Additionally, during the time of Mr. Brown's hospitalization at MUSC, nursing staff employed by and through Wellpath LLC documented that Mr. Brown was "refusing" medical care to include wound care and vital assessments despite the fact that he was not present at the detention center, constituting a falsification of medical records by Wellpath LLC.

43.     Upon information and belief, Mr. Brown never received his prescribed psychiatric medications once he was discharged back to the Charleston County Detention Center despite the Charleston County Probate Court's Involuntary Commitment Order, Wellpath LLC and Dr. Drago's acknowledgement of Mr. Brown's need for intramuscular medications, along with Charleston County Detention Center and Wellpath protocols and state and federal law permitting involuntary administration of medications.

44.     Without his medications, Mr. Brown's psychosis became increasingly unmanageable, and he again deteriorated.

45.     Mr. Brown was evaluated upon his return from being hospitalized at MUSC. His primary illness was mislabeled as a personality disorder; an assertion that was contradicted by well-documented manic and psychotic symptoms and the diagnoses of the MUSC psychiatric and medical team.  Upon information and belief, this mislabeling of Mr. Brown's severe psychiatric condition was intentional, as individuals diagnosed with simply a "personality disorder" do not benefit from psychotropic medications.

46.     On September 29, 2022, Mr. Brown was placed in a restraint chair for roughly 130 minutes for being uncooperative.  On October 3, 2022, it was reported that he had urine and feces in his cell.  On October 30, October 31, and November 5, it was reported that his cell window was

covered in feces. On November 6, 2022, Mr. Brown was extracted from his cell for cleaning as his cell had been "heavily soiled with feces." On November 8, 2022, he was observed "naked, growling, disorganized with flight of ideas." His cell was again described as being covered in urine and feces. He was unable to provide answers to basic questions. It was further noted that he was not sleeping, not eating, and had been smearing feces for several months.

47.     On November 8, 2022, a psychiatrist hired by Wellpath LLC noted Mr. Brown had been in the BMU for several months due to bizarre behavior. The psychiatrist noted intramuscular Zyprexa had been ordered if he refused oral medication, but intramuscular Zyprexa was not in the medicine administration records and a second opinion from a physician had not been obtained. She recommended involuntary commitment to the state hospital. The psychiatrist made no mention that Mr. Brown had been involuntarily committed to MUSC in September due to his severe mental illness and there was a prior order for him to receive involuntary intramuscular medications. Additionally, despite policies requiring that he be assessed on at least a weekly basis, Mr. Brown was not re-assessed for over a month.

48.     On November 11, 2022, it was reported, and entered into Mr. Brown's records, that he had been observed "eating feces and he had it all in teeth." On November 12, 2022, he was reported to be yelling and "jumping around the cell all night shift." The ingestion of feces by a mental health patient is openly life-threatening behavior, and this behavior ultimately contributed to Mr. Brown's preventable death. Despite knowledge that he was ingesting feces, no actions were taken to provide him with medical attention or care.

49.     On November 30, 2022, the Director of Mental Health at the Charleston County Detention Center was notified by Mr. Brown's public defender, Megal Ehrlich, Esq., that Mr. Brown remained detained within his isolated cell, naked and covered in feces. He was also advised that

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

Mr. Brown had been in this condition "for quite some time" and that he had not been evaluated by a psychiatrist since returning to the detention center from MUSC.

50.     On December 11, 2022, it was again charted that his cell was "covered with feces and urine." It was also reported that he appeared emaciated in appearance. Additionally, correctional staff purportedly made multiple requests to that Mr. Brown be transferred to the "bubble" or infirmary within the medical unit so he could be "housed in medical for observation." It was reported that Mr. Brown had suffered "extreme weight loss" and that the entire BMU correctional staff "was very concerned for his health." Despite multiple reports regarding concerns of Mr. Brown's deteriorating condition to Wellpath LLC, no reasonable actions were taken to ensure that his open, obvious, and serious medical needs, including starvation, were addressed.

51.     On December 13, 2022, Mr. Brown's public defender, Attorney Ehrlich, was notified by the Charleston County Detention Center that Mr. Brown remained "in the same cell and the condition" as described on November 30, 2022.

52.     Upon information and belief, "Weekly Mental Health" meetings regarding mentally ill detainees housed with the Behavioral Management Unit were held at the Charleston County Detention Center. Mr. Brown was the focus of the discussion during each weekly meeting starting in October of 2022 through December 20, 2022. During each meeting it was discussed that Mr. Brown was not on his prescribed medications, that he needed intramuscular medications, that his "problems" were escalating, that he was smearing feces, and that his "last documented shower" was on August 26. 2022. Upon information and belief, the last "Weekly Mental Health" meeting took place on December 20, 2022. Despite actual knowledge that Mr. Brown was deteriorating, no necessary medical and mental health intervention was provided to him.

53.     On December 14, 2022, Mr. Brown underwent a "competency evaluation" by Sheresa Christopher, Ph.D. and Alicia Gibson, Psy.D. on behalf of the Department of Mental Health. The

competency evaluation was performed "virtually" due to Mr. Brown's condition. During this virtual evaluation, Mr. Brown was reported to be rocking back and forth, opening his mouth and pulling on his ears, and striking the cell wall at times. It was noted that Mr. Brown was covered in feces as were the walls of his cell. The evaluation ended as the symptoms experienced by Mr. Brown "could not be fully assessed given his presentation." It was ultimately determined that Mr. Brown lacked the mental capacity to stand trial due to his psychosis. However, it was also determined that his symptoms were consistent with a diagnosis of schizophrenia yet "treatable with psychiatric medication." Although he was deemed incompetent, it was the opinion of the evaluators that Mr. Brown would "likely to be restored to competency with psychiatric medication in the foreseeable future."

54.      Shortly after the competency hearing was completed, Mr. Brown was ordered to undergo treatment through the South Carolina Department of Mental Health for up to 180 days for observation and treatment to restore his competency to stand trial. This Order was executed on December 15, 2022. Unfortunately, Mr. Brown never received this treatment prior to his death.

55.      On December 19, 2022, it was reported that Mr. Brown had "smeared feces and urine about his cell walls, doors, floor, ceiling, and body." It was further reported that he continued to refuse medications.

56.      On December 20, 2022, Officer Jamal Singleton was working within the BMU. Upon information and belief, Officer Singleton observed Mr. Brown in a psychotic state and knew or should have known that he was critically ill. He observed Mr. Brown located in a filthy cell, covered in feces. He noted that Mr. Brown was experiencing extreme weight loss and was not eating. According to Officer Singleton, Mr. Brown appeared "very confused" through the night of December 20, 2022, but was "breathing."

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006854

57.     During the time period of Mr. Brown's detainment, he was in a perpetual state of escalating psychosis which was severely taxing on his physical wellbeing.  During Mr. Brown's brief detainment, he interacted with dozens of individuals employed by Charleston County, the Charleston County Sheriff's Office, and the Charleston County Detention Center.  Mr. Brown was clearly in need of emergent medical and mental health care, none of the County Charleston employed individuals took emergent action.  Pursuant to its duties subscribed by the Fourteenth Amendment, Charleston County, by and through its direct agents and employees, had a constitutional and moral obligation to secure emergent health services for Mr. Brown if his condition merited such action.  From September 29, 2022 through December 20, 2022 Mr. Brown's condition perpetually escalated and there are countless instances as set forth above that unquestionably merited the provision of Emergency Medical Services.  However, Plaintiff is informed and believes that despite Charleston County's constitutional obligations to provide reasonable and constitutionally adequate medical and mental health care, including emergent healthcare when necessary, there was a policy, custom, and practice at the Charleston County Detention Center that forbid correctional staff from calling outside Emergency Medical Services, even when an inmate was blatantly in acute distress, in a deliberate effort to reduce costs, thereby demonstrating deliberate indifference to inmates' serious medical needs.

58.     At approximately 6:00 am on December 21, 2022, Sgt. Michelle Walker-Ryner entered BMU to relieve Defendant Singleton.  Officer Singleton informed Sgt. Walker-Ryner that he had been watching Mr. Brown "through the night" and that "something did not seem right about him."  Upon information and belief, Officer Singleton was mandated, pursuant to Charleston County Detention Center's policies and procedures, to observe Mr. Brown at least every thirty (30) minutes.  Mr. Brown's medical needs were open and obvious, and any reasonable correctional officer would have known that he needed medical intervention.  In fact, as soon as Sgt. Walker-

ELECTRONICALLY FILED - 2024 Dec27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

Ryner observed Mr. Brown during her initial security check, she immediately noticed that he was unresponsive and called for emergency medical intervention.

59.    Shortly thereafter, Sgt. Singleton and several nurses entered Mr. Brown's cell. Mr. Brown was alive but unresponsive and was thereafter transferred to the emergency room at MUSC for life-saving medical intervention.

60.    Mr. Brown was documented as weighing 220 lbs at the time of his booking on August 19, 2022. According to EMS records on December 21, 2022, his weight was documented as 120 lbs. This extreme weight loss is consistent with his appearance, the multiple reports of "extreme weight loss," and the fact that he had been refusing meals for several months.

61.    Upon admission to MUSC, Mr. Brown was hypotensive and "cold to touch." It was reported to MUSC that Mr. Brown was "found down in solitary confinement," "slumped over and unresponsive" in his "cell for an unknown period of time." It was further charted that the "officer at bedside reports that he was "acting different since last Friday (December 16, 2022)."

62.    In the emergency room, Mr. Brown remained bradycardic and unresponsive. He was also very hypothermic (temperature low at 82.4 degrees F), and his breathing was "very shallow" and "slow" between 4-6 breaths/minute with need for urgent intubation and ventilation due to apnea/respiratory failure and altered mental status.

63.    In addition to his acute airway insufficiency, Mr. Brown's initial lab studies reflected multiple abnormalities, which were consistent with life-threatening conditions caused by abuse extreme neglect, including:

    a.  Hypothermia;

    b.  Severe dehydration;

    c.  Acute kidney injury (AKI); his elevated Cre (1.8) was reflective of AKI, which was likely due to "hypovolemia" (depleted fluid volume secondary to dehydration);

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000654

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

d. Acute liver injury, as his AST/SGOT (1,110), AFT/SGPT (873), and ammonia (91.4) levels were all elevated with this injury "likely" being due to his being in hypovolemic shock;

e. Severe malnutrition, as demonstrated dramatic weight loss[4] and lowered levels of total protein (5.2) and albumin (2.3);

f. Lactic acidosis and septic versus hypovolemic shock were also felt to be present due to his increased lactate (6.7) level and "+E.coli enteritis and +BDG";

g. Other conditions noted on arrival included encephalopathy, thrombocytopenia (lowered platelet count @ 65), which was likely caused by "septic shock," and anemia (low Hgb (12.1). Mr. Brown also tested positive for MSSA.

64. Upon information and belief, Mr. Brown never regained consciousness and was pronounced dead at MUSC on December 29, 2022. Given the clear signs of neglect, an autopsy was ordered.

65. Upon information and belief, despite Defendant Charleston County's knowledge that Mr. Brown died from complications of neglect, it refrained from notifying authorities, including the South Carolina Law Enforcement Division, for a criminal investigation.

66. The independent autopsy reflected that Mr. Brown's death was a homicide and that "neglect played a role in the decedent's deteriorating health which led to his death." Review of the "period in custody prior to his last presentation reveals that the decedent did not receive psychiatric treatment (medications) and the decline in his health was not adequately addressed."

67. Charleston County had actual and constructive knowledge that the healthcare being provided at the Charleston County Detention Center was inadequate and in violation of the inmate

---

[4] Correctional staff indicated that it was not known how long Mr. Brown had been without food.

population's constitutional rights. Charleston County also had actual and constructive knowledge that Wellpath LLC was specifically incapable of handling the needs of Mr. Brown and other similarly situated pre-trial detainees. Charleston County further had actual and constructive knowledge of Mr. Brown's deteriorating condition and acted in blatant disregard of his health and life by failing to intervene on his behalf and ensuring he had access to reasonable medical attention. Charleston County acted with conscious and deliberate indifference to the basic, obvious, and serious medical needs of Mr. Brown and the entire inmate population of Charleston County Detention Center, and as a result, Mr. Brown suffered numerous personal injuries, conscious pain and suffering, and eventually died.

68.     On March 20, 2023, Charleston County Coroner, Bobbi Jo O'Neal, released the cause and manner of Mr. Brown's death.   The cause of death was determined to be E. Coli EAEC sepsis with septic shock and multiple organ system failure due to "gross medical neglect." The manner of death was deemed to be Homicide.

### Violation Of Federal Civil Rights 42 U.S.C. § 1983 pursuant to *Monell*

69.     The Plaintiff reiterates each and every relevant allegation stated above as if repeated verbatim herein.

70.     At all times relevant herein, Defendant Charleston County was a county government acting under the color of state law and are named herein for violating Mr. Brown's constitutional rights

71.     At all relevant times, Mr. Brown had clearly established rights under the United States Constitution which included:

    a.   to be free from government conduct that shocks the conscience;

    b.   to be free from cruel and unusual punishment;

    c.   to be free from deliberate indifference to a substantial risk of serious harm;

    d.   to be free from state created danger;

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000834

ELECTRONICALLY FILED - 2024 Dec27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000834

e.  to bodily integrity; and

f.  to receive adequate medical and mental health care and to be free from deliberate indifference to medical needs.

72.  Charleston County had a longstanding, pervasive practice and custom of failing to obtain and provide adequate and constitutionally mandated healthcare to the inmate population at the Charleston County Detention Center as shown by the inordinate amount of injuries and deaths of pre-trial detainees during the time period of Wellpath's contract with Charleston County. Charleston County's practice and custom is so pervasive that the U.S. Department of Justice was forced to launch its own pattern and practice investigation into the provision of medical and mental health care offered at the Detention Center. At the time Charleston County Contracted with Wellpath LLC, Charleston County had actual and constructive knowledge of Wellpath LLC's abhorrent record of failing to provide constitutionally appropriate correctional healthcare. Because of Charleston County's custom and practice of deliberate indifference to the healthcare needs of inmates within the Charleston County Detention Center, Wellpath LLC was hired despite its known ineptitude. Defendant Charleston County's custom and practice resulted in the deaths of at least seven (7) pre-trial detainees between 2021 and 2022, as well as an unquantifiable number of constitutional violations as it relates to inmate healthcare which did not result in death. Defendant Charleston County's custom and practice of failing to obtain and provide adequate and constitutionally mandated healthcare manifests deliberate indifference to the health and safety of all inmates and mental health patients in its custody. Defendant Charleston County's custom and practice manifested itself in deliberate indifference to the health and safety of Mr. Brown, resulting in his untimely, senseless, and preventable demise.

73.  Upon information and belief, Defendant Charleston County failed to supervise and appropriately investigate instances of Wellpath LLC's inadequate provision of healthcare services

ELECTRONICALLY FILED - 2024 Dec27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

to the Charleston County Detention Center. As early as May 2, 2022, Chief Abigail Duffy, Charleston County Detention Center's Director, warned numerous employees and representatives of Charleston County of her "grave concerns" with continuing to contract with Wellpath LLC. Over the next month, Chief Duffy made clear that Wellpath LLC's care was so poor that she was concerned about the County's liability. Despite Defendant's actual knowledge that Wellpath LLC's provision of healthcare services to the inmate population at the Charleston County Detention Center was woefully inadequate, in violation of the inmates' constitutional rights, and was likely to lead to civil and/or criminal liability for Charleston County, Charleston County took no action to further investigate, closely monitor, supervise, reprimand, or timely remedy the known issues with Wellpath LLC. Defendant Charleston County's failure to supervise Wellpath LLC or investigate and timely remedy the issues with Wellpath LLC renders Charleston County complicit in Wellpath LLC's misconduct and manifests deliberate indifference to the health and safety of all inmates and mental health patients in its custody. Defendant Charleston County's failure manifested itself in deliberate indifference to the health and safety of Mr. Brown and made the Defendant complicit in his untimely, senseless, and preventable demise.

74.     Upon information and belief, Defendant Charleston County maintained and enforced an unwritten policy directing corrections officers and other employees at the Charleston County Detention Center to withhold outside Emergency Medical Services from inmates experiencing acute medical distress or requiring urgent care, in a deliberate effort to reduce costs, thereby demonstrating deliberate indifference to inmates' serious medical needs. Defendant Charleston County's unwritten policy manifested itself in conscious and deliberate indifference to the health and safety of Mr. Brown, and the implementation of this unwritten policy actually caused and resulted in his untimely, senseless, and preventable demise.

75. Upon information and belief, Defendant Charleston County failed to provide proper training or instruction pertaining to the treatment of mentally ill individuals housed within the Charleston County Detention Center. Specifically, Defendant failed to train correctional staff and others regarding appropriate protocols and procedures applicable to involuntary medication procedures and emergency medical situations. The failure to offer or require appropriate training despite the obvious need demonstrates a gross disregard for the rights of all persons, particularly mentally ill persons, housed in within the Charleston County Detention Center, particularly in light of Charleston County's well documented notification of Wellpath LLC's deficient provision of healthcare. Under the circumstances, Wellpath LLC's known and documented failure to provide adequate healthcare, and given the duties assigned to corrections officers at Charleston County Detention Center, the need to train officers on emergent health situations is obvious, and the Defendant's inadequate or nonexistent training was sure to result in the constitutional violations alleged in this action. Defendant Charleston County's failure to train its correctional staff manifests deliberate indifference to the health and safety of all inmates and mental health patients in its custody. Defendant Charleston County's failure to train its correctional staff manifested itself in deliberate indifference to the health and safety of Mr. Brown who was an actively psychotic patient in dire need of involuntary medications and emergent medical attention which he was not receiving from correctional healthcare providers. Defendant Charleston County's failure to train its correctional staff manifested itself in deliberate indifference to the health and safety of Mr. Brown, resulting in his untimely, senseless, and preventable demise.

76. The unconstitutional conduct described herein was objectively unreasonable and deliberately indifferent to the rights of Mr. Brown.

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

77.     As a direct and proximate result of the above constitutional violations, Mr. Brown suffered prolonged conscious pain and suffering, great emotional distress, and a senseless, preventable, untimely death.

78.     Further, Mr. Brown's heirs at law and statutory beneficiary have suffered and continue to suffer the loss of Mr. Brown's life, and have incurred damages for grief, shock, sorrow, and emotional distress.

79.     As a direct and proximate result of the unconstitutional patterns and practices of the Defendant, the decedent suffered deprivations of his rights secured by the Fourth, Eighth, and Fourteenth Amendments to the United States Constitution. Additionally, as a direct result of the above, the decedent suffered needlessly and ultimately died.

80.     As a result of the above, the Plaintiff seeks an award of ACTUAL, CONSEQUENTIAL, and PUNITIVE DAMAGES from the Defendant.

**DEMAND FOR JURY TRIAL**

**WHEREFORE**, the Plaintiff hereby requests a trial by jury on all of the issues that have been or may hereafter be raised in any of the pleadings. Plaintiff further seeks judgment against Defendant for:

a.   actual and consequential damages as to Defendant Charleston County;

b.   punitive damages as to Defendant Charleston County;

c.   reasonable attorney fees, costs, and expenses pursuant to 42 U.S.C. § 1988 and other applicable law;

d.   the costs and disbursements of this action;

e.   such other and further relief as this Court deems just and proper.

Respectfully Submitted,

s/ James B. Moore III

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006854

James B. Moore III, SC Bar #74268
Scott C. Evans, SC Bar #77684
George W. Bryan III, SC Bar #104088
Evans Moore, LLC
121 Screven Street
Georgetown, SC 29440
Telephone: (843) 995-5000

*Counsel for the Plaintiff*

December 27, 2024
Georgetown, SC 29440

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006854

# Exhibit 1

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006854



Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

**CHARLESTON**
**■ COUNTY ■**
SOUTH CAROLINA

Office: 843-529-7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave
North Charleston, SC 29405

# Quality Non-Conformance Report

**Non-Conformance #:** DC-22-002

**Date:** 5/26/2022                    **Date of complaint:** 5/25/2022

**Contractor/ Vendor: WellPath**        **Contract No:** 5443

**Location: Charleston County Detention Center**   **Address: 3841 Leeds Ave, North Charleston, SC 29405**

**Pictures and/ or documentation attached:** Yes ☒  No ☐

**Description of Non-Conformance:**
Resident ▨▨▨▨ in B1A filed grievance that he never received medication for that day and his shoulder was in extreme pain.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath HSA.

**Follow up required:** Yes ☒  No ☐              **Review within** ___2___ **weeks / months**

Contracts Manager Signature                     Vendor's Signature

**Date of review:** _____              **Findings:** Improved ☐  Same ☐  Worse ☐

**Notes:**

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006854

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006354



Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

Office: 843-529-7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave
North Charleston, SC 29405

# Quality Non-Conformance Report

**Non-Conformance #:** DC-22-001

**Date:** 5/26/2022        **Date of complaint:** 5/25/2022

**Contractor/ Vendor: WellPath**      **Contract No:** 5443

**Location: Charleston County Detention Center**    **Address: 3841 Leeds Ave, North Charleston, SC 29405**

**Pictures and/ or documentation attached:** Yes ☒ No ☐

**Description of Non-Conformance:**
Resident ▮▮▮▮ in B1A filed grievance that he did not receive his medication in the morning.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath HSA.

**Follow up required:** Yes ☒ No ☐        **Review within** ___2___ **weeks / months**

Contracts Manager Signature            Vendor's Signature

**Date of review:** _____        **Findings:** Improved ☐ Same ☐ Worse ☐

**Notes:**

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854



**Daniela Zyskowski**
Contracts Manager
Charleston County Sheriff's Office

Office: 845-529-7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave
North Charleston, SC 29405

# Quality Non-Conformance Report

**Non-Conformance #:** DC-22-003

**Date:** 5/26/2022                    **Date of complaint:** 5/26/2022

**Contractor/ Vendor: WellPath**              **Contract No:** 5443

**Location: Charleston County Detention Center**   **Address:** 3841 Leeds Ave, North Charleston, SC 29405

**Pictures and/ or documentation attached:** Yes ☒ No ☐

**Description of Non-Conformance:**
Resident          in A1C filed grievance that he was not receiving proper wound care. Resident explained that
doctor put him on wound care for five days but after the five days was completed his wound had not healed.
Informed that daytime nurses would ensure him they were going to return with bandages but then did not. Nurse
Short informed resident if he does not receive it during the day it is considered refusal by resident.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath HSA.

**Follow up required:** Yes ☒ No ☐               **Review within** ___2___ **weeks / months**

_____  _____                  _____ __ ____
Contracts Manager Signature                          Vendor's Signature

**Date of review:** _____            **Findings:** Improved ☐ Same ☐ Worse ☐

Notes:

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006354

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006854



**CHARLESTON**
■ **COUNTY** ■
SOUTH CAROLINA

Office: 843-529-7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave
North Charleston, SC 29405

**Daniela Zyskowski**
Contracts Manager
Charleston County Sheriff's Office

# Quality Non-Conformance Report

**Non-Conformance #:** DC-22-004

**Date:** 5/26/2022          **Date of complaint:** 6/1/2022

**Contractor/ Vendor:** WellPath          **Contract No:** 5443

**Location: Charleston County Detention Center**    **Address:** 3841 Leeds Ave, North Charleston, SC 29405

**Pictures and/ or documentation attached:** Yes ☐ No ☒

**Description of Non-Conformance:**
Resident       filed grievance regarding feeling ignored about pain in hand and arm. Explained that he was given ibuprofen but was not seen by a doctor and needs an x ray.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath USA.

**Follow up required:** Yes ☒ No ☐         **Review within** ___2___ **weeks / months**

_____          _____
Contracts Manager Signature         Vendor's Signature

**Date of review:** _____      **Findings:** Improved ☐ Same ☐ Worse ☐

**Notes:**

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000654



Danicla Zyskowski
Contracts Manager
Charleston County Sheriff's Office

**CHARLESTON**
■ **COUNTY** ■
SOUTH CAROLINA

Office: 843-529-7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave
North Charleston, SC 29405

# Quality Non-Conformance Report

**Non-Conformance #:** DC-22-005

**Date:** 6/2/2022                    **Date of complaint:** 6/1/2022

**Contractor/ Vendor: WellPath**          **Contract No:** 5443

**Location: Charleston County Detention Center**   **Address: 3841 Leeds Ave, North Charleston, SC 29405**

**Pictures and/ or documentation attached:** Yes ☐ No ☒

**Description of Non-Conformance:**
Resident ╳ filed grievance that a nurse did not come with his meds the night prior, 5/31.

_____

_____

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath HSA.

_____

**Follow up required:** Yes ☒ No ☐          **Review within** ___2___ **weeks / months**

_____                    _____
Contracts Manager Signature                 Vendor's Signature

**Date of review:** _____          **Findings:** Improved ☐ Same ☐ Worse ☐

**Notes:**

_____

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854



**CHARLESTON**
■ **COUNTY** ■
SOUTH CAROLINA

Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

Office: 843-529-7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave
North Charleston, SC 29405

## Quality Non-Conformance Report

**Non-Conformance #:** DC-22-006

**Date:** 6/3/2022                    **Date of complaint:** 6/2/2022

**Contractor/ Vendor: WellPath**        **Contract No:** 5443

**Location: Charleston County Detention Center**   **Address: 3841 Leeds Ave, North Charleston, SC 29405**

**Pictures and/ or documentation attached:** Yes ☐  No ☒

**Description of Non-Conformance:**
Resident          . filed grievance that he requested on 4/19 to be seen for pain in his right shoulder. Resident shared that he was seen on 4/20 and the medical person he saw didn't examine shoulder but gave him Tylenol and told him she ordered an x ray. Resident confirms that he requested an exam or x ray on 5/5 and on 5/9 the grievance was closed out without a response and without seeing him. Resident claims he filed two more on 5/21 and 5/30, and both times has still been neglected. Resident still needs to be seen for pain in right shoulder.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath HSA.

---

**Follow up required:** Yes ☒  No ☐        **Review within \_\_\_1\_\_ weeks / months**

_____        _____
Contracts Manager Signature            Vendor's Signature

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

**Date of review:** _____        **Findings:** Improved ☐  Same ☐  Worse ☐

**Notes:**

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854



**Daniela Zyskowski**
Contracts Manager
Charleston County Sheriff's Office

Office: 843-529-7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave
North Charleston, SC 29405

## Quality Non-Conformance Report

**Non-Conformance #: DC-22-007**

**Date:** 6/13/2022

**Date of complaint:** 6/8/2022

**Contractor/ Vendor: WellPath**

**Contract No:** 5443

**Location: Charleston County Detention Center**   **Address: 3841 Leeds Ave, North Charleston, SC 29405**

**Pictures and/ or documentation attached:** Yes ☐  No ☒

**Description of Non-Conformance:**
Per DHEC: For one (1) of three (3) medical records reviewed, medications were not administered in accordance with the orders of the legally authorized healthcare provider for Patient A, admitted 04/22/21 - Humulin R Regular U-100 unit/ml. Injection Solution: give o unit subcutaneouous Diabetic BID AM & PM for 90 days. Not documented on electronic Medical Administration Record (eMAR) as given and or refused (blank) at 6 AM on 04/10/22, 04/15/22, 04/24/22, 04/25/22 and 5 PM on 04/08/22, 04/13/22, 04/14/22, 04/18/22, 04/19/22, 04/23/22, 04/27/22, and 04/28/22. Per staff, Patient A has pattern of refusing medication. There was no documentation available for review of Refusal of Services, pursuit to the Facility's Wellpath Charleston County Detention Center Policies & Procedures title: HCD-100_D-20 Medication Service, Section 6. Procedure: Section 6.3.2 (p.2)" The Quality Health Care Professional (QHP) will note that the medication was refused" and Refusal of Services (p.6) "Refusal of Service form will be completed for patients refusing medications after 4 refusals in a 7 day period or patient has a pattern of refusals".

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath HSA.

**Follow up required:** Yes ☒  No ☐          **Review within ___2___ weeks / months**

*Daniela Zyskowski*
Contracts Manager Signature                              Vendor's Signature

**Date of review:** _____     Findings: Improved ☐  Same ☐  Worse [ ]

**Notes:** _____
_____

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006354

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854



Office: 843-529-7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave.
North Charleston, SC 29405

Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

# Quality Non-Conformance Report

**Non-Conformance #:** DC-22-009

**Date:** 6/16/2022                          **Date of complaint:** 6/10/2022

**Contractor/ Vendor:** WellPath          **Contract No:** 5443

**Location: Charleston County Detention Center**   **Address:** 3841 Leeds Ave, North Charleston, SC 29405

**Pictures and/ or documentation attached:** Yes ☐ No ☒

**Description of Non-Conformance:**
Resident ████ filed grievance that they have been submitting requests to medical since April and have not been responded to, until he was informed that he denied them on 4/16, 5/15/, and 5/16, but resident refutes, that nobody called to see them.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath HSA.

**Follow up required:** Yes ☒ No ☐                **Review within** ___ 2 ___ weeks / months

_Daniela Zyskowski_
Contracts Manager Signature                        Vendor's Signature

● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ●

**Date of review:** _____      **Findings:** Improved ☐ Same ☐ Worse ☐

**Notes:**

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006854



Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

Office: 843-529-7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave
North Charleston, SC 29405

# Quality Non-Conformance Report

**Non-Conformance #:** DC-22-011

**Date:** 6/16/2022                    **Date of complaint:** 6/11/2022

**Contractor/ Vendor: WellPath**        **Contract No:** 5443

**Location: Charleston County Detention Center    Address: 3841 Leeds Ave, North Charleston, SC 29405**

**Pictures and/ or documentation attached:** Yes ☐   No ☒

**Description of Non-Conformance:**
Resident          filed request to have blood drawn and was told they needed to be checked for diabetes.
Resident confirmed that nobody ever went to see him and his stomach is swelling and he is in constant pain.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath HSA.

**Follow up required:** Yes ☒  No ☐                 **Review within** ___2___ weeks / months

_Daniela Zyskowski_
Contracts Manager Signature                          Vendor's Signature

**Date of review:** _____               **Findings:** Improved ☐  Same ☐  Worse ☐

Notes:

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006854



Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

Office: 843-529-7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave
North Charleston, SC 29405

## Quality Non-Conformance Report

**Non-Conformance #:** DC-22-013

**Date:** 6/16/2022                    **Date of complaint:** 6/14/2022

**Contractor/ Vendor: WellPath**       **Contract No:** 5443

**Location: Charleston County Detention Center   Address:** 3841 Leeds Ave, North Charleston, SC 29405

**Pictures and/ or documentation attached:** Yes ☐  No ☒

**Description of Non-Conformance:**
Resident            filed grievance that has submitted three requests to be seen by medical due to pain in his chest and stomach area and has still not been seen, as of a month ago.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath HSA.

**Follow up required:** Yes ☒  No ☐           **Review within** ___2 _ **weeks / months**

_Daniela Zyskowski_____
Contracts Manager Signature                    Vendor's Signature

**Date of review:** _____           **Findings:** Improved ☐  Same ☐  Worse ☐

**Notes:**

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854



Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

Office: 843-529-7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave.
North Charleston, SC 29405

# Quality Non-Conformance Report

**Non-Conformance #:** DC-22-014

**Date:** 6/16/2022

**Date of complaint:** 6/14/2022

**Contractor/ Vendor:** WellPath

**Contract No:** 5443

**Location: Charleston County Detention Center**   Address: 3841 Leeds Ave, North Charleston, SC 29405

**Pictures and/ or documentation attached:** Yes ☐  No ☒

**Description of Non-Conformance:**
Resident _____ filed grievance that he has been request help because he cannot see out of his left eye properly since January and has yet to be seen by anyone.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath HSA.

**Follow up required:** Yes ☒  No ☐

**Review within __2_ weeks / months**

_Daniela Zyskowski_ _____
Contracts Manager Signature

_____     _____
Vendor's Signature

**Date of review:** _____

**Findings:** Improved ☐  Same ☐  Worse ☐

**Notes:** _____

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006854



Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

Office: 843-529-7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave.
North Charleston, SC 29405

## Quality Non-Conformance Report

**Non-Conformance #:** DC-22-014

**Date:** 6/16/2022                    **Date of complaint:** 6/14/2022

**Contractor/ Vendor: WellPath**        **Contract No:** 5443

**Location: Charleston County Detention Center**   **Address: 3841 Leeds Ave, North Charleston, SC 29405**

**Pictures and/ or documentation attached:** Yes ☐  No ☒

**Description of Non-Conformance:**
Resident            filed grievance with medical that he has been requested to be seen for his eye issues since April and has yet to be seen.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath HSA.

**Follow up required:** Yes ☒  No ☐          **Review within** ___ 2 _ **weeks / months**

_Daniela Zyskowski_____  ___
Contracts Manager Signature                    Vendor's Signature

**Date of review:** _____                      **Findings:** Improved ☐  Same ☐  Worse ☐

**Notes:**

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854



Office: 843-529-7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave
North Charleston, SC 29405

Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

# Quality Non-Conformance Report

**Non-Conformance #: DC-22-008**

**Date:** 6/15/2022                    **Date of complaint:** 6/15/2022

**Contractor/ Vendor: WellPath**          **Contract No: 5443**

**Location: Charleston County Detention Center    Address: 3841 Leeds Ave, North Charleston, SC 29405**

**Pictures and/ or documentation attached:** Yes ☐  No ☒

**Description of Non-Conformance:**
Security Sergeant informed that MA Bell in WellPath was in one of the units and took resident ML171's food tray and warmed it up for him. Security Sergeant verified this on camera footage. Confirmed that this has been an ongoing issue.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath HSA.

**Follow up required:** Yes ☒  No ☐          **Review within ___2___ weeks / months**

___Daniela Zyskowski_____
Contracts Manager Signature                    Vendor's Signature

**Date of review:** _____          **Findings:** Improved ☐  Same ☐  Worse ☐

**Notes:**



Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

Office: 843-529-7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave
North Charleston, SC 29405

## Quality Non-Conformance Report

**Non-Conformance #:** DC-22-010

**Date:** 6/16/2022                          **Date of complaint:** 6/15/2022

**Contractor/ Vendor: WellPath**          **Contract No:** 5443

**Location: Charleston County Detention Center**   **Address:** 3841 Leeds Ave, North Charleston, SC 29405

**Pictures and/ or documentation attached:** Yes ☐ No ☒

**Description of Non-Conformance:**
Resident _____ filed grievance that they made a medical request to be seen for his leg and back, was informed his request was under review, then the grievance was closed out with no explanation. Resident affirms that Nurse Burch told them they'd be seen the following week, but they were not.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath HSA.

**Follow up required:** Yes ☒ No ☐                **Review within** _ _2_ weeks / months

__Daniela Zyskowski_____    ____      _____  ____
Contracts Manager Signature                         Vendor's Signature

**Date of review:** _____  __              **Findings:** Improved ☐ Same ☐ Worse ☐

**Notes:**

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006354



Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

Office: 843-529-7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave
North Charleston, SC 29405

# Quality Non-Conformance Report

**Non-Conformance #:** DC-22-012

**Date:** 6/16/2022        **Date of complaint:** 6/15/2022

**Contractor/ Vendor:** WellPath        **Contract No:** 5443

**Location: Charleston County Detention Center**    **Address:** 3841 Leeds Ave, North Charleston, SC 29405

**Pictures and/ or documentation attached:** Yes ☐ No ☒

**Description of Non-Conformance:**
Resident      : filed grievance that dialysis provider Carrie Fable allowed him to cramp intentionally for 25 minutes. Resident shared that Carrie argued with him that because he was unable to sit up, he needed to lay down. Resident shared that Carrie refused to give him any saline because the line would not reach him, even though she could have moved him closer. Resident shared that once he began to yell for help and the doctor and deputy came rushing on, Carrie finally moved closer so the saline line could reach him.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath HSA.

**Follow up required:** Yes ☒ No ☐        **Review within** ___2__ weeks / months

_Daniela Zyskowski_____        __ ._____
Contracts Manager Signature          Vendor's Signature

**Date of review:** _____        **Findings:** Improved ☐ Same ☐ Worse ☐

**Notes:**

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854



Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

**CHARLESTON**
**COUNTY**
SOUTH CAROLINA

Office: 843-529-7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave
North Charleston, SC 29405

# Quality Non-Conformance Report

**Non-Conformance #:** DC-22-015

**Date:** 7/5/2022                                  **Date of complaint:** 6/30/2022

**Contractor/ Vendor:** WellPath                  **Contract No:** 5443

**Location:** Charleston County Detention Center   **Address:** 3841 Leeds Ave, North Charleston, SC 29405

**Pictures and/ or documentation attached:** Yes ☐ No ☒

**Description of Non-Conformance:**
Housing Team 4 reported that at 0100, in A1D, bottom floor never received morning or afternoon meds. At 0320 in A3L, bottom floor residents finally received meds that should have been distributed at 2048.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath HSA who filed a Plan of Action.

**Follow up required:** Yes ☐ No ☒                **Review within** ____ weeks / months

_Daniela Zyskowski_
Contracts Manager Signature                        Vendor's Signature

**Date of review:** _____              **Findings:** Improved ☐ Same ☐ Worse ☐

**Notes:**

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854



Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

Office: 843-529-7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave
North Charleston, SC 29405

# Quality Non-Conformance Report

**Non-Conformance #:** DC-22-016

**Date:** 7/5/2022        **Date of complaint:** 7/5/2022

**Contractor/ Vendor:** WellPath        **Contract No:** 5443

**Location: Charleston County Detention Center**    **Address:** 3841 Leeds Ave, North Charleston, SC 29405

**Pictures and/ or documentation attached:** Yes ☐ No ☒

**Description of Non-Conformance:**
Accreditation Coordination was in medical lab area week prior that was left opened. When she walked in and checked the cabinets, they were unlocked even though they are supposed to be locked. She took a pair of the metal forceps from the cabinet and as of today the discrepancy has yet to be reported by medical, suggesting that they have not been taking count as they are supposed to daily.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath USA.

**Follow up required:** Yes ☐ No ☒        **Review within** _____ **weeks / months**

__*Daniela Zyskowski*____      _____     _____ ___ _____
Contracts Manager Signature            Vendor's Signature

●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

**Date of review:** _____        **Findings:** Improved ☐   Same ☐   Worse ☐

**Notes:**

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854



Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

Office: 843-529-7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave.
North Charleston, SC 29405

# Quality Non-Conformance Report

**Non-Conformance #:** DC-22-018

**Date:** 7/5/2022                    **Date of complaint:** 7/5/2022

**Contractor/ Vendor:** WellPath              **Contract No:** 5443

**Location: Charleston County Detention Center**   **Address:** 3841 Leeds Ave, North Charleston, SC 29405

**Pictures and/ or documentation attached:** Yes ☐  No ☒

**Description of Non-Conformance:**
Accreditation Coordination reported that she has been requesting documentation to complete NCCHC folders since May 13, 2022 from WellPath. She sent them a list on June 6, 2022 listing documents needed for compliance. She has yet to receive any of the documents.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath HSA.

**Follow up required:** Yes ☐  No ☒              **Review within** _____ **weeks / months**

_Daniela Zyskowski_  _____          ___  _____
Contracts Manager Signature                Vendor's Signature

**Date of review:** _____         **Findings:** Improved ☐  Same ☐  Worse ☐

**Notes:**

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006854



**Daniela Zyskowski**
Contracts Manager
Charleston County Sheriff's Office

Office: 843-329-7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave
North Charleston, SC 29405

## Quality Non-Conformance Report

**Non-Conformance #:** DC-22-019

**Date:** 7/5/2022                    **Date of complaint:** 7/5/2022

**Contractor/ Vendor: WellPath**          **Contract No:** 5443

**Location: Charleston County Detention Center   Address:** 3841 Leeds Ave, North Charleston, SC 29405

**Pictures and/ or documentation attached:** Yes ☐  No ☒

**Description of Non-Conformance:**
Accreditation Coordination reported that on 6/14 she took a sharp from the lab after finding the area unsecured and the cabinets with sharps unlocked. The missing sharp was not reported until 6/24.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath HSA.

**Follow up required:** Yes ☐  No ☒            **Review within ____ weeks / months**

*Daniela Zyskowski* _____          _____  _____
Contracts Manager Signature                          Vendor's Signature

● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ●

**Date of review:** _____          **Findings:** Improved ☐  Same ☐  Worse ☐

**Notes:**

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854



**Daniela Zyskowski**
Contracts Manager
Charleston County Sheriff's Office

**CHARLESTON**
■ **COUNTY** ■
SOUTH CAROLINA

Office: 843-529-7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave
North Charleston, SC 29405

# Quality Non-Conformance Report

**Non-Conformance #:** DC-22-020

**Date:** 7/5/2022        **Date of complaint:** 7/5/2022

**Contractor/ Vendor: WellPath**        **Contract No:** 5443

**Location: Charleston County Detention Center**    **Address:** 3841 Leeds Ave, North Charleston, SC 29405

**Pictures and/ or documentation attached:** Yes ☐ No ☒

**Description of Non-Conformance:**
Accreditation Coordination reported that a drill was conducted on 6/21/22 at 6:15pm. Medical did not arrive on scene until 8 minutes after response was called. Furthermore, when they arrived, they did not have any emergency equipment with them. This is a violation of both NCCHC and ACA as both standards require a four minute response time.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath HSA.

**Follow up required:** Yes ☐ No ☒        **Review within** _____ **weeks / months**

_Daniela Zyskowski_        _____
Contracts Manager Signature            Vendor's Signature

**Date of review:** _____        **Findings:** Improved ☐ Same ☐ Worse ☐

**Notes:**

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1008854



**Daniela Zyskowski**
Contracts Manager
Charleston County Sheriff's Office

Office: 843-529-7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave.
North Charleston, SC 29405

# Quality Non-Conformance Report

**Non-Conformance #:** DC-22-021

**Date:** 7/5/2022                    **Date of complaint:** 7/5/2022

**Contractor/ Vendor:** WellPath          **Contract No:** 5443

**Location: Charleston County Detention Center**   Address: 3841 Leeds Ave, North Charleston, SC 29405

**Pictures and/ or documentation attached:** Yes ☐  No ☒

**Description of Non-Conformance:**
Accreditation Coordination reported that new WellPath staff hired are not completing the forty hour minimum training acquired by ACA.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath HSA.

**Follow up required:** Yes ☐  No ☒          **Review within _____ weeks / months**

*Daniela Zyskowski* _____          _____  _____
Contracts Manager Signature                Vendor's Signature

**Date of review:** _____          **Findings:** Improved ☐  Same ☐  Worse ☐

Notes:



Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

Office: 843-529-7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave
North Charleston, SC 29405

# Quality Non-Conformance Report

**Non-Conformance #:** DC-22-024

**Date:** 7/11/2022                    **Date of complaint:** 7/6/2022

**Contractor/ Vendor:** WellPath         **Contract No:** 5443

**Location: Charleston County Detention Center   Address: 3841 Leeds Ave, North Charleston, SC 29405**

**Pictures and/ or documentation attached:** Yes ☐  No ☒

**Description of Non-Conformance:**
End of shift report concluded that there was no infirmary nurse all shift.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath HSA.

**Follow up required:** Yes ☐  No ☒               **Review within _____ weeks / months**

*Daniela Zyskowski*
Contracts Manager Signature                        Vendor's Signature

**Date of review:** _____            **Findings:** Improved ☐  Same ☐  Worse ☐

**Notes:**

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854



Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

Office: 843-529-7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave
North Charleston, SC 29405

## Quality Non-Conformance Report

**Non-Conformance #:** DC-22-022

**Date:** 7/7/2022                    **Date of complaint:** 7/7/2022

**Contractor/ Vendor: WellPath**           **Contract No:** 5443

**Location: Charleston County Detention Center**   **Address: 3841 Leeds Ave, North Charleston, SC 29405**

**Pictures and/ or documentation attached:** Yes ☐  No ☒

**Description of Non-Conformance:**
Received report that nurses did not distribute evening medication due 7/6 until the morning of 7/7, at 4:45am.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath HSA.

**Follow up required:** Yes ☐  No ☒            **Review within** ____ **weeks / months**

_Daniela Zyskowski_____            _____
Contracts Manager Signature                 Vendor's Signature

■■■■◄◄•◄•■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

**Date of review:** _____   ___            **Findings:** Improved ☐  Same ☐  Worse ☐

**Notes:** _____   _____



ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

Office: 843-529-7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave
North Charleston, SC 29405

Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

**CHARLESTON**
**COUNTY**
SOUTH CAROLINA

# Quality Non-Conformance Report

**Non-Conformance #:** DC-22-023

**Date:** 7/11/2022                    **Date of complaint:** 7/11/2022

**Contractor/ Vendor: WellPath**      **Contract No:** 5443

**Location: Charleston County Detention Center   Address:** 3841 Leeds Ave, North Charleston, SC 29405

**Pictures and/ or documentation attached:** Yes ☐  No ☒

**Description of Non-Conformance:**
Received report that nurses did not distribute evening medication due 7/10 until the morning of 7/11, at 3:00am.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath HSA.

**Follow up required:** Yes ☐  No ☒          **Review within** _____ weeks / months

_Daniela Zyskowski_          _____          _____
Contracts Manager Signature                          Vendor's Signature

**Date of review:** _____          **Findings:** Improved ☐  Same ☐  Worse ☐

**Notes:**

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854



Office: 843-529-7379
dzyskowski@tcharlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave
North Charleston, SC 29405

Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

## Quality Non-Conformance Report

**Non-Conformance #:** DC-22-025

**Date:** 7/19/2022                   **Date of complaint:** 7/15/2022

**Contractor/ Vendor: WellPath**         **Contract No: 5443**

**Location: Charleston County Detention Center   Address: 3841 Leeds Ave, North Charleston, SC 29405**

**Pictures and/ or documentation attached:** Yes ☐  No ☒

**Description of Non-Conformance:**
Training Department informed WellPath that they had until 7/15 to submit CPR, First Aid, and Narcan certifications -- WellPath failed to do so.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath HSA.

**Follow up required:** Yes ☐  No ☒         **Review within** ____ weeks / months

_Daniela Zyskowski_
Contracts Manager Signature                   Vendor's Signature

**Date of review:** _____         **Findings:** Improved ☐  Same ☐  Worse ☐

**Notes:**

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006854



Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

Office: 843-529-7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave.
North Charleston, SC 29405

# Quality Non-Conformance Report

**Non-Conformance #:** DC-22-027

**Date:** 7/26/2022          **Date of complaint:** 7/26/2022

**Contractor/ Vendor:** WellPath         **Contract No:** 5443

**Location: Charleston County Detention Center**    **Address:** 3841 Leeds Ave, North Charleston, SC 29405

**Pictures and/ or documentation attached:** Yes ☐ No ☒

**Description of Non-Conformance:**
WellPath did not perform med pass during night shift.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath HSA.

**Follow up required:** Yes ☐ No ☒          **Review within** \_\_\_ \_ **weeks / months**

*Daniela Zyskowski*
Contracts Manager Signature                 Vendor's Signature

**Date of review:** _____          **Findings:** Improved ☐ Same ☐ Worse ☐

**Notes:**

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006854



Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

Office: 843-529-7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave
North Charleston, SC 29405

# Quality Non-Conformance Report

**Non-Conformance #:** DC-22-026

**Date:** 7/27/2022         **Date of complaint:** 7/27/2022

**Contractor/ Vendor:** WellPath         **Contract No:** 5443

**Location: Charleston County Detention Center**    **Address:** 3841 Leeds Ave, North Charleston, SC 29405

**Pictures and/ or documentation attached:** Yes ☐   No ☒

**Description of Non-Conformance:**
Grievance coordinator informed that WellPath has 600 unanswered grievances.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath HSA.

**Follow up required:** Yes ☐   No ☒           **Review within** ____ weeks / months

_Daniela Zyskowski_
Contracts Manager Signature                Vendor's Signature

..................................................................................................................

**Date of review:** _____           **Findings:** Improved ☐   Same ☐   Worse ☐

**Notes:**



ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1008354

Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

**CHARLESTON**
**COUNTY**
SOUTH CAROLINA

Office. 843-529-7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave
North Charleston, SC 29405

# Quality Non-Conformance Report

**Non-Conformance #:** DC-22-028

**Date:** 7/28/2022                    **Date of complaint:** 7/28/2022

**Contractor/ Vendor:** WellPath        **Contract No:** 5443

**Location: Charleston County Detention Center   Address: 3841 Leeds Ave, North Charleston, SC 29405**

**Pictures and/ or documentation attached:** Yes ☐  No ☒

**Description of Non-Conformance:**
Per sergeant in unit B1A;

Nurse Cook entered the unit with a med cart the same time I entered to relieve Deputy Carmack. I did a unit count, took a 30 second turn over from Carmack, and then noticed Cook exiting the unit. She waited less than two minutes before leaving. Carmack mentioned she did not have a nurse in the unit the entire day. She called SSgt Roderick and I started an incident report but was directed to cancel the report as supervision was already aware several units did not get a med pass.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath HSA.

**Follow up required:** Yes ☐  No ☒            **Review within** _____ **weeks / months**

_Daniela Zyskowski_ _____
Contracts Manager Signature

_____ _____
Vendor's Signature

**Date of review:** _____ _____

**Findings: Improved** ☐  **Same** ☐  **Worse** ☐

**Notes:**

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006354



Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

Office: 843-529-7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave
North Charleston, SC 29405

**CHARLESTON ■ COUNTY ■**
SOUTH CAROLINA

## Quality Non-Conformance Report

**Non-Conformance #:** DC-22-027

**Date:** 7/28/2022                    **Date of complaint:** 7/28/2022

**Contractor/ Vendor: WellPath**           **Contract No: 5443**

**Location: Charleston County Detention Center    Address: 3841 Leeds Ave, North Charleston, SC 29405**

**Pictures and/ or documentation attached:** Yes ☐  No ☒

**Description of Non-Conformance:**
Medical inspection was conducted and found the lab area was not secured, sharp count was not checked by two supervisors, the medication carts were not locked, the sharps container was not available, upright, mounted, and less than ¾ full and secure, the pharmacy was not organized and clean, all the medication carts were unlocked in the pharmacy area, the pharmacy door was purposely propped open, the fire extinguisher was blocked by multiple items.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath HSA.

**Follow up required:** Yes ☐  No ☒              **Review within _____ weeks / months**

_Daniela Zyskowski_                                   ___
Contracts Manager Signature                    Vendor's Signature

**Date of review:** _____          **Findings:** Improved ☐  Same ☐  Worse ☐

**Notes:**

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854



Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

Office: 843-529-7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave
North Charleston, SC 29405

## Quality Non-Conformance Report

**Non-Conformance #:** DC-22-029

**Date:** 8/3/2022                    **Date of complaint:** 8/2/2022

**Contractor/ Vendor: WellPath**        **Contract No:** 5443

**Location: Charleston County Detention Center**   **Address: 3841 Leeds Ave, North Charleston, SC 29405**

**Pictures and/ or documentation attached:** Yes ☐  No ☒

**Description of Non-Conformance:**
Units B2H and B2J as of 1pm on 8/2 did not receive their medication.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath HSA.

**Follow up required:** Yes ☐  No ☒          **Review within** ___ __ weeks / months

_Daniela Zyskowski_____   -   _____     _____
Contracts Manager Signature                Vendor's Signature

■■■■■■■■■■■■■■■■■■■■■■■◆◆◆◆◆◆◆◆◆■■■■■■■■■■◆◆◆◆◆◆■■■■■■■■■■■■■■■■■■

**Date of review:** _____   _____          **Findings:** Improved ☐  Same ☐  Worse ☐

**Notes:**

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854



Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

Office: 843-529 7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave
North Charleston, SC 29405

# Quality Non-Conformance Report

**Non-Conformance #:** DC-22-029

**Date:** 8/3/2022                    **Date of complaint:** 8/3/2022

**Contractor/ Vendor:** WellPath          **Contract No:** 5443

**Location: Charleston County Detention Center**   **Address:** 3841 Leeds Ave, North Charleston, SC 29405

**Pictures and/ or documentation attached:** Yes ☐ No ☒

**Description of Non-Conformance:**
On Friday, July 29th, there was an attempted suicide in A1C. Deputy Wright was involved in helping to stop the bleeding, and on Monday, August 1st, a possible bloodborne exposure was reported. Mr. Hydar, our Safety Compliance Specialist, began the Detention Center's protocol per policy. Medical needed to have blood drawn on the resident, _____, on Monday.
As of Wednesday, August 3rd, Mr. Hydar has yet to receive any results. Risk Management contacted him this morning explaining the results should have been provided within 1-4 hours, on Monday. If not, then the resident should have been taken to the hospital. Mr. Hydar confirmed that he communicated this to WellPath on Monday and was met with pushback, being informed that WellPath is understaffed.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath HSA.

**Follow up required:** Yes ☐ No ☒          **Review within ___ _ weeks / months**

_Daniela Zyskowski_          _____
Contracts Manager Signature                    Vendor's Signature

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

**Date of review:** _____          **Findings:** Improved ☐ Same ☐ Worse ☐

**Notes:**

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854



Office: 843 529-7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave.
North Charleston, SC 29405

Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

# Quality Non-Conformance Report

**Non-Conformance #:** DC-22-030

**Date:** 8/22/2022                  **Date of complaint:** 8/23/2022

**Contractor/ Vendor: WellPath**          **Contract No:** 5443

**Location: Charleston County Detention Center**   **Address:** 3841 Leeds Ave. North Charleston, SC 29405

**Pictures and/ or documentation attached:** Yes ☐ No ☒

**Description of Non-Conformance:**
Med pass was not distributed in BMU and SMU. WellPath staff informed Command Staff this was due to staff shortage.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath USA.

**Follow up required:** Yes ☒ No ☐                **Review within** __1__ __ weeks / months

_Daniela Zyskowski_____
Contracts Manager Signature                  Vendor's Signature

•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

**Date of review:** _____          **Findings:** Improved ☐  Same ☐  Worse ☐

**Notes:**

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854



Office: 843-529-7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave.
North Charleston, SC 29405

Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

**CHARLESTON**
■ **COUNTY** ■
SOUTH CAROLINA

# Quality Non-Conformance Report

**Non-Conformance #:** DC-22-031

**Date:** 8/29/2022                     **Date of complaint:** 8/29/2022

**Contractor/ Vendor: WellPath**        **Contract No:** 5443

**Location: Charleston County Detention Center    Address:** 3841 Leeds Ave, North Charleston, SC 29405

**Pictures and/ or documentation attached:** Yes ☐ No ☒

**Description of Non-Conformance:**
Training department informed this Contracts Manager that majority of WellPath employees have yet to complete their required 40 hours of training and submit CPR/BLS. This has been an ongoing issue for the last few months.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath HSA.

**Follow up required:** Yes ☒ No ☐        **Review within __ 2 __ weeks / months**

*Daniela Zyskowski* _____  ____        _____ _____
Contracts Manager Signature                       Vendor's Signature

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

**Date of review:** _____  _____        **Findings:** Improved ☐  Same ☐  Worse ☐

**Notes:**

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000654



Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

Office: 843 529-7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave.
North Charleston, SC 29405

# Quality Non-Conformance Report

**Non-Conformance #:** DC-22-032

**Date:** 9/26/2022                     **Date of complaint:** 9/26/2022

**Contractor/ Vendor:** WellPath          **Contract No:** 5443

**Location: Charleston County Detention Center   Address:** 3841 Leeds Ave, North Charleston, SC 29405

**Pictures and/ or documentation attached:** Yes ☐  No ☒

**Description of Non-Conformance:**
Per inspection report: sharp count was not checked by two supervisors; the sharps container is full and has not been replaced; the counts were inaccurate; the med cart in the infirmary was left unlocked and three cups of pre-poured medication were available; there were also random pills scattered in the back of the cart.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath USA.

**Follow up required:** Yes ☒  No ☐          **Review within __2__ weeks / months**

_Daniela Zyskowski_
Contracts Manager Signature                     Vendor's Signature

●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●◆◆◆◆◆|||||●●●●●●●●●●●●●●●●●●●●●●●●●●●●●|||●◆◆●●

**Date of review:** _____          **Findings:** Improved ☐  Same ☐  Worse ☐

**Notes:**

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854



Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

Office: 843-529-7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave
North Charleston, SC 29405

**CHARLESTON COUNTY**
SOUTH CAROLINA

## Quality Non-Conformance Report

**Non-Conformance #:** DC-22-039

**Date:** 10/25/2022                    **Date of complaint:** 10/5/2022

**Contractor/ Vendor: WellPath**         **Contract No:** 5443

**Location: Charleston County Detention Center**   Address: 3841 Leeds Ave, North Charleston, SC 29405

**Pictures and/ or documentation attached:** Yes ☒  No ☐

**Description of Non-Conformance:**
Nurse Harris administered incorrect medication to resident in SMU. It was noticed that he switched the two resident's medications and when he went to see what incorrect medication he gave to the resident, he stated it was a blood thinner and a blood pressure pill. Nurse Harris stated "that's not the worst thing he could take, it will just make him sleepy." Incident report attached.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath.

**Follow up required:** Yes ☒  No ☐          **Review within _2_ weeks / months**

*Daniela Zyskowski*
Contracts Manager Signature                Vendor's Signature

**Date of review:** _____          **Findings:** Improved ☐  Same ☐  Worse ☐

**Notes:**

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854



Office: 843-529-7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave
North Charleston, SC 29405

Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

**CHARLESTON COUNTY**
SOUTH CAROLINA

## Quality Non-Conformance Report

**Non-Conformance #:** DC-22-033

**Date:** 10/7/2022                    **Date of complaint:** 10/7/2022

**Contractor/ Vendor: WellPath**        **Contract No:** 5443

**Location: Charleston County Detention Center**   **Address:** 3841 Leeds Ave, North Charleston, SC 29405

**Pictures and/ or documentation attached:** Yes ☐  No ☒

**Description of Non-Conformance:**
B/C tower units did not start receiving night meds until after 2:30am. A3K and A1C did not receive evening meds until after 4am.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath HSA.

**Follow up required:** Yes ☒  No ☐              **Review within __2__ weeks / months**

___Daniela Zyskowski___        _____          _____    _____
Contracts Manager Signature                              Vendor's Signature

**Date of review:** _____                **Findings:** Improved ☐  Same ☐  Worse ☐

**Notes:**

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854



**CHARLESTON**
**COUNTY**
SOUTH CAROLINA

Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

Office: 843-529-7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave
North Charleston, SC 29405

## Quality Non-Conformance Report

**Non-Conformance #:** DC-22-034

**Date:** 10/12/2022

**Date of complaint:** 10/10/2022

**Contractor/ Vendor: WellPath**

**Contract No:** 5443

**Location: Charleston County Detention Center**    **Address:** 3841 Leeds Ave, North Charleston, SC 29405

**Pictures and/ or documentation attached:** Yes ☐  No ☒

**Description of Non-Conformance:**
Resident          was placed in BMU on suicide precaution due to not receiving mental health medication consistently.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath: Dr. Patel was able to see resident and confirm that resident had not been receiving her prescription, so Dr. Patel wrote her a new prescription.

**Follow up required:** Yes ☐  No ☒              **Review within** ____ weeks / months

_Daniela Zyskowski_ _____              _____  . . . . _____
Contracts Manager Signature                       Vendor's Signature

**Date of review:** _____              **Findings:** Improved ☐  Same ☐  Worse ☐

**Notes:**

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854



Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

Office: 843-529-7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave.
North Charleston, SC 29405

# Quality Non-Conformance Report

**Non-Conformance #:** DC-22-035

**Date:** 10/12/2022                    **Date of complaint:** 10/11/2022

**Contractor/ Vendor: WellPath**       **Contract No: 5443**

**Location: Charleston County Detention Center**   **Address:** 3841 Leeds Ave, North Charleston, SC 29405

**Pictures and/ or documentation attached:** Yes ☐  No ☒

**Description of Non-Conformance:**
Units A1C, A3L, A3M, and C2J are not given evening med pass. Furthermore, there was no nurse coverage.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath and had meeting with two WellPath staff members who informed me there is no sufficient plan of action to tackle these issues.

**Follow up required:** Yes ☒  No ☐          **Review within _2_ weeks / months**

_Daniela Zyskowski_    _____          _____          _____
Contracts Manager Signature                    Vendor's Signature

**Date of review:** _____          **Findings:** Improved ☐  Same ☐  Worse ☐

**Notes:**

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854



Office: 843-529-7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave
North Charleston, SC 29405

Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

# Quality Non-Conformance Report

**Non-Conformance #:** DC-22-036

**Date:** 10/12/2022                    **Date of complaint:** 10/12/2022

**Contractor/ Vendor: WellPath**        **Contract No:** S443

**Location: Charleston County Detention Center   Address: 3841 Leeds Ave, North Charleston, SC 29405**

**Pictures and/ or documentation attached:** Yes ☐ No ☒

**Description of Non-Conformance:**
From 1830- 2330 hrs, there was no nurse to do screenings. From 2330-0430 hrs, there was no nurse in intake, no individuals were screened.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath.

**Follow up required:** Yes ☒ No ☐         **Review within _2__ weeks / months**

*Daniela Zyskowski*
Contracts Manager Signature                    Vendor's Signature

**Date of review:** _____  _____        **Findings:** Improved ☐  Same ☐  Worse ☐

**Notes:**

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854



Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

Office: 843-529-7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave
North Charleston, SC 29405

## Quality Non-Conformance Report

**Non-Conformance #:** DC-22-037

**Date:** 10/14/2022                    **Date of complaint:** 10/132022

**Contractor/ Vendor:** WellPath        **Contract No:** 5443

**Location: Charleston County Detention Center   Address:** 3841 Leeds Ave, North Charleston, SC 29405

**Pictures and/ or documentation attached:** Yes ☐  No ☒

**Description of Non-Conformance:**
SMU never received morning meds. Nurse claimed this was because she was turned away 3 times from unit A3L   when asked to clarify how A3L impacted SMU, WellPath failed to respond. When the nurse finally went to SMU at 4:20pm, nurse had the wrong med cart, then couldn't sign into the system because it was too late to do morning meds.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath.

**Follow up required:** Yes ☒  No ☐              **Review within _2_  weeks / months**

*Daniela Zyskowski*
Contracts Manager Signature                    Vendor's Signature

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

**Date of review:** _____          **Findings:** Improved ☐  Same ☐  Worse ☐

**Notes:**



Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

Office: 843-529-7379
dzyskowski@kcharlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave
North Charleston, SC 29405

# Quality Non-Conformance Report

**Non-Conformance #:** DC-22-038

**Date:** 10/17/2022        **Date of complaint:** 10/16/2022

**Contractor/ Vendor:** WellPath        **Contract No:** 5443

**Location:** Charleston County Detention Center    **Address:** 3841 Leeds Ave, North Charleston, SC 29405

**Pictures and/ or documentation attached:** Yes ☐   No ☒

**Description of Non-Conformance:**
There was no nurse for the evening shift to do screenings.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath.

**Follow up required:** Yes ☒   No ☐        **Review within _2__ weeks / months**

_Daniela Zyskowski_____        _____
Contracts Manager Signature        Vendor's Signature

**Date of review:** _____        **Findings:** Improved ☐   Same ☐   Worse ☐

**Notes:**

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854



Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

Office: 843-529-7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave.
North Charleston, SC 29405

# Quality Non-Conformance Report

**Non-Conformance #:** DC-22-040

**Date:** 11/9/2022                **Date of complaint:** 11/8/2022

**Contractor/ Vendor:** WellPath        **Contract No:** 5443

**Location: Charleston County Detention Center   Address:** 3841 Leeds Ave, North Charleston, SC 29405

**Pictures and/ or documentation attached:** Yes ☐  No ☒

**Description of Non-Conformance:**
There was no nurse at juvenile and no nurse in Processing for the night shift. When officers were attempting to contact the infirmary, nobody answered.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath.

**Follow up required:** Yes ☒  No ☐            **Review within _2__ weeks / months**

_Daniela Zyskowski_ _____        _____        _____  _____
Contracts Manager Signature                          Vendor's Signature

**Date of review:** __        _____        **Findings:** Improved ☐  Same ☐  Worse ☐

**Notes:**

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854



Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

**CHARLESTON COUNTY**
SOUTH CAROLINA

Office: 843 529 7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave.
North Charleston, SC 29405

# Quality Non-Conformance Report

**Non-Conformance #:** DC-22-041

**Date:** 11/9/2022                                  **Date of complaint:** 11/9/2022

**Contractor/ Vendor: WellPath**               **Contract No:** 5443

**Location: Charleston County Detention Center    Address: 3841 Leeds Ave, North Charleston, SC 29405**

**Pictures and/ or documentation attached: Yes ☐  No ☒**

**Description of Non-Conformance:**
Received the following letter from attorney Haley:

"Ms. Symonette,

I represent                     as a result of federal charges against him.  He has been prescribed the following
medications, but the jail is not giving him the medications.                     t has a very serious heart condition
and it is imperative that he receive the prescribed medications.  Can you please look into the matter?

Sincerely,
Bob Haley

Carvedilol 3.125 mg
Valsartan 40 mg
Furosemide 40 mg
Spironolactone 25 mg

All of these meds are prescribed for once daily.

"Carvedilol is used to treat high blood pressure and heart failure."   https://www.webmd.com/drugs/2/drug-5574/carvedilol-oral/details

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

"Valsartan is used to treat high blood pressure and heart failure." https://www.webmd.com/drugs/2/drug-849/valsartan-oral/details

"Furosemide is used to reduce extra fluid in the body (edema) caused by conditions such as heart failure, liver disease, and kidney disease." https://www.webmd.com/drugs/2/drug-5512-8043/furosemide-oral/furosemide-oral/details

"Spironolactone is used to treat high blood pressure and heart failure." https://www.webmd.com/drugs/2/drug-6288/spironolactone-oral/details"

This is something that was already addressed with WellPath and continues to be neglected.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath. _____

Follow up required: Yes ☒  No ☐                    **Review within _2__ weeks / months**

_Daniela Zyskowski_   _____           _____   _____
Contracts Manager Signature                       Vendor's Signature

•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

**Date of review:** _____     ____                 **Findings:** Improved ☐  Same ☐  Worse ☐

**Notes:**

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000554



Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

**CHARLESTON COUNTY**
SOUTH CAROLINA

Office: 843-529-7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave.
North Charleston, SC 29405

## Quality Non-Conformance Report

**Non-Conformance #:** DC-22-042

**Date:** 11/10/2022        **Date of complaint:** 11/9/2022

**Contractor/ Vendor:** WellPath        **Contract No:** 5443

**Location: Charleston County Detention Center**    **Address:** 3841 Leeds Ave, North Charleston, SC 29405

**Pictures and/ or documentation attached:** Yes ☐   No ☒

**Description of Non-Conformance:**
Per the end of shift report, residents       and        were not cleaned nor changed. This falls under medical neglect.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath.

**Follow up required:** Yes ☒   No ☐        **Review within  _2__  weeks / months**

_Daniela Zyskowski_
Contracts Manager Signature                Vendor's Signature

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

**Date of review:** _____  _____        **Findings:** Improved ☐  Same ☐  Worse ☐

**Notes:**

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006354



Office: 843-529 7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave
North Charleston, SC 29405

Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

**CHARLESTON COUNTY**
**SOUTH CAROLINA**

# Quality Non-Conformance Report

**Non-Conformance #:** DC-22-043

**Date:** 11/10/2022        **Date of complaint:** 11/10/2022

**Contractor/ Vendor:** WellPath        **Contract No:** 5443

**Location: Charleston County Detention Center** · **Address:** 3841 Leeds Ave, North Charleston, SC 29405

**Pictures and/ or documentation attached:** Yes [ ] No ☒

**Description of Non-Conformance:**
Accreditation admin was informed by WellPath the previous day that WellPath employees here at Charleston have not taken any medication administration tests or post exam evaluations since August 2020 audit.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath.

**Follow up required:** Yes ☒ No ☐        **Review within** _2__ **weeks / months**

_Daniela Zyskowski_____ _____        _____ _____
Contracts Manager Signature        Vendor's Signature

**Date of review:** _____        **Findings:** Improved ☐ Same ☐ Worse ☐

**Notes:**

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854



Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

Office: 843 529 7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave
North Charleston, SC 29405

## Quality Non-Conformance Report

**Non-Conformance #:** DC-22-044

**Date:** 11/16/2022                    **Date of complaint:** 11/15/2022

**Contractor/ Vendor: WellPath**        **Contract No:** 5443

**Location: Charleston County Detention Center**   **Address:** 3841 Leeds Ave, North Charleston, SC 29405

**Pictures and/ or documentation attached:** Yes ☐  No ☒

**Description of Non-Conformance:**
WellPath informed staff that their computer system was down and morning med pass could not be completed.
Later on at 5pm it was confirmed again that the computer system was still down, so again the next med pass
was not completed.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath.

**Follow up required:** Yes ☒  No ☐          **Review within _2__ weeks / months**

_Daniela Zyskowski_                          _____
Contracts Manager Signature                   Vendor's Signature

**· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·**

**Date of review:** _____ . _____          **Findings:** Improved ☐  Same ☐  Worse ☐

**Notes:**

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006854



Office: 843-529-7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave.
North Charleston, SC 29405

Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

**CHARLESTON
COUNTY**
SOUTH CAROLINA

## Quality Non-Conformance Report

**Non-Conformance #:** DC-22-045

**Date:** 11/16/2022                    **Date of complaint:** 11/16/2022

**Contractor/ Vendor:** WellPath          **Contract No:** 5443

**Location: Charleston County Detention Center   Address:** 3841 Leeds Ave, North Charleston, SC 29405

**Pictures and/ or documentation attached:** Yes ☐  No ☒

**Description of Non-Conformance:**
Both residents ⸻ and ⸻ were not cleaned and changed in infirmary.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath.

**Follow up required:** Yes ☒  No ☐          **Review within _2__ weeks / months**

_Daniela Zyskowski_
Contracts Manager Signature                    Vendor's Signature

**Date of review:** _____          **Findings:** Improved ☐  Same ☐  Worse ☐

**Notes:**

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854



Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

Office: 843 529 7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave.
North Charleston, SC 29405

# Quality Non-Conformance Report

**Non-Conformance #:** DC-22-046

**Date:** 11/28/2022                          **Date of complaint:** 11/28/2022

**Contractor/ Vendor: WellPath**            **Contract No:** 5443

**Location: Charleston County Detention Center**   **Address: 3841 Leeds Ave, North Charleston, SC 29405**

**Pictures and/ or documentation attached:** Yes ☐  No ☒

**Description of Non-Conformance:**
WellPath has no dialysis provider. A resident on Friday, 11/25, did not receive their dialysis treatment. As of right now WellPath has provided the response that residents will be transported out of the facility to the hospital to receive dialysis. They are already aware that this puts a strain on Detention staff where there is already a shortage; this was also the reason that the contract requires dialysis to be conducted on site. WellPath waited until the dialysis contract expired to attempt to put their own plan into place; when they did so, they did not notify this Contracts Manager accordingly, nor did they explain the plan appropriately.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath.

**Follow up required:** Yes ☒  No ☐                 **Review within _2_ weeks / months**

_Daniela Zyskowski_____   _____         _____
Contracts Manager Signature                          Vendor's Signature

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

**Date of review:** _____.  _____              **Findings:** Improved ☐  Same ☐  Worse ☐

**Notes:**



**CHARLESTON COUNTY**
**SOUTH CAROLINA**

Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

Office: 843 529-7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave.
North Charleston, SC 29405

## Quality Non-Conformance Report

**Non-Conformance #:** DC-22-047

**Date:** 12/2/2022

**Date of complaint:** 12/2/2022

**Contractor/ Vendor: WellPath**

**Contract No:** 5443

**Location: Charleston County Detention Center   Address:** 3841 Leeds Ave, North Charleston, SC 29405

**Pictures and/ or documentation attached:** Yes ☐ No ☒

**Description of Non-Conformance:**
Was informed by the Caitlin at the Charleston Center that residents have been complaining to her that for the MAT program they are being told they can only receive the injection. Expectations were made clear that residents are to be given education on why the injection is the best option, however the choice is up to the resident.
Dr. Drago argued with Caitlin that he personally did not agree with this and that he knew more about the subject matter than Caitlin because he is a doctor. After going through the contract and expectations, the entire team came to the same conclusion that best practice is to offer both. Dr. Drago agreed to this.
When questioned on 12/2, Dr. Drago shared that based off of his medical experience, he does not agree that both should be offered. He informed WellPath HSA that this is due to concerns of diversion. He failed to communicate this with the rest of the team and went against what the team agreed upon.
Caitlin found out on 12/2 that 3 residents earlier in the week were administered the injection, despite vocalizing several times that they did not want the injection. There was one more resident who started his first dose on 12/1 and on 12/2 was denied MAT services.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath.

**Follow up required:** Yes ☒ No ☐          **Review within _2_ weeks / months**

_Daniela Zyskowski_
Contracts Manager Signature                    Vendor's Signature

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

**Date of review:** _____          **Findings:** Improved ☐  Same ☐  Worse ☐

**Notes:**

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006854

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854



Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

Office: 843-529-7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave
North Charleston, SC 29405

## Quality Non-Conformance Report

**Non-Conformance #:** DC-22-048

**Date:** 1/30/2023                **Date of complaint:** 1/29/2023

**Contractor/ Vendor:** WellPath                **Contract No:** 5443

**Location:** Charleston County Detention Center    **Address:** 3841 Leeds Ave, North Charleston, SC 29405

**Pictures and/ or documentation attached:** Yes ☐  No ☒

**Description of Non-Conformance:**
The following incident report was filed:

On 1/29/23 at 2150 Nurse Mitchell entered unit B1A for evening medication pass. I DFC Carmack approached the sally port doors to escort her and was trying to turn on my camera, Spare 2. As I let the nurse in and placed a resident in the sally port for an unrelated matter, Nurse Mitchell told me "I'm going to be a bitch tonight. I'm not doing the same shit I did last night" in reference to her having to return to the unit several times last night for medications she forgot. I got my body camera to come on after this statement and escorted her to the front of the unit. Nurse Mitchell spent the next hour doing med pass and was extremely rude without provocation towards me and the residents. Whenever a resident asked her where the rest of their medicine was, she would reply with "Didn't I tell you that I don't have it on this cart?" or "I just take the cart and go, I'm not coming back tonight." Even though the medicine is in the building, Nurse Mitchell said she would not go and get it for a majority of residents. She was very rude and aggressive with everyone and seemed to not know what she was doing. She made many residents in the unit very upset that they were not receiving their medication that regulates their blood pressure, heart rate, HIV/AIDS, antibiotics, ie medications that they truly need to live. S/Sgt Mathewes was informed on Nurse Mitchell's unwarranted disrespect after she left the unit and I suggested that Nurse Mitchell should not come back for her own safety due to her attitude. This report is for informational purposes only.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath.

**Follow up required:** Yes ☒  No ☐     **Review within _2__ weeks / months**

*__Daniela Zyskowski*
Contracts Manager Signature _____     _____  Vendor's Signature  _____  __

**Date of review:** _____ _     **Findings:** Improved ☐  Same ☐  Worse ☐

**Notes:**

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006854

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000654



Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

Office: 843-529-7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave
North Charleston, SC 29405

## Quality Non-Conformance Report

**Non-Conformance #:** DC-22-049

**Date:** 1/30/2023                    **Date of complaint:** 1/30/2023

**Contractor/ Vendor: WellPath**        **Contract No:** 5443

**Location: Charleston County Detention Center**    **Address:** 3841 Leeds Ave, North Charleston, SC 29405

**Pictures and/ or documentation attached:** Yes ☐  No ☒

**Description of Non-Conformance:**
Was informed by a night shift lieutenant that there was no medical provider on night shift for 1/29/2023 into the morning shift of 1/30/2023.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath.

**Follow up required:** Yes ☒  No ☐            **Review within _2_ weeks / months**

*Daniela Zyskowski*
Contracts Manager Signature                    Vendor's Signature

●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

**Date of review:** _____            **Findings:** Improved ☐  Same ☐  Worse ☐

**Notes:**

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854



Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

Office: 843-529-7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave
North Charleston, SC 29405

## Quality Non-Conformance Report

**Non-Conformance #:** DC-22-050

**Date:** 3/4/2023　　　　　　　　**Date of complaint:** 3/4/2023

**Contractor/ Vendor:** WellPath　　　**Contract No:** 5443

**Location: Charleston County Detention Center　Address: 3841 Leeds Ave, North Charleston, SC 29405**

**Pictures and/ or documentation attached:** Yes ☐　No ☒

**Description of Non-Conformance:**
Nurse called unit deputy at 0159am to inform them that WellPath would not be doing med pass in BMU, SMU, and A1D due to it being too close to morning medication.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath.

**Follow up required:** Yes ☒　No ☐　　　　　**Review within** _2__ **weeks / months**

*Daniela Zyskowski*　　　　　_____　　　_____　　_____
Contracts Manager Signature　　　　　　　　　　　　　Vendor's Signature

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

**Date of review:**　　　_____　　　　**Findings: Improved** ☐　**Same** ☐　**Worse** ☐

**Notes:**

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854



Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

Office. 843-529-7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave
North Charleston, SC 29405

## Quality Non-Conformance Report

**Non-Conformance #: DC-22-051**

**Date:** 2/1/2023                **Date of complaint:** 3/7/2023

**Contractor/ Vendor:** WellPath              **Contract No:** 5443

**Location: Charleston County Detention Center**   **Address:** 3841 Leeds Ave, North Charleston, SC 29405

**Pictures and/ or documentation attached:** Yes ☐  No ☒

**Description of Non-Conformance:**
Sharps count in laboratory of infirmary was not completed for the entire month of February, 2023.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath.

**Follow up required:** Yes ☒  No ☐                **Review within _2__ weeks / months**

_Daniela Zyskowski_____
Contracts Manager Signature                Vendor's Signature

**Date of review:** _____  _____        **Findings: Improved** ☐  Same ☐  Worse ☐

**Notes:**



ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

Office: 843-529-7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave
North Charleston, SC 29405

Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

**CHARLESTON**
**COUNTY**
SOUTH CAROLINA

## Quality Non-Conformance Report

**Non-Conformance #:** DC-22-052

**Date:** 3/14/2023      **Date of complaint:** 3/10/2023

**Contractor/ Vendor: WellPath**      **Contract No:** 5443

**Location: Charleston County Detention Center**    **Address:** 3841 Leeds Ave, North Charleston, SC 29405

**Pictures and/ or documentation attached:** Yes ☐   No ☒

**Description of Non-Conformance:**
According to end of shift report, Resident      was not cleaned and changed.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath.

**Follow up required:** Yes ☒   No ☐       **Review within** __2__ **weeks / months**

_Daniela Zyskowski_     _____
Contracts Manager Signature           Vendor's Signature

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

**Date of review:** _____      **Findings: Improved** ☐   **Same** ☐   **Worse** ☐

**Notes:**

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854



Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

Office: 843-529-7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave.
North Charleston, SC 29405

# Quality Non-Conformance Report

**Non-Conformance #:** DC-22-053

**Date:** 3/23/2023                    **Date of complaint:** 3/23/2023

**Contractor/ Vendor:** WellPath          **Contract No:** 5443

**Location: Charleston County Detention Center    Address:** 3841 Leeds Ave. North Charleston, SC 29405

**Pictures and/ or documentation attached:** Yes ☐  No ☒

**Description of Non-Conformance:**
WellPath team was not prepared for medical distribution of residents partaking in Ramadan. This has been discussed in the past few Friday contractors' meetings, and was discussed in the Friday meeting on 3/17/23. WellPath claims they were unaware even though they were present for 3/17/23 meeting.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath.

**Follow up required:** Yes ☒  No ☐              **Review within _2__ weeks / months**

*Daniela Zyskowski*
Contracts Manager Signature                    Vendor's Signature

**Date of review:** _____          **Findings:** Improved ☐  Same ☐  Worse ☐

**Notes:**

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854



Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

Office: 843-529-7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave
North Charleston, SC 29405

# Quality Non-Conformance Report

**Non-Conformance #:** DC-22-054

**Date:** 3/24/2023                    **Date of complaint:** 3/25/2023

**Contractor/ Vendor:** WellPath        **Contract No:** 5443

**Location:** Charleston County Detention Center    **Address:** 3841 Leeds Ave, North Charleston, SC 29405

**Pictures and/ or documentation attached:** Yes ☐  No ☒

**Description of Non-Conformance:**
No provider or infirmary nurse was on site the evening of 3/24. Contract requires in person provider and infirmary nurse to be present.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath.

**Follow up required:** Yes ☒  No ☐            **Review within __2__ weeks / months**

*Daniela Zyskowski*
Contracts Manager Signature                Vendor's Signature

**Date of review:** _____        **Findings:** Improved ☐  Same ☐  Worse ☐

Notes:

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000654



Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

Office: 843-529-7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave
North Charleston, SC 29405

# Quality Non-Conformance Report

**Non-Conformance #:** DC-22-055

**Date:** 3/25/2023         **Date of complaint:** 3/25/2023

**Contractor/ Vendor:** WellPath     **Contract No:** 5443

**Location: Charleston County Detention Center**   **Address:** 3841 Leeds Ave, North Charleston, SC 29405

**Pictures and/ or documentation attached:** Yes ☐  No ☒

**Description of Non-Conformance:**
No provider on site 3/25.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath.

**Follow up required:** Yes ☒  No ☐       **Review within** _2_ **weeks / months**

*Daniela Zyskowski*
Contracts Manager Signature         Vendor's Signature

**Date of review:** _____        **Findings:** Improved ☐  Same ☐  Worse ☐

**Notes:**

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006854

# Exhibit 2

**U.S. Department of Justice**
# Civil Rights Division

civilrights.justice.gov

# The Sheriff Al Cannon Detention Center Investigation

On November 2, 2023, the U.S. Department of Justice opened a civil investigation into the conditions inside the Sheriff Al Cannon Detention Center in Charleston, South Carolina.

Our investigation will examine whether the Sheriff Al Cannon Detention Center is engaging in a pattern or practice of violating the constitutional rights of individuals housed in the detention center through:

- its use of isolation,
- failing to provide constitutionally adequate medical and mental health care,
- failing to protect incarcerated individuals from excessive use of force, and/or
- discriminating against incarcerated individuals with disabilities in violation of the Americans with Disabilities Act.

# We Want to Hear From You

We encourage anyone with information related to our investigation, including currently and formerly incarcerated persons, their family members, and other advocates, to contact us. Although we cannot represent individual people in any civil or criminal matters, your perspective and input is important to our investigation, and all information will be carefully reviewed and considered.

**Toll Free Hotline (voice-mail box): 888-473-4059 Voip # - 202-353-3923**

**Email:**   Community.Cannon@usdoj.gov

**Mail:**    Al Cannon Detention Center Team

U.S. Department of Justice- Civil Rights Division-SPL

4 Constitution Square

150 M Street NE Washington, DC 20002

# Exhibit 3

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006854

ELECTRONICALLY FILED - 2024 Dec27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

| STATE OF SOUTH CAROLINA | ) | CONTRACT |
|---|---|---|
|  | ) | No. 5443 |
|  | ) |  |
| COUNTY OF CHARLESTON | ) | Inmate Medical Services |



THIS CONTRACT (hereinafter the "Contract") entered into this 27th day of May 2020, between the **COUNTY OF CHARLESTON**, South Carolina, a public body corporate and politic and political subdivision of the State of South Carolina, (hereinafter "County") and **WELLPATH, LLC** a Delaware, Limited Liability Corporation, the address of which is 1283 Murfreesboro Road, Suite 500, Nashville, Tennessee 37217 (hereinafter the "Contractor"), ("Party" as to each; collectively the "Parties").

## WITNESSETH:

**WHEREAS,** the County wishes to contract for inmate medical services for the Charleston County Sheriff Al Cannon Detention Center (SACDC) ("Work" or "Services"); and

**WHEREAS,** the Contractor has represented to the County that its staff is qualified to provide the Services required in this Contract in a professional, timely manner; and

**WHEREAS,** the County has relied upon the above representations by the Contractor;

**NOW, THEREFORE,** in consideration of the promises and covenants set forth herein, it is agreed by and between the Parties as follows:

### SECTION ONE
### Contract Documents

The Parties agree that the Contract Documents shall include the following, which are incorporated herein by reference:

Exhibit A: Request for Proposal (RFP) NO. 5443-20H and Addendum 1, 2 and 3
Exhibit B: Scope of Services Revised 3/20/2020
Exhibit C: Contractor's Insurance Certificate(s) and Endorsement(s)
Exhibit D: Drug free Workplace Certification
Exhibit E: Contractor's Proposal dated 4/3/2020
Exhibit F: Contractor's Cost Proposal dated 4/3/2020 and Best and Final Offer dated 4/20/2020

In the event of any conflict, discrepancy, or inconsistency among any of the documents which make up this Contract, the following shall control:

As between the Contract and the Contract Documents, which make up this Contract, the Contract shall govern.

In the event of any conflict, discrepancy, or inconsistency among any of the Contract Documents, the Contractor shall notify the County immediately upon discovery of the same for resolution by the County.

Any documents not included or expressly contemplated in this Contract do not, and shall not, form a part of this Contract. The Contract Documents are intended to be complementary, and a requirement in one document shall be deemed a requirement in all documents.

## SECTION TWO
### Scope of Services

The Contractor agrees to perform and furnish all labor, supervision, materials, equipment, transportation and supplies necessary for the completion of the Services required under this Contract in a timely and workmanlike manner, professional in all aspects, and in accord with all applicable laws, rules and regulations.

The Contractor shall provide a comprehensive inmate health care program for the Charleston County Sheriff Al Cannon Detention Center (SACDC) in accordance with the scope attached hereto and incorporated by reference as Exhibit B, as amended by written agreement of the Parties.

The Contractor shall commence the Services as specified in the Notice to Proceed, when it is issued, but not before it is issued. Coordination of the Services and administration of this Contract shall be by the Charleston County SACDC.

## SECTION THREE
### Term of Contract; Renewal Negotiations

The County hereby contracts with Contractor to provide the Services specified herein for an initial period beginning July 1, 2020 at 12:00 AM, through June 30, 2021.

The County reserves the right to extend this Contract on an annual basis, if it is determined to be in its best interest. The life of this Contract including all extensions shall not extend beyond a period of five (5) years.

Negotiations for Compensation and other Contract Changes for Renewal Years

The compensation (i.e., annual base price and per diem rate as defined) for renewal years shall be agreed upon, as well as any other proposed modifications to renewal contract terms, no later than February 15 in each year of a potential renewal.

If the Parties cannot reach agreement on compensation and renewal terms, each party will continue performance under the then-existing contract terms until expiration or termination pursuant to this Agreement.

Compensation from year to year may not increase, if at all, greater than the percentage change in the U.S. Department of Labor's Consumer Price Index - All Urban Consumers — South Urban, Average for Medical Care Services.

The staffing plan for the initial year of this Agreement is predicated on an Average Daily Population ("ADP") of 1,300.

For renewal terms, should the annual ADP for the previous calendar year increase or decrease more than 250 inmates the Contractor and the County will negotiate the associated impact to costs for future contract periods.

The Parties agree that any changes to costs under this Contract, with the exception of changes to costs attributable to scope changes directed by the County pursuant to Section Twenty-Two - Modification of Contract hereof, will be effective only for the following contract period.

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006854

Notwithstanding the above, staffing changes necessary to maintain the standards set forth in this Contract will be made by the Contractor as necessary during the term of the contract, and any increased costs of such staffing changes will be borne by the Contractor during the then-current contract period.

## SECTION FOUR
### Fees and Costs

For the services provided under this Contract, the Contractor shall be compensated by the County as follows:

The Contractor shall be responsible for all inmate care costs for the Services as defined in Exhibit B, Scope of Services. Payments shall be made as set forth below, subject to receipt of appropriate itemized invoices.

|  | Cost Per Month | Cost Annually |
|---|---|---|
| Clinical Cost | $149,961.80 | $1,799,542.00 |
| Staffing Costs | $324,884.83 | $3,898,618.00 |
| Management Fee | $47,916.70 | $575,000.00 |
| Total Costs | $522,763.33 | $6,273,160.00 |
|  |  |  |
| Inmate Cost Per Diem (Total Annual Cost / 1,300 inmates / 365 days per year) |  | $13.22 |

## SECTION FIVE
### Payment Terms

The Contractor shall be compensated for Services rendered pursuant to itemized invoices submitted to the County. No additional fees or costs shall be paid or due to the Contractor unless specifically approved in advance, in writing, by the County's authorized representative.

Contractor shall submit monthly itemized invoices for services rendered. Invoices will be paid at the beginning of the following month. All such invoices will be paid promptly by the County unless any items thereon are questioned, in which event payment will be withheld pending verification of the amount claimed and the validity of the claim. Contractor shall provide complete cooperation during any such investigation.

Invoices shall be submitted to the following address:

> Contracts Manager, SACDC
> Charleston County Sheriff's Office
> 3841 Leeds Avenue
> North Charleston, South Carolina 29405

## SECTION SIX
### Insurance Requirements

The Contractor, at its own expense, shall at all times during the term of the Contract, maintain insurance as included in Exhibit A, Insurance Certificate(s) and Endorsement(s), which is attached hereto and previously incorporated by reference. The County may contact the Contractor's insurer(s) or insurer(s)' agent(s) directly at any time regarding the Contractor's coverages, coverage amounts, or other such relevant and reasonable issues related to this Contract. The Contractor shall also require any subcontractors to carry the same coverages in the same amounts.

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

The County must be advised immediately of any changes in required coverages.

The Contractor must carry medical professional liability insurance in an amount of $1,000,000 per occurrence and $3,000,000 in the aggregate. If a "claims made" policy is provided, continuing liability coverage ("tail") of at least three (3) years must be in force. The insurance must be placed with a company authorized to do business in the State of South Carolina and have an acceptable A. M. Best rating.

## SECTION SEVEN
## Surety Bonds

The Contractor shall furnish separate performance and payment bonds to the County, as required by the RFP. Each bond shall set forth a penal sum in an amount not less than 10% of the Contract Price. Each bond furnished by the Contractor shall incorporate by reference the terms of this Contract as fully as though they were set forth verbatim in such bonds. In the event the Contract Price is adjusted by Change Order executed by the Contractor, the penal sum of both the performance bond and the payment bond shall be deemed increased by like amount. The performance and payment bonds furnished by the Contractor shall be in form suitable to the County and shall be executed by a surety, or sureties, reasonably acceptable to the County.

## SECTION EIGHT
## Compliance with Legal Requirements

All applicable federal, state and local laws, ordinances, and rules and regulations of any authorities (including, but not limited to, any laws, ordinances or regulations relating to the S.C. Department of Revenue or the S.C. Board of Contractors) shall be binding upon the Contractor throughout the pendency of these Services. The Contractor shall be responsible for compliance with any such law, ordinance, rule or regulation, and shall hold the County harmless and indemnify same in the event of non-compliance as set forth in the Contract.

The Contractor certifies that it will comply with the applicable requirements of Title 8, Chapter 14 of South Carolina Code of Laws (1976, as amended) and agrees to provide to the State upon request any documentation required to establish either: (a) that Title 8, Chapter 14 is inapplicable to the Contractor and its subcontractors or sub-subcontractors; or (b) that the Contractor and its subcontractors or sub-subcontractors are in compliance with Title 8, Chapter 14.

Pursuant to Section 8-14-60, "A person who knowingly makes or files any false, fictitious, or fraudulent document, statement, or report pursuant to this chapter is guilty of a felony and, upon conviction, must be fined within the discretion of the Court or imprisoned for not more than five years, or both."

The Contractor agrees to include in any contracts with subcontractors, language requiring subcontractors to (a) comply with applicable requirements of Title 8, Chapter 14, and (b) include in its contracts with the subcontractors language requiring the sub-subcontractors to comply with the applicable requirements of Title 8, Chapter 14.

The Contractor agrees to and shall certify agreement to abide by the requirements under Title VI of the Civil Rights Act of 1964, and other non-discrimination authorities under Federal Executive Order Number 11246, as amended, and specifically the provisions of the equal opportunity clause.

The Contractor shall comply with all federal, state and local laws, ordinances, rules and regulations of any authorities throughout the duration of this Contract. The Contractor shall be responsible for compliance

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000834

with any such law, ordinance, rule or regulation, and shall hold the County harmless and indemnify same in the event of non-compliance.

## SECTION NINE
### Drug-free Workplace Act

The Contractor shall comply with the South Carolina Drug-free Workplace Act, Section 44-107-10 et seq., S.C. Code of Laws (1976, as amended). The County requires all contractors executing contracts for a stated or estimated value of $50,000 or more to sign a Drug-free Workplace Certification form prior to the issuance of the Notice to Proceed.

## SECTION TEN
### Contractor's Warranties and Representations

Contractor warrants and represents that it shall be responsible for all subcontractors working directly for it, as well as for their work product, as though Contractor had performed the Services itself.

Contractor represents that its staff is knowledgeable, having appropriate qualifications and skills to provide the services under this Contract and warrants that it will use best efforts to provide such services in a professional, timely manner, in accord with the standard of care for such services in its profession.

Contractor warrants that it has become fully acquainted with the conditions, facts and circumstances relating to providing the services required under this Contract. The failure or omission of Contractor to acquaint itself with existing conditions, facts and circumstances shall in no way relieve it of any obligation with respect to this Contract.

The Contractor assumes sole responsibility for complete professional services as described in the Scope of Services. Contractor shall not be permitted to limit its responsibility or liability by limiting the warranties that Contractor shall provide the County.

## SECTION ELEVEN
### Retention of Records

The Contractor agrees to maintain for three (3) years from the date of Final Payment, or until the end of any audit or closure of all pending matters under this Contract, whichever is later, all books, documents, papers, and records pertinent to this Contract. The Contractor agrees to provide to the County, any federal grantor agency, the Comptroller General of the United States, any state grantor agency, any assignee, or any of their duly authorized representatives access to such books, documents, papers, and records for the purpose of examining, auditing, and copying them. The Contractor further agrees to include these provisions in any subcontracts issued in connection with this Contract.

At the end of the Contract, all original medical records are to be turned over to SACDC.

## SECTION TWELVE
### State and Local Taxes

Except as otherwise provided, Contract prices shall include all applicable state and local taxes.

The Contractor shall calculate that portion of the Contract that is subject to the nine (9%) South Carolina sales and/or use tax, and this amount shall be itemized and shown on all invoices, and shall be paid to the SCDOR by Contractor. If Contractor is a non-South Carolina company, the County will withhold said

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

amount from all invoices and remit payment to the SCDOR, unless the Contractor furnishes the County with a valid South Carolina Use Tax Registration Certificate Number.

The Contractor shall indemnify and hold harmless the County for any loss, cost, or expense incurred by, levied upon or billed to the County as a result of the Contractor's failure to pay any tax of any type due in connection with this Contract.

The Contractor shall ensure that the above sections are included in all subcontracts and sub-subcontracts, and shall ensure withholding on out of state sub and sub-subcontractors to which withholding is applicable.

### SECTION THIRTEEN
#### Independent Contractor

The Contractor is an independent contractor and shall not be deemed the agent or employee of the County for any purpose whatsoever. Contractor shall not hold himself out as an employee of the County, and shall have no power or authority to bind or obligate the County in any manner, except the County shall make payment to the Contractor for work/services and expenses as herein provided. The Contractor shall obtain and maintain all licenses and permits required by law for performance of this Contract by him or his employees, agents, and servants. The Contractor shall be liable for and pay all taxes required by local, state or federal governments, including but not limited to social security, Workers' Compensation, employment security, and any other

taxes and licenses or insurance premiums required by law. No employee benefits of any kind shall be paid by the County to or for the benefit of the Contractor or its employees, agents, or servants by reason of this Contract.

### SECTION FOURTEEN
#### Other Contracts

The County reserves the right to undertake or award other contracts for additional work/services, and may elect to complete portions of the Services included in this Contract using its own forces or through other contracts, and the Contractor shall fully cooperate with such other contractors. County employees and carefully fit its own work/services to such work/services as may be directed by the County. The Contractor shall not commit or permit any act by its forces or subcontractors which will interfere with the performance of work/services by any other contractor or by County and or Department employees.

### SECTION FIFTEEN
#### Permits and Licenses

The Contractor shall, without additional expense to the County, be responsible for obtaining and maintaining all necessary licenses and permits required by the State of South Carolina, a municipality or the County or any other authority having jurisdiction. Prior to execution of a contract, the Contractor may be required to provide a copy of its current applicable Contractor's License issued by the State of South Carolina and the County. Any subcontractor must comply with the regulations promulgated in the South Carolina Contractor's Licensing Board as enforced by the South Carolina Licensing Board for Contractors. Contractor's (and or any subcontractor's) License Number, Person's Name and Business Name must all be shown on all required licenses.

## SECTION SIXTEEN
### Safety, Health, and Security Precautions

The Contractor shall take proper safety, health and security precautions to protect its workers and the County's property, workers and the public at all times during the term of this Contract. Emergency exits shall not be blocked and doors shall be secured by Contractor when Services are temporarily suspended and after each work day. All materials shall be stored securely, protected from theft or damage.

The Contractor will assume full responsibility for all its personnel, equipment and all materials to be used in connection with the completion of the Services.

## SECTION SEVENTEEN
### Inspection and Acceptance

All Services shall be subject to inspection and test by the County at all reasonable times and places. The Contractor shall, without charge, correct any workmanship found by the County not to conform to the Contract requirements.

## SECTION EIGHTEEN
### Conditions Affecting the Services

The Contractor shall be responsible for having taken steps reasonably necessary to ascertain the nature and location of the Services, and the general and local conditions that can affect the Services or the cost thereof. Any failure by the Contractor to do so will not relieve the Contractor from responsibility for successfully performing the Services without additional expense to the County. The County assumes no responsibility for any understanding or representations concerning conditions made by any of its officers or agents prior to the execution of this Contract, unless such understandings or representations by the County are expressly stated in this Contract.

## SECTION NINETEEN
### Cleanup Work: Repair of Damages

During the performance of the Services, the Contractor shall continuously keep County-provided workspace (the "Work Site") and areas adjacent thereto in an orderly condition, free and clear from debris and discarded materials.

Contractor will restore or replace, when and as directed by the County, any public or private property damaged or destroyed by Contractor's work, equipment or employees to a condition at least equal to that existing immediately prior to the beginning of the Services.

## SECTION TWENTY
### Damages

The Contractor expressly agrees that if the Services, or any part thereof, is not performed or completed in a timely or professional manner in accordance with this Contract or any amendment thereto, the Contractor and its sureties shall be liable to the County for actual damages that relate to the Contractor's failure to perform or complete the Services in the manner described above. If actual damages are agreed to by the County and the Contractor or awarded by the Court, the County shall have the right to deduct from and retain out of monies, which may be then due or which may become due and payable to the Contractor, the amount of such actual damages; and if the amount so retained by the County is not sufficient to pay in full

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

such actual damages, the Contractor and/or its sureties shall pay to the County the amount necessary to effect payment in full of such actual damages.

## SECTION TWENTY-ONE
### Suspension of Services

The Contracts and Procurement Director may order, in writing, the Contractor to suspend, delay, or interrupt all or any part of the Services for such period of time as he may determine to be appropriate for the convenience of the County. The County may suspend performance of its obligations under this Contract in good faith for the convenience of the County or to investigate matters arising in the Services.

The Contracts and Procurement Director may order suspension of the Services in whole or in part for such time as he deems necessary because of the failure of the Contractor to comply with any of the requirements of this Contract, and the Contract's completion date shall not be extended on account of any such suspension of Services.

When the Contracts and Procurement Director orders any suspension of the Services under the paragraph above, the Contractor shall not be entitled to any payment for Services with respect to the period during which such Services are suspended and shall not be entitled to any costs or damages resulting from such suspension.

The rights and remedies of the County provided in this Section are in addition to any other rights and remedies provided by law or under this Contract.

## SECTION TWENTY-TWO
### Modification of Contract

The County's Contracts and Procurement Director has the unilateral right to modify this Contract when the modification is in the best interest of the County, provided however, the Contractor is given written notice of any such modification and the County is responsible for paying Contractor for any additional expenses incurred by the Contractor that relate to the modification. Subject to the above, the Contractor shall immediately notify the County in writing of any proposed adjustment in its fee. The Contractor is obligated to perform the revised contract when so directed by the Contracts and Procurement Director, and the County is obligated to pay for the services performed pursuant to the modification. No claim by the Contractor for an adjustment hereunder shall be allowed if asserted after Final Payment under this Contract.

## SECTION TWENTY-THREE
### Termination

A.    **For Convenience**

The Contracts and Procurement Director, by advance written notice, may terminate this Contract when it is in the best interests of the County. If this Contract is so terminated, the Contractor shall be compensated for all necessary and reasonable direct costs of performing the Services actually accomplished. The Contractor will not be compensated for any other costs in connection with a termination for convenience. The Contractor will not be entitled to recover any damages in connection with a termination for convenience.

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006854

B.   **For Default**

If the Contractor refuses or fails to perform the Services or any separable part thereof in a timely or workmanlike manner in accordance with the Contract Documents, or otherwise fails, in the sole opinion of the County, to comply with any of the terms and conditions of the Contract Documents deemed, in the sole opinion of the County, to be material (including, without limitation, the requirement that Contractor obtain and maintain in force all necessary permits), such refusal or failure shall be deemed a default under this Contract.

In the event of a default under this Section, the County shall have the right to terminate forthwith this Contract by written notice to the Contractor. In the event of such default, the advance notice period for termination is waived and the Contractor shall not be entitled to any costs or damages resulting from a termination under this Section.

Whether or not the Contractor's right to proceed with the Services is terminated, it and its sureties shall be liable for any damage to the County resulting from the Contractor's default. Any wrongful termination for default shall be deemed by the Parties a termination for convenience.

C.   **Termination for Non-Appropriation of Funds**

The Contracts and Procurement Director, by written advance notice, may terminate this Contract in whole or in part in the event that sufficient appropriation of funds from any source (whether a federal, state, County or other source) are not made or sufficient funds are otherwise unavailable, in either case, to pay the charges under this Contract. If this Contract is so terminated, the Contractor shall be compensated for all necessary and reasonable direct costs of performing the Services actually provided to the date of such termination. The Contractor will not be compensated for any other costs in connection with a termination for non-appropriation. The Contractor will not be entitled to recover any damages in connection with a termination for non-appropriation, including, but not limited to, lost profits.

D.   **Rights Cumulative**

The rights and remedies of the County provided in this Section are in addition to any other rights and remedies provided by law or under this Contract.

**SECTION TWENTY-FOUR**
**Indemnification**

Except for expenses or liabilities arising from the negligence or intentional acts of the County, the Contractor hereby expressly agrees to indemnify and hold the County harmless against any and all expenses and liabilities arising out of the negligent performance, action or inaction of the Contractor in conduct of this Contract, as follows:

For matters other than those arising from the rendering or failure to render professional services, the Contractor expressly agrees to the extent that there is a causal relationship between its negligence, action or inaction, or the negligence, action or inaction of any of its employees or any person, firm or corporation directly or indirectly employed by the Contractor and any damage, liability, injury, loss or expense (whether in connection with bodily injury or death or property damage) that is suffered by the County and/or its officers or employees or by any member of the public, to indemnify and save the County and its officers and employees harmless against any and all liabilities, penalties, demands, claims, lawsuits, losses, damages, costs, and expenses arising out of the negligence, action or inaction of the Contractor, regardless

of whether such liabilities, penalties, demands, claims, lawsuits, losses, damages, costs and expenses are caused in part by the County. Such costs are to include, without limitation, defense, settlement and reasonable attorney's fees incurred by the County and its employees. This promise to indemnify shall include, without limitation, bodily injuries or death occurring to the Contractor's employees and any person, directly or indirectly employed by the Contractor (including, without limitation, any employee of any subcontractor), the County's officers or employees, the employees of any other independent contractors, or occurring to any member of the public. When the County submits notice, the Contractor shall promptly defend any aforementioned action.

For matters arising out of the rendering or failure to render professional services, the Contractor will indemnify and save the County and its officers and employees harmless from and against all liabilities, penalties, demands, claims, lawsuits, losses, damages, costs and expenses arising out of or resultant from any negligent act, error or omission of the Contractor in the rendering or failure to render professional services under this Contract. Such costs are to include, without limitation, defense, settlement and reasonable attorneys' fees incurred by the County and its officers and employees. This promise to indemnify shall include, without limitation, bodily injuries or death occurring to the Contractor's employees and any person, directly or indirectly employed by the Contractor (including, without limitation, any employee of any subcontractor), the County's officers or employees, the employees of any other independent contractors, or occurring to any member of the public. When the County submits notice of a claim that triggers the indemnity, the Contractor shall promptly defend any aforementioned action.

The limits of insurance required in this Contract shall not limit the Contractor's obligations under this Section. The terms and conditions contained in this Section shall survive the termination of the Contract or the suspension of the Services hereunder. To the extent that any liabilities, penalties, demands, claims, lawsuits, losses, damages, costs and expenses are caused in part by the acts of the County, the Contractor's obligations shall be reduced in proportion to the County's fault. The obligations herein shall also extend to any actions by the County to enforce this indemnity obligation. The recovery of costs and fees all extend to those incurred in the enforcement of this indemnity.

SECTION TWENTY-FIVE
Gratuities and Kickbacks

**Gratuities**. It shall be unethical for any person to offer, give or agree to give any employee or former employee, or for any employee or former employee to solicit, demand, accept, or agree to accept from another person a gratuity or an offer of employment in connection with any decision, approval, disapproval, recommendation, preparation or any part of a program requirement or a purchase request, influencing the content of any specification or procurement standard, rendering of advice, investigation, auditing, or in any other advisory capacity in any proceeding or application, request for ruling, determination, claim or controversy, or other particular matter pertaining to any program requirement of a contract or subcontract, or to any solicitation or proposal therefore.

**Kickbacks**. It shall be unethical for any payment, gratuity, or offer of employment to be made by or on behalf of a subcontractor under a contract to the prime contractor, or to hire any subcontractor or any person associated therewith, as an inducement for the award of a subcontract or order.

Violation of this clause may result in Contract termination.

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

## SECTION TWENTY-SIX
### Labor: Subcontractors

No subcontracts shall be allowed without the prior written approval of the County. The Contractor shall not contract with a proposed person or entity to whom the County has made reasonable and timely objections. The Contractor shall not be required to contract with anyone to whom the Contractor has made reasonable and timely objection.

The Contractor shall enforce strict discipline and good order among its employees and other persons carrying out the performance of the Contract.

Employment of labor by the Contractor shall be effected under conditions which are satisfactory to the County. The Contractor shall remove or cause to have removed from the project any employee or employees who are considered unsatisfactory by the County.

The Contractor assumes the responsibility for assuring that its working forces are compatible with the County employees and the Contractor is responsible for making itself aware of those forces. The Contractor will furnish a competent representative who is to be kept available to represent the Contractor for the purpose of receiving notices, orders and instruction.

## SECTION TWENTY SEVEN
### Notices

Whenever any provision of this Contract requires the giving of written notice, it shall be deemed to have been validly given if delivered by person or by registered mail to the following:

| | |
|---|---|
| *If to the County:* | Director of Procurement<br>County of Charleston<br>4045 Bridge View Drive, Suite B250<br>North Charleston, South Carolina 29405 |
| *If to the Contractor:* | Kip Hallman, President<br>Wellpath, LLC<br>1283 Murfreesboro Road, Suite 500<br>Nashville, TN 37217 |

## SECTION TWENTY-EIGHT
### Assignment

The Contractor shall not assign in whole or in part the Contract without the prior written consent of the County or its Assignee. The Contractor shall not assign any money due or that may become due to it under said the Contract without the prior written consent of the County or its Assignee. Each Party binds itself, its successors, assigns, executors, administrators or other representatives to the other Party hereto and to successors, assigns, executors, administrators or other representatives of such other Party in connection with all terms and conditions of the Contract.

## SECTION TWENTY-NINE
### Controlling Law

The laws of South Carolina shall govern this Contract. All litigation arising under this Contract shall be litigated only in a nonjury hearing in the Court of Common Pleas, Ninth Judicial Circuit, Charleston County, South Carolina.

## SECTION THIRTY
### Entire Contract

This Contract constitutes the entire understanding and contract between the Parties hereto and supersedes all prior and contemporaneous written and oral contracts between the Parties and their predecessors in interest regarding the subject matter of this Contract. This Contract may not be changed, altered, amended, modified, or terminated orally, except as specifically provided, and any such change, alteration, amendment, or modification must be in writing and executed by the Parties hereto.

## SECTION THIRTY-ONE
### Severance

Should any part of this Contract be determined by a Court of competent jurisdiction to be invalid, illegal, or against public policy, said offending Section shall be void and of no effect and shall not render any other Section herein, nor this Contract as a whole, invalid. Any terms which, by their nature, should survive the suspension, termination or expiration hereof shall be deemed to so survive.

## SECTION THIRTY-TWO
### Non-waiver

Any waiver of any default by either Party to this Contract shall not constitute waiver of any subsequent default, nor shall it operate to require either Party to waive, or entitle either Party to a waiver of, any subsequent default hereunder.

      IN WITNESS WHEREOF, the Parties hereto have executed this Contract under their several seals the day and year first written above.

WELLPATH, LLC:

Kip Halfman
President

Witness:

1)

2)

COUNTY OF CHARLESTON, SOUTH CAROLINA:

Bill Tuten
County Administrator

Witness:

1)

2)

Charleston, SC

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006354

# Exhibit 4



## County of Charleston, South Carolina
### Sheriff Kristin R. Graziano

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

March 30, 2023

**FOR RELEASE TO GENERAL PUBLIC**

My name is Amber Allen, and I'm the communications director for the Charleston County Sheriff's Office. Sheriff Kristin Graziano has authorized the release of the following documents, which show that our agency has acted in good faith with the administration of Charleston County and council members for more than a year to advocate for better health care at the Sheriff Al Cannon Detention Center.

Releasing these documents to the public gives the Sheriff's Office an opportunity to present an unfiltered picture of what has been happening behind the scenes as we deal with poor medical services from the county-contracted provider, Wellpath, amid our own staff-shortage crisis that has been ongoing since 2014.

This memo also serves to correct the record on allegations from elected officials that continue to persist in media coverage about the Sheriff Al Cannon Detention Center.

Thanks to the hard work at SACDC, CCSO is the only South Carolina law enforcement agency and one of only 71 in the United States to receive the National Sheriffs' Association's Triple Crown Award. Since 2013, CCSO has maintained accreditation from the Commission on the Accreditation of Law Enforcement Agencies, the American Correctional Association's Commission on Accreditation for Corrections and the National Commission on Correctional Health Care. According to the NSA's website, "Achieving these accreditations individually is a daunting task. Acquiring all three at the same time is an extraordinary feat. In fact the Triple Crown distinction is so rare, that since the establishment of the award in 1993, fewer than 100 sheriff's offices have qualified." CCSO has held the Triple Crown Award since 2013. According to the Prison Policy Initiative, there are currently 3,116 local jails.

We take safety and health care very seriously at SACDC, and every tragedy within our facility is deeply felt by our staff. That is why we welcome outside agencies, such as the South Carolina Law Enforcement Division, to regularly investigate when incidents occur. We have nothing to hide, and we vigorously adhere to policy.

The public will also see that SACDC staff and CCSO legal counsel actively engage the Courts, the Public Defender's Office, and the Solicitor's Office to advocate for medically sensitive residents to move them to alternate facilities that are more appropriate.

**When our staffing shortage began**
Despite what has been written in the media recently, the staffing shortage at SACDC did not occur after January 2021. Our records indicate that as of December 2013, there were only six unfilled full-time employee positions. Longtime staff members say a slow trickle and then a mass exodus began after the opening of direct supervision units within our facility, as opposed to indirect supervision. In December 2014, there were 23 unfilled FTEs. And it goes on:

- December 2015: 58
- December 2016: 76

ELECTRONICALLY FILED - 2024 Dec27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

- December 2017: 93
- December 2018: 92
- December 2019: 93
- December 2020: 99
- December 2021: 82
- December 2022: 110

Charleston County Council's pledged support of our recent market adjustment for salaries was initially celebrated by our employees. The starting base pay hadn't changed since 2017. But the prolonged hand-wringing and political posturing of some council members of when and how the money would be supplied has proven that those council members don't really support us at all. And these recent allegations of wrongdoing and poor transparency have only aggravated the current staffing situation. To this day, county has not supplied any money to the Sheriff's Office to support the market adjustment. We are working diligently to swim upstream despite the onslaught of attacks, and we know that we will succeed.

Despite what the former CEO of Wellpath put in his letter about his providers' difficulty in going about their tasks, there is little to no documented evidence of his allegations. Meanwhile, what you will see in these public documents are clear and concise documentation of continued non-compliance by Wellpath.

### Cleanliness of the building and detention residents
Much has been said in front and behind the cameras about the cleanliness of our facility and our residents. To make it crystal clear, what Congresswoman Nancy Mace, Chairman Herb Sass, Councilman Teddie Pryor – and Councilmen Joe Boykin and Rob Wehrman later that morning – saw was a clean facility. The question of who is responsible for keeping our residents clean of their bodily fluids is easily answered: it is NOT the detention deputies' responsibility to keep residents clean. It is up to the county-supplied medical vendor to force the cleaning of a resident.

### Screening and training of detention staff
Even though the Sheriff's Office has struggled to compel Wellpath to do their contracted roles, detention staff continue to do their part to keep residents safe. During the intake process, our deputies conduct nine screenings – separate from Wellpath's screenings -- to learn about the residents and where they will be safest during their stay while they wait for their case to be adjudicated or to make bond. Those screenings, and the amount of questions involved, include:

- Bond information (2);
- Medication-Assisted Treatment (MAT) assessment (4);
- Medical (35);
- Mental health screening (11);
- Observation screening from intake detention deputy (18);
- Suicide assessment (12);
- Classification (22);
- Human trafficking (7); and
- Prison Rape Elimination Act (PREA) (11).

That amounts to 122 questions asked per resident. As of this morning, the SACDC had 974 adults and 20 in juvenile detention. The population fluctuates by the hour. In addition to the screenings, every single detention deputy is required to take 40 hours of training per year. Those trainings include CPR, defensive tactics, and PREA.

### Timeline of concerns with Wellpath and CCSO actions to seek new options
- On May 2, 2022, then-jail Chief/Director Abigail Duffy raised the alarm with county administration that CCSO had "grave concerns" with the county's contracted medical provider, Wellpath. On May 18, Duffy asked Charleston County to send out a new Request for Proposal for the 2023 period. CCSO Contracts Manager Daniela Zyskowski shared with Duffy, who ultimately passed it on to County, a list of complaints and non-compliance concerns jail staff had documented between Feb. 14 and May 17, 2022.

- The following day, on May 19, Zyskowski requested from County more guidance on how to submit non-compliance notices to the County moving forward. She had been informed previously from County that a Word document would suffice.
- On June 15, Zyskowski shared with CCSO legal counsel Nicole Paluzzi the concerns she shared with Duffy about interactions she had received with the county contracts manager.
- *For clarity – emails around June 27 from Duffy involve Wellpath and the contracted facility housekeeping vendor and a dispute over contracted services.*
- On Sept. 10, Duffy informs county contracts manager Barret Tolbert that CCSO has an interest in working with the Medical University of South Carolina as a state non-competitive bidder for the jail.
- On Oct. 31, Paluzzi sends an email to County Administrator Bill Tuten to discuss approval of the non-competitive bid proposal with MUSC.
- In late December, a great deal of problems arise out of the MAT program, and the Charleston Center pulls out of the project due to their continued concerns with Wellpath. Also around this time, MUSC expresses concerns with the prior dialysis subcontractor with Wellpath.
- On Jan. 10, 2023, County sends an invitation to for-profit medical contractors for a mandatory pre-bid conference. County does not include MUSC in the invitation despite knowing CCSO would like MUSC to submit a bid.
- On Jan. 11, Paluzzi asks to meet with county legal to force Wellpath's compliance or to move in a different direction.
- On Jan. 12, Paluzzi tells county legal that CCSO is exploring options to provide competent care on an emergency basis with another vendor.
- On March 9, Paluzzi writes to the county contracts office that some of CCSO's original language for the medical vendor RFP was removed multiple times despite us bringing this to county's attention. CCSO wanted specific language in the RFP to accommodate a vendor such as MUSC to ensure ease of transfer of medical records to and from the jail infirmary and the hospital.
- On March 21, now-special projects manager Duffy writes to Tolbert that CCSO believes none of the three vendors who responded to the RFP can fulfill the needs of jail residents.
- On March 23, Paluzzi extends a formal invitation to Councilman Pryor and the rest of County Council to take a tour of the jail and to view the documents included in this release. This formal invitation came on the heels of Pryor's comments in the most recent council meeting, directing county legal to draft a letter to the DOJ.
- On March 27, Paluzzi calls for county contracts to put the RFP back out for bid, despite county moving forward with the highest-scoring bidder.

It is our hope that these documents give the public a clearer picture of what the Sheriff's Office has been doing to keep the community safe. We continue to adhere to our commitment of Service Beyond the Call. And we will continue to fight for the best possible care of the people within our walls. Our doors are always open to the public.

Sincerely,

Amber Allen
Communications Director, Charleston County Sheriff's Office

**Administrative Office**
3001 Leeds Avenue
N. Charleston, SC 29405
– Sheriff –
Voice (843) 554-2230
Fax (843) 554-2243

**Law Enforcement Division**
3691 Leeds Avenue
N. Charleston, SC 29405
– Patrol –
Voice (843) 202-1700
Fax (843) 554-2234

**Detention Center**
3841 Leeds Avenue
N. Charleston, SC 29405

Voice (843) 529-7300
Fax (843) 529-7406

**Judicial Center**
100 Broad Street, Suite 361
Charleston, SC 29401

Voice (843) 958-2100
Fax (843) 958-2128

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000654

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

**Nicole L. Paluzzi**

| | |
|---|---|
| **From:** | Daniela Zyskowski |
| **Sent:** | Monday, May 2, 2022 10:07 AM |
| **To:** | Abigail Duffy; LaShanda W. Hicks; Anna Weston; Robina Haselden; Michael Halley |
| **CC** | Charles L. Wiggins; LaZana D. Evans; Kristin Graziano; Nicole L. Paluzzi |
| **Subject:** | RE: 5443-- Procurement Contract is going to Expire in 60 days. |

I would like to add that we have had repeated conversations with their upper management regarding concerns with WellPath staff on site here and lack of care, and not much seems to be done regarding the matters. Their VPs typically drop in monthly to ask how things are going, we address the concerns and issues, they hear them, but the following month we are discussing the same concerns and issues as the previous month.

Daniela Zyskowski
Contracts Manager
Charleston County Detention Center
3841 Leeds Ave
Charleston, SC 29405
843 529 7379

From: Abigail Duffy <ADuffy@charlestoncounty.org>
Sent: Monday, May 02, 2022 9:23 AM
To: LaShanda W. Hicks <LWHicks@charlestoncounty.org>; Anna Weston <AWeston@charlestoncounty.org>; Robina Haselden <rhaselden@charlestoncounty.org>; Michael Halley <mhalley@charlestoncounty.org>; Daniela Zyskowski <DZyskowski@charlestoncounty.org>
Cc: Charles L. Wiggins <CWiggins@charlestoncounty.org>; LaZana D.Evans <LPorter@charlestoncounty.org>; Kristin Graziano <kgraziano@charlestoncounty.org>; Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org>
Subject: RE: 5443-- Procurement Contract is going to Expire in 60 days.

All,

I have grave concerns about continuing with Wellpath. They have been in the news for dereliction resulting in a death in February (I believe) and we continue to have repetitive problems with them. Regardless of right to cure notices, their reputation has significantly decreased in the last year alone, and it wasn't high to start with. I believe that we should have a discussion on this matter and bring legal to the table as well. I know that time is short, but a contract extension may be in order while we rebid this contract. In short, they have done nothing to alleviate the concern that they are a liability generally.

Abbey

From: LaShanda W. Hicks <LWHicks@charlestoncounty.org>
Sent: Sunday, May 1, 2022 8:45 AM
To: Abigail Duffy <ADuffy@charlestoncounty.org>; Anna Weston <AWeston@charlestoncounty.org>; Robina Haselden <rhaselden@charlestoncounty.org>; Michael Halley <mhalley@charlestoncounty.org>
Cc: Charles L. Wiggins <CWiggins@charlestoncounty.org>; LaShanda W. Hicks <LWHicks@charlestoncounty.org>; LaZana D.Evans <LPorter@charlestoncounty.org>
Subject: 5443-- Procurement Contract is going to Expire in 60 days.

1

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

# Contract Expiration Alert Notice

This is an automatic notification sent 120, 90, 60 and 30 days prior to the expiration date of the contract. Although you may have previously responded, you may receive this notice again.

Contract: 5443-

Vendor: Wellpath, LLC

Description: Inmate Medical Services at the SACDC

Effective: 7/1/2020

Expires: 6/30/2022

If this is an annual contract, do you want to extend this contract for another year? If so, do you have any changes, pricing or otherwise, that should be incorporated into the amendment?

If you do not want to extend this contract or if the contract is nearing its final (5th) year, please provide an updated scope of work to Procurement so that this contract can be terminated and a new contract can be in place when this contract expires.

Thank You,

Charleston County Contracts Staff

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1008854

## Nicole L. Paluzzi

From: Abigal Cuffy
Sent: Monday, March 6, 2022 10:18 AM
To: Nicole L. Paluzzi; Patrick Merns
Subject: Fw: 5443 - - Procurement Contract is going to Expire in 60 days

Importance: High

---

From: Barrett J. Tolbert <BTolbert@charlestoncounty.org>
Sent: Monday, May 2, 2022 3:29 PM
To: Abigail Duffy <ADuffy@charlestoncounty.org>
Cc: LaShanda W. Hicks <LWHicks@charlestoncounty.org>; LaZana D. Evans <LPorter@charlestoncounty.org>; Marc Belle <MBelle@charlestoncounty.org>
Subject: Re: 5443 - Procurement Contract is going to Expire in 60 days.

Director Duffy,

My staff just presented me with the email regarding Wellpath as it relates to the service the firm provides to Charleston County Detention Center. After discussion with staff, we have not received any documentation from the Detention Center detailing performance issues. The Procurement Department need you all to provide the list of documented issues, minutes from meetings The Detention Center staff has had with Wellpath to resolve the issues, and other information that pertains to this problem. Once this information is received, we will proceed in accordance with the Terms and Conditions of the contract. Note, we will follow all procedures within the Ordinance and State Laws in addressing these issues.

Regards,

Barrett J. Tolbert CPP, CPPM
Contracts & Procurement Director
Charleston County Procurement Dept.
843 958 4761



---

From: Charles L. Wiggins <CWiggins@charlestoncounty.org>
Sent: Monday, May 02, 2022 9:50 AM
To: Barrett J. Tolbert <BTolbert@charlestoncounty.org>

ELECTRONICALLY FILED - 2024 Dec27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006854

Cc: LaShanda W. Hicks <LWHicks@charlestoncounty.org>; LaZana D. Evans < Porter@charlestoncounty.org>
Subject: FW: 5443 – Procurement Contract is going to Expire in 60 days

FY .........

From: Abigail Duffy <ADuffy@charlestoncounty.org>
Sent: Monday, May 02, 2022 9:23 AM
To: LaShanda W. Hicks <LWHicks@charlestoncounty.org>; Anna Weston <AWeston@charlestoncounty.org>; Rebina 1 aseiden <rhaselden@charlestoncounty.org>; Michael Halley <mhalley@charlestoncounty.org>; Daniela Zyskowski <DZyskowski@charlestoncounty.org>
Cc: Charles L. Wiggins <CWiggins@charlestoncounty.org>; LaZana D.Evans <LPorter@charlestoncounty.org>; Kristin Graziano <kgraziano@charlestoncounty.org>; Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org>
Subject: RE: 5443– Procurement Contract is going to Expire in 60 days.

All,
I have grave concerns about continuing with Wellpath. They have been in the news for dereliction resulting in a death in February (I believe) and we continue to have repetitive problems with them. Regardless of right to cure notices, their reputation has significantly decreased in the last year alone, and it wasn't high to start with. I believe that we should have a discussion on this matter and bring legal to the table as well. I know that time is short, but a contract extension may be in order while we rebid this contract. In short, they have done nothing to alleviate the concern that they are a liability generally.
Abbey

From: LaShanda W. Hicks <LWHicks@charlestoncounty.org>
Sent: Sunday, May 1, 2022 8:05 AM
To: Abigail Duffy <ADuffy@charlestoncounty.org>; Anna Weston <AWeston@charlestoncounty.org>; Rebian Haselden <rhaselden@charlestoncounty.org>; Michael Halley <mhalley@charlestoncounty.org>
Cc: Charles L. Wiggins <CWiggins@charlestoncounty.org>; LaShanda W. Hicks <LWHicks@charlestoncounty.org>; LaZana D. Evans <LPorter@charlestoncounty.org>
Subject: 5443– Procurement Contract is going to Expire in 60 days.

# Contract Expiration Alert Notice

This is an automatic notification sent 120, 90, 60 and 30 days prior to the expiration date of the contract. Although you may have previously responded, you may receive this notice again.

Contract: 5443
Vendor: Wellpath, LLC
Description: Inmate Medical Services at the SACDC
Effective: 7/1/2020
Expires: 6/30/2022

If this is an annual contract, so you want to extend this contract for another year? If so, do you have any changes, pricing or otherwise, that should be incorporated into the amendment?

If you do not want to extend this contract or if the contract is ending its final (5th) year, please provide an updated scope of work to Procurement so that this contract can be re-solicited and a new contract can be in place when this contract expires.

Thank You,
Charleston County Contracts Staff

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

## Nicole L. Paluzzi

From:           Charles L. Wiggins
Sent:           Wednesday, May 18, 2022 12:30 PM
To:             Abigail Duffy; LaShanda W. Hicks; Barrett J. Tolbert
Cc:             Nicole L. Paluzzi; Edward L. Knisley; Kristin Graziano
Subject:        RE: WellPath

Hello Abbey,

Thanks for the information. We will review to discuss tomorrow.

We will forward a copy of the last RFP for medical services as requested.

Thank you,

Chuck

From: Abigail Duffy <ADuffy@charlestoncounty.org>
Sent: Wednesday, May 18, 2022 12:24 PM
To: LaShanda W. Hicks <LWHicks@charlestoncounty.org>; Charles L. Wiggins <CWiggins@charlestoncounty.org>; Barrett J. Tolbert <BTolbert@charlestoncounty.org>
Cc: Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org>; Edward L. Knisley <EKnisley@charlestoncounty.org>; Kristin Graziano <kgraziano@charlestoncounty.org>
Subject: FW: WellPath

Chuck,

As requested, here is a short and incomplete list of issues with Wellpath. Staffing remains a problem; they keep asking me to allow them to hire persons with different professional levels than contracted for (lower level professionals – and I keep telling them to get you a contract amendment proposal for all of us to consider). I spoke briefly with Ed last night about the issues that they are having in other facilities (the closest being Richland with 9 deaths from dehydration during detox). Given the increasingly terrible reputation they are making for themselves, I am greatly concerned about the County's liability in continuing to contract with them. I know that nothing can be done about the upcoming year, but I would like to formally request at this point that an RFP be sent out for solicitation for the 2023 renewal period. If I could get the last RFP that was put out so that I can start to review it and amend the scope where necessary, I would greatly appreciate it. I will have Anna begin to go through our records and pull more incidents and get that spreadsheet together.

Abbey

Chief Abigail Duffy
Detention Chief
Charleston County Sheriff's Office

From: Daniela Zyskowski <DZyskowski@charlestoncounty.org>
Sent: Wednesday, May 18, 2022 9:35 AM
To: Abigail Duffy <ADuffy@charlestoncounty.org>
Subject: WellPath

Here is everything I have – I am sure more needs to be added to the list if you'd like to go over it together at some point today.

1

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

Received update from Linda Ross 2/14 that Nurse Scott was placed on Performance Improvement Plan – shortly thereafter, Nurse Scott (DON) was fired.

Received update from Linda Ross 2/14 about concerns around Nurse Cook and "poor leadership styles and abilities" with her staff.

Received follow up request from Linda Ross 2/14 about staffing proposal with having the option for LPN or CMT to be hired on site.

3/22/22 met with Dr. Leonard, Dr. Daisania, Nurse Cook, and Twana regarding concerns about suboxone running out – Nurse Cook confirmed that there was plenty in stock but nursing staff is not communicating to her when they need more; Dr. Leonard and Nurse Cook got into a heated argument around the correct and appropriate protocol for ordering more medication

3/29/22 received concern that resident ___ received the wrong medication during evening med pass. Nurse Nattea advised him to vomit into the toilet. Nurse Nattea admitted it was her mistake and gave him Gatorade. Nurse Nattea did not return to give him his proper medication, left him in his cell, and did not take him into medical for observation.

3/31/22, Nurse Vandenburg informed Sergeant Butler that there were no more of the liquid drop covid tests. Nurse Walker the following day informed Lt. Hathaway that there were only 16 of these tests. Nurse Cook then confirmed none of this was accurate and there were more than enough. Many miscommunication concerns occurring internally within WellPath.

Have received many dialysis complaints from officers and Nurse Cook. Nurse Cook has attempted many times to communicate the importance of adhering to a schedule with Ms. Fabiei, the dialysis provider, but Ms. Fabiei continues not to adhere to it. I have reported these concerns to WellPath regional VP Linda Ross consistently since March, yet they continue to allow her to work in dialysis

Dr. Daisania is often not present in meetings he should be a part of. When asked to take on certain tasks he refuses and has reasons he does not want to get involved. Have received many concerns about him not wanting to see residents.

4/1/22, Nurse Burch resigned, decided she would like to come back part time, but in between resigning and coming back part time, attempted to come into the building using her badge despite her no longer being a WellPath employee. It was explained to her that she would have to wait until she was employed again.

4/19/22, Contracts Manager informed Linda Ross of concerns brought to Contracts Manager's attention: residents ___ and ___ were being neglected in infirmary ___ had been laying in his soil for more than an hour, despite Captain Driskel's repeated requests to nursing staff to have him cleaned up.

___ had been taken to the hospital where he was diagnosed with a UTI because WellPath staff neglected to see him during his hunger strike. This Contracts Manager expressed concerns to Linda Ross about Nurse Cook being the only one oftentimes who takes care of these patients as well as parents of the units, despite her being the HSA and also needing to complete her duties as HSA. Informed Ms. Ross of the concern of this eventually causing burnout for Nurse Cook, and it being apparently that she did not have much backup support, with Dr. Daisania's lack of involvement.

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

5/5/22, followed us again with Linda Ross regarding more concerns around dialysis provider. Again Linda Ross responded that they were "looking into the matter" – despite repeated, consistent, concerns around this dialysis provider and her disrupting the flow of the detention center.

5/17/22 this Contracts Manager met with Caitlin, the Program Administrator for the Opioid Program at The Charleston Center. Caitlin informed me that a few months ago she met with WellPath staff regarding getting the program rolling at the detention center to which they were all on the same page at the end of the meeting. Caitlin addressed several concerns on this day that since that meeting, the only WellPath staff that has responded to her, despite several attempts, has been Dr. Leonard. Caitlin shared that she has been on site where Nurse Cook refused to meet with her. Caitlin shared she has provided Narcan to WellPath to administer at the Detention Center and Nurse Cook has refused to provide her with a tracking log of that information. In this meeting we also figured out that the ten residents currently receiving suboxone are receiving the same exact dosage, except for one resident, which is receiving more because Caitlin specifically requested that. Caitlin explained that it is odd for every resident to be receiving the same exact dose and she is concerned that the program is not going the way it is supposed to be nor is it having a positive effect because they are not looking to see how much each resident should receive.

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000654

**Nicole L. Paluzzi**

| | |
|---|---|
| **From:** | Nicole L. Paluzzi |
| **Sent:** | Wednesday, June 1, 2022 3:54 PM |
| **To:** | Howard L. Knisley; Marc Jalie |
| **Cc:** | Rebina Haselden; Charles L. Wiggins; LaZena D.Evans; LaShanda W. Hicks |
| **Subject:** | RE: s4068-   - Procurement Contract is going to expire in 30 days. |
| **Attachments:** | 4068 Contract inmate care CDMHC FY2020-2021 with addendum.pdf; 2022 SACDC LAI Medications.pdf; Agenda Procurement Ord nance Amendments.pdf |

Ed and Marc,

I am reaching out to you for our legal consultation on the CDMHC Procurement Contract Renewal s4068-1. Contracts and Procurement Departments are also copied for consultation. It appears the 2018 Ordinance is on the website and I am not certain I am looking at the most current approved revisions. I attached the most current copy I have and would appreciate someone sending me the final version if it is available.

While the last proposed Procurements Ordinance has Exemption (2 174(24!) for "other medical professional services" and this procurement is for mental health professional in connection to provision of required medical services in the DC. I am wanting to ensure proper consultation, in the event the exemption is not applicable or was not approved, on the renewal of this procurement without changes to the underlying agreement and include the attached addendum. The 2022 Addendum is for Long Acting Injectable medications, which would only be through a qualified licensed medical doctor with their independent medical determination and the costs are reimbursed through SCDMH grant funding. The purpose of the long acting injectable medications is to prepare for resident release with the efficacy of the medication remaining for the month while the resident establishes their outpatient psychiatric care.

We would renew under the same terms and update the year to the current time if needed or keep it as it is with fresh ink as it renews annually until June 30, 2025.

Best,
Nicole Paluzzi

From: LaShanda W. Hicks <LWHicks@charlestoncounty.org>
Sent: Tuesday, May 31, 2022 10:15 AM
To: Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org>
Cc: Rebina Haselden <rhaselden@charlestoncounty.org>; Charles L. Wiggins <CWiggins@charlestoncounty.org>; LaZena D.Evans <LPorter@charlestoncounty.org>
Subject: RE: s4068-1 - Procurement Contract is going to Expire in 30 days.

Good morning Ms. Paluzzi,

Attached is a copy of the most recent contract/addendum we have on file between Charleston Dorchester Mental Health Center and the County. This contract/addendum was signed by Chief Beatty, Sept. 2, 2020, and it can be re-new up to 5 years through 6/30/2025. In the past, the Sheriff's Office has signed the contract, but it needs to be signed by Procurement in the future.

Thank you,

LaShanda Hicks

From: Nicole L. Palozzi <NPalozzi@charlestoncounty.org>
Sent: Tuesday, May 31, 2022 9:04 AM
To: LaShanda W. Hicks <LWHicks@charlestoncounty.org>
Cc: Rebing Hase den <rnaselden@charlestoncounty.org>; Charles L. Wiggins <CWiggins@charlestoncounty.org>; aZana D.evans <l Porter@charlestoncounty.org>
Subject: s4068-1 - Procurement Contract is going to Expire in 90 days.

Ms. Hicks.

We on intend to renew with Charleston Dorchester Mental Health Center. Would you please send me the current procurement so I may review to see if there are any amendments?

Best,
Nicole Palozzi
(she/her/hers)
General Counsel
Charleston County Sheriff's Office
3691 Leeds Avenue
North Charleston, SC 29405
O: 843.554.2231
M

*"Service Beyond the Call"*

Confidential Communication Notice
This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and S.C. Code of Laws Sec. 30-4-40. It contains privileged legal information and is exempt from disclosure. This email and any attached files are exclusively for the use of the intended recipient. If you are not the intended recipient, you are on notice that the use, disclosure, action in reliance upon, reproduction or any associated acts regarding the contents of this email are strictly prohibited. If you have received this email in error, please destroy this email and any attachments and promptly notify the sender by reply email.

ELECTRONICALLY FILED - 2024 Dec27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

## Nicole L. Paluzzi

**From:** Nicole L. Paluzzi
**Sent:** Tuesday, June 14, 2022 4:20 PM
**To:** Edward L. Kinsley, Mark Rehe
**Subject:** FW: Contract Issues

**From:** Daniela Zyskowski <DZyskowski@charlestoncounty.org>
**Sent:** Tuesday, June 14, 2022 1:33 PM
**To:** Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org>
**Subject:** Fwd: Contract Issues

Get Outlook for iOS

**From:** Barrett J. Tolbert <BTolbert@charlestoncounty.org>
**Sent:** Monday, May 23, 2022 9:08:22 AM
**To:** Daniela Zyskowski <DZyskowski@charlestoncounty.org>; Abigail Duffy <ADuffy@charlestoncounty.org>; LaZora D. Evans <LPorter@charlestoncounty.org>
**Cc:** LaShanda W. Hicks <LWHicks@charlestoncounty.org>; Charles L. Wiggins <CWiggins@charlestoncounty.org>; Anna Weston <AWeston@charlestoncounty.org>
**Subject:** RE: Contract Issues

During the conference call last week, we made it very clear of the info needed to address issues with WellPath. In order for the Contracts & Procurement Department to move forward with any disciplinary documentation The Charleston County Detention Center will need to provide the following:

- All non-compliance issues as it relates to the Terms and Conditions of the current contract
- Dates of all non-compliance issues
- Emails and letters sent to WellPath by the Charleston County Detention Center alerting the vendor of non-compliance issues
- List that was forwarded last week is incomplete
- Issues that have been resolved and not considered on-going problems

Please provide the information ASAP so that we can move to the next phase of any issues with this vendor. Note, we will not contact the vendor about these non-compliance issues until we have received your correspondence detailing all of the problems

**Barrett J. Tolbert CPP, CPPM**
**Contracts & Procurement Director**
**Charleston County Procurement Dept.**
843 958 4761

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854



From: Daniela Zyskowski <DZyskowski@charlestoncounty.org>
Sent: Monday, May 23, 2022 8:21 AM
To: Barrett J. Tolbert <BTolbert@charlestoncounty.org>; Abigail Duffy <ADuffy@charlestoncounty.org>; LaZena D Evans <LPorter@charlestoncounty.org>
Cc: LaShanda W. Hicks <LWHicks@charlestoncounty.org>; Charles L. Wiggins <CWiggins@charlestoncounty.org>; Anna Weston <AWeston@charlestoncounty.org>
Subject: RE: Contract Issues

Good morning,

Can you be more specific with a list of non compliance issues you would like? I sent two lists over last week so please clarify how you would like me to change or add anything to those issues submitted.

Thank you,

Daniela Zyskowski
Contracts Manager
Charleston County Detention Center
3841 Leeds Ave
Charleston, SC 29405
843 529 7379


From: Barrett J. Tolbert <BTolbert@charlestoncounty.org>
Sent: Thursday, May 19, 2022 1:44 PM
To: Abigail Duffy <ADuffy@charlestoncounty.org>; LaZena D Evans <LPorter@charlestoncounty.org>; Daniela Zyskowski <DZyskowski@charlestoncounty.org>
Cc: LaShanda W. Hicks <LWHicks@charlestoncounty.org>; Charles L. Wiggins <CWiggins@charlestoncounty.org>; Anna Weston <AWeston@charlestoncounty.org>
Subject: Contract Issues
Importance: High

Chief Duffy & Daniela,

As to a follow up from the conference call this morning regarding the WellPath and JEI Contract, please provide to Procurement ASAP a list of all non compliance issues so that we can arrange a meeting with both contractors to discuss these issues detailed in our meeting.

Regards,

Barrett J. Tolbert CPP, CPPM

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006954

Contracts & Procurement Director
Charleston County Procurement Dept.
843 958 4761



From: Abigail Duffy <ADuffy@charlestoncounty.org>
Sent: Thursday, May 19, 2022 12:34 PM
To: LaZana D. Evans <LPorter@charlestoncounty.org>; Daniela Zyskowski <DZyskowski@charlestoncounty.org>
Cc: Barrett J. Tolbert <BTolbert@charlestoncounty.org>; LaShanda W. Hicks <LWHicks@charlestoncounty.org>; Charles L. Wiggins <CWiggins@charlestoncounty.org>; Anna Weston <AWeston@charlestoncounty.org>
Subject: RE: To low up

Thank you, LaZana. These are perfect! We will be getting together all of the infractions from all the vendor from the beginning of the month forward. We will also get these for the four issues that Mr. Tolbert cited in the call as to wellpath. Please let us know if we need to change anything else going forward as I want to reduce stress for all of us by just doing it right. Thanks.

A

Chief Abigail Duffy
Detention Chief
Charleston County Sheriff's Office

From: LaZana D. Evans <LPorter@charlestoncounty.org>
Sent: Thursday, May 19, 2022 12:24 PM
To: Daniela Zyskowski <DZyskowski@charlestoncounty.org>
Cc: Barrett J. Tolbert <BTolbert@charlestoncounty.org>; LaShanda W. Hicks <LWHicks@charlestoncounty.org>; Charles L. Wiggins <CWiggins@charlestoncounty.org>; Anna Weston <AWeston@charlestoncounty.org>; Abigail Duffy <ADuffy@charlestoncounty.org>
Subject: RE: fnl ow up

Greetings,

am attaching the Non-Conformance Report Form that can be used as tool to document from this point forward.

This report form should be used for every issue that occurs. It can be used on all contracts for non conformance issues. Once documented, you can log it in your spreadsheet (I attached an example for reference) and send us weekly reports.

Please let me know if you have any questions.

Thank you.

2

LaZana Evans, CPPB
Buyer
Charleston County Contracts and Procurement
Phone: (843) 958-4789
Email: LPorter@charlestoncounty.org

From: Daniela Zyskowski <DZyskowski@charlestoncounty.org>
Sent: Thursday, May 19, 2022 12:12 PM
To: LaZana J.Evans <LPorter@charlestoncounty.org>; LaShanda W. Hicks <LWHicks4@charlestoncounty.org>
Subject: follow up

Good afternoon!

Following up from our meeting earlier – how would you like me to format the existing concerns I sent in the Word document from the last six months? Would you prefer I turn all of those concerns into non-conformity reports? I am happy to do these, although I will not be in the office tomorrow so I would have them all completed Monday.

Daniela Zyskowski
Contracts Manager
Charleston County Detention Center
3841 Leeds Ave
Charleston, SC 29405
843 529 7379

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006854

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

Nicole L. Paluzzi

From:        Abigail Duffy
Sent:        Thursday, June 23, 2022 3:03 PM
To:          Nicole L. Paluzzi; Ameed Gad
Subject:     Fw: ID# 5443 - Wellpath

My position on their increase request.

From: Abigail Duffy <ADuffy@charlestoncounty.org>
Sent: Thursday, June 23, 2022 2:56 PM
To: Michael Halley <mhalley@charlestoncounty.org>; LaShenda W. Hicks <LWHicks@charlestoncounty.org>
Subject: Re: ID# 5443 - Wellpath

I have looked at their letter and there are so many things. Where to even begin! I concur with Halley that they
absolutely are not justified in asking for an increase. Their performance is poor. I don't discount that they are trying, but
trying isn't the same as achieving. I restate that I have grave concerns for the county's continued contract with them. A
large part of this is external factors that can't be addressed through a right to cure or a nonconformance form. They
more incentive to do a better job. But I cannot recommend that they receive the requested financial incentive they are
requesting. My position is the same as last year. No. They are still making a profit, regardless of their inability to fulfill the
contract. I am not aware that we are required to justify why we are declining the higher contract. It's a business decision,
the same as they are making in asking for it. If they elect to reject their investment because we won't budge, I
understand that can put us in a difficult place, but I also truly believe that the increase request is them testing waters.
They will back down; I have told them that we are dissatisfied and that they need to get a handle on it. They are not
going to be surprised that I am rejecting the request.

Also, I thought we didn't use CMAs? That was something they have asked me to authorize and I have consistently
referred them to your office. It hardly seems reasonable to ask for an increase and permission to use less skilled labor
(maybe?). And the assertion that the various costs aren't based on the ADP is absolutely ridiculous. The entire valuation
of the contract is based on the cost to deliver the services to a certain amount of residents. If it isn't based on ADP than I
think we need to ask how the numbers are arrived at (how many staff, the type of staff, the amount of necessary
equipment... all things that change based on ADP). I am simply not interested in continuing to pay for staff that they
don't have onsite.

Hope this helps you understand our position. They have asked me to get involved with their third party vendor disputes
(totally not my place and declined - forcefully). Again, trying but still not quite getting there. It's disappointing as they
have some amazing staff, and really terrible staff, with no filler in between.

Also, LaShenda, just FYI, both NaviCare and Mediko have reached out to me to talk about the facility needs. I let them
both know that given the contract status I am not willing to discuss the matter at this time (as in, I have a contract that
I'm in the middle of, so wait until there's a RFP at some unknown time in the future).

Let me know if you have any questions I can clarify.

Ashey

From: Michael Halley <mhalley@charlestoncounty.org>
Sent: Thursday, June 23, 2022 2:22 PM

1

To: LaShanda W. Hicks <LWHicks@charlestoncounty.org>
Cc: Abigail Duffy <ADuffy@charlestoncounty.org>
Subject: RE: K# 5443 - Wellpath

I just realized these number dous not include juvenile but we would still be way below 1300 a month

-----Original Message-----
From: LaShanda W. Hicks <LWHicks@charlestoncounty.org>
Sent: Thursday, June 23, 2022 1:49 PM
To: Michael Halley <mhalley@charlestoncounty.org>
Cc: Abigail Duffy <ADuffy@charlestoncounty.org>
Subject: RE: K# 5443 - Wellpath

Thank you!

LaShanda

-- Original Message-----
From: Michael Halley <mhalley@charlestoncounty.org>
Sent: Thursday, June 23, 2022 1:25 PM
To: LaShanda W. Hicks <LWHicks@charlestoncounty.org>
Cc: Abigail Duffy <ADuffy@charlestoncounty.org>
Subject: RE: K# 5443 - Wellpath

Please see attached, If I understand correctly I am not sure how they need a pricing increase. The year prior was even a larger overpayment.

-----Original Message-----
From: LaShanda W. Hicks <LWHicks@charlestoncounty.org>
Sent: Thursday, June 23, 2022 12:12 PM
To: Michael Halley <mhalley@charlestoncounty.org>
Subject: K# 5443 - Wellpath

Based on the last amendment, the ADP in the contract is 1,300. See attachment.

-----Original Message-----
From: Michael Halley <mhalley@charlestoncounty.org>
Sent: Thursday, June 23, 2022 11:47 AM
To: LaShanda W. Hicks <LWHicks@charlestoncounty.org>
Subject: FW: Message from "AdminDetCPR"

Our ADP

-----Original Message-----
From: DetAdminsecCPR@charlestoncounty.org <DetAdminsecCPR@charlestoncounty.org>
Sent: Thursday, June 22, 2022 11:55 AM
To: Michael Halley <mhalley@charlestoncounty.org>
Subject: Message from "AdminDetCPR"

This e-mail was sent from "AdminDetCPR (IMP C60042x)

4

Scan Date: 06.23.2022 11:55:24 (-0400)
Queries to: RecAdminserCPR@charlestoncounty.org

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

**Nicole L. Paluzzi**

| | |
|---|---|
| **From:** | Ahmed Sad |
| **Sent:** | Tuesday, June 28, 2022 9:21 AM |
| **To:** | Nicole L. Paluzzi |
| **Subject:** | FW: Summary of Conversation - WellPath |

Everybody is playing nice, FYI

From: Barrett U. Tolbert <BTolbert@charlestoncounty.org>
Sent: Monday, June 27, 2022 9:27 PM
To: Abigail Duffy <ADuffy@charlestoncounty.org>; Charles L. Wiggins <CWiggins@charlestoncounty.org>; LaShanda W. Hicks <LWHicks@charlestoncounty.org>; LaZane D. Evans <LPorter@charlestoncounty.org>
Cc: Michael Talley <mtalley@charlestoncounty.org>; Ahmed Sad <asad@charlestoncounty.org>; Daniela Zyskowski <DZyskowski@charlestoncounty.org>
Subject: Re: Summary of Conversation - WellPath

Mrs. Duffy,

Thanks for the email as we will address all of your concerns with WellPath when we have the follow-up meeting with the vendor. During this time please make sure you and Detention staff keep close tabs on WellPath as it relates to the firm's performance. Please keep Contracts & Procurement informed on any problems that may arise as we attempt to negotiate renewal terms with WellPath.

During the conference call, you mentioned issues with both the medical and janitorial contracts. As we collectively monitor both of these vendors, it is imperative that we properly document all compliance issues. Here are some helpful tips:

1. Take pictures of issues (especially cleaning). The pictures are good for showing deficiencies and progress.
2. Provide daily updates on the Psychiatrist's situation. As of this email, we have yet to receive a plan from WellPath on how they will resolve the vacant position and interim telemed short-term fix.
3. Make sure the contract manager from both firms is immediately contacted to address compliance issues. Record the name of the representative that receives the complaint and the time of the conversation(s).
4. Forward all compliance issues to Procurement weekly.
5. Review all of your invoices carefully to make sure vendors do not get paid for services not rendered. Also, alert our department in your reports whenever services are not performed so that we can have a meeting with the firm to enforce the Terms and Conditions of the contract.

If there are any questions or if issues arise please make immediate contact with our Contract Administrators so that we are able to provide assistance.

Regards,

BT

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

From: Abigail Duffy <ADuffy@charlestoncounty.org>
Sent: Monday, June 27, 2022 12:51 PM
To: Barrett E. Tolbert <BTolbert@charlestoncounty.org>; Charles L Wiggins <CWiggins@charlestoncounty.org>; LaSheanda W. Hicks <LWHicks@charlestoncounty.org>
Cc: Michael Hailey <mhailey@charlestoncounty.org>; Ameed Sad <asad@charlestoncounty.org>; Daniela Zyskowski <DZyskowski@charlestoncounty.org>
Subject: Summary of Conversation - WellPath

Mr. Tolbert,

Please allow this email to serve as our notice of understanding following todays meeting:

As to the four types of costs – 1. I have no objection to the requested increase in clinical costs; 2. I am (at this point) absolutely opposed to an increase in staffing costs, as they are in breach of contract, in part, because they do not have staffing as required; 3. Management Costs – Again, I am opposed at this point to this request but am absolutely willing to reconsider if this is meant to reward those staff in management that are doing their job, management is otherwise lacking and I can't see a reason for the request; 4. Inmate Costs, no objections as this is a reasonable amount given the increase cost in supplies needed for the care of the inmates.

We fully understand that there is no discussion at this point of changing vendors, this was discussed several months ago and Chuck has supplied me with the documents to start work on amending the scope. At this point, it is merely making sure that we get a reasonable contract and that they are compliant with that contract. As I said, not if, but rather for how much.

Hailey will give you regular updates on the psych doc status. When Daniela gets back on Tuesday 7/5 I will have her and her team start on tracking the staffing for the last year. She will also complete any no show/conformance reports from during her time out of the office at that time. Other than that, at this point, you indicated that there was nothing else that you needed from us. We are going to wait for WellPath to come back with answers and regroup and decide at that point what we want to do.

Thank you for the time this morning and the breakdown that you sent over.

Abbey

Chief A. Duffy, Esq. *^
Detention Chief
Charleston County Detention Center
3841 Leeds Ave.
Charleston, SC 29405
(O) 843.529.7495

*       Member, South Carolina Bar (2007)
^       Law Enforcement Certified, SCJAA (2021)

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000834

## Nicole L. Paluzzi

| | |
|---|---|
| **From:** | Abigail Duffy |
| **Sent:** | Thursday, June 23, 2022 3:02 PM |
| **To:** | Ameed Sad; Nicole L. Paluzzi |
| **Subject:** | Fw: K#5443; Inmate Medical Services (Wellpath) |
| **Attachments:** | 2022-2023 Renewal for Contract No. 5443 Inmate Medical Services 07012022 - FINAL21JUN2022.pdf |

Gah.

They have started adding Corine to this chain.

I responded to a less intrusive email with just LaShanda (who has always been amazing, because she came from the jail) and Halley.

Nicole, what do you want me to do? I am not interested in participating in this conversation. Not sure how they can tell me procurement is none of my business and then say they want my opinions and feedback? If you want me to participate I will but will record the call. Let me know.

A

---

**From:** LaShanda W. Hicks <LWHicks@charlestoncounty.org>
**Sent:** Thursday, June 23, 2022 1:42 PM
**To:** Abigail Duffy <ADuffy@charlestoncounty.org>
**Cc:** Michael Halley <mhalley@charlestoncounty.org>; Barrett J. Tolbert <BTolbert@charlestoncounty.org>; Charles L. Wiggins <CWiggins@charlestoncounty.org>; LaZana D.Evans <LPorter@charlestoncounty.org>; Corine Altenhein <CAltenhein@charlestoncounty.org>; Daniela Zyskowski <DZyskowski@charlestoncounty.org>
**Subject:** K#5443; Inmate Medical Services (Wellpath)

Good afternoon Chief Duffy,

Major Halley directed me on options to contact you regarding Contract No. 5443. I have attached the documentation Wellpath sent procurement, which includes the proposed cost increase they are requesting along with their response to the deficiencies you all made us aware of. The contract expires Thursday, June 30th, therefore a decision has to be made. We have a phone conference scheduled with Wellpath on Friday, June 24th at 10am to discuss their request. I would like to extend an invitation for you to join the call tomorrow. Please review the attachment and if there are any additional deficiencies that need to be addressed at tomorrow's meeting, please send them to us by 9am tomorrow morning. I will be on leave tomorrow, but the procurement team will conduct the meeting. Please see the conference call information below:

Dial-in Info: 

Participant Code:

Thank you,

LaShanda Hicks

1

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

**Nicole L. Paluzzi**

**From:** Daniela Zyskowski
**Sent:** Wednesday, June 29, 2022 5:58 AM
**To:** Abigail Duffy; Nicole L. Paluzzi
**Subject:** Fwd: complaint - meeting canceled

Just to keep you in the loop too.

Get Outlook for iOS

**From:** Victoria Soucy <VSoucy@charlestoncounty.org>
**Sent:** Monday, June 27, 2022 11:45:45 AM
**To:** Daniela Zyskowski <DZyskowski@charleston.county.org>
**Subject:** complaint - meeting canceled

Dear Daniela,

After further review of your complaint concerning your recent email and telephone interactions with Barrett Tolbert, we have made the determination that your issue will be more appropriately handled by Mr. Tolbert's supervisor, Corine Altenhein. Your complaint does not allege unlawful harassment but rather what you describe as "rude" and unprofessional interactions. I have forwarded your email to Mr. Tolbert's supervisor to address as appropriate.

I have also canceled our web ex meeting for 7/15.

**Victoria Soucy, SHRM-SCP** · Employee Relations & Employee Development  Manager · ADA
Charleston County Government · 4045 Bridge View Drive, B207 · North Charleston, SC 29405
Office (843) 958-4725 · vsoucy@charlestoncounty.org





1

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006354

## Nicole L Paluzzi

**From:**       Daniela Zyskowski
**Sent:**       Wednesday, June 15 2022 11:15 AM
**To:**         Nicole L Paluzzi
**Cc:**         Abigail Duffy
**Subject:**    statement

Hi Nicole,

I sent this to Director Duffy - just waiting for when she gets a chance to read it over and give me her feedback

My first interaction with Barrett Tolbert was in Director Duffy's office over the phone the week of May 18th. He expressed frustration over our concerns regarding contracts WellPath and SEJ and exclaimed that he "could not believe" we had not be submitting non-conformance reports or these issues. I explained to him that I had been advised by LaShanda Hicks to compose email exchanges regarding both contracts into PDFs and send them to her monthly. Mr. Tolbert asked us how we could not know "basic contracts managed" duties of sending non-conformance reports. He informed me that the list of non-compliance issues from both contracts I had sent over to LaShanda were insufficient and "useless."

Mr. Tolbert followed up in an email on 5/19 asking to send him a list of all non-compliance issues with these contracts. Confused, I asked him if he could clarify on how he wanted this list sent over, as I already had sent it over, but he had informed me they were insufficient and useless. He responded that he "made it very clear" over our phone call, and again did not clarify how he wanted this information presented. He provided me with a list of all the things I had already provided him. Director Duffy then responded to him explaining that he was not being clear, and that I had already provided him with this list.

Procurement eventually sent me an attachment of the non-conformance report example they asked me to utilize for non compliance issues documentation for me moving forward.

Shortly after, I received a phone call from Mr. Tolbert. He informed me I was on speaker with others in his office present. He was speaking very loudly in an argumentative tone. He told me he had been informed that someone pretended to be him and spoke to WellPath on his behalf. I informed him this was the first I was hearing of this incident. He then accused myself or Director Duffy of impersonating him and informed me this is illegal. I informed him that I did not impersonate him and was well aware of why this is not okay to do so. He then began to yell at me, and threatened me that if he found out for sure that one of us had pretended to be him, there would be repercussions. I advised him to contact Director Duffy himself.

On June 13th, I received a phone call from Mr. Tolbert. He informed me that I was on speaker phone and Chuck, LaShanda, and LaZana were present. He then proceeded to yell at me "you just got us sued!" Caught off guard, I asked him what he was referring to. He continued to yell at me, and explained the letter that I had sent to LaShanda a few weeks ago. I made it clear to LaShanda that this was a rough draft Director Duffy had asked me to compose and send to Procurement to receive feedback on. The letter outlined why we did not feel that it was appropriate to pay the full April invoice to SEJ based off of services they had not provided. In the letter, I listed the parts of the contract that had been breached.

I informed Mr. Tolbert that my direct supervisor, Director Duffy, asked me to compose this letter, approved it, and asked me to then send it to LaShanda. I made it very clear that this letter was not sent out. Mr. Tolbert continued to yell at me, "you are going to get us sued! How do you not understand this? You are going to get us sued because we are not

1

allowed to not pay the full amount owed! You are going to get us sued and I won't back you up in court!" I asked him to stop speaking to me in this manner. He continued to yell "how could you and the Director think this is okay? How could you think this is a good idea? This is basic contracts 101! What were you thinking?" I then informed Mr. Tolbert that this was not appropriate to speak to me this way, that I was going to end the call, and I would have Director Duffy contact him directly. He then yelled at me "well have a good day!" and hung up.

Director Duffy sent him an email later that day informing him that I had told her of our "less than pleasant conversation." She explained to him who she would be informing of this and advised him to never speak to any of her staff this way. She also informed him that she had instructed me not to take any of his phone calls. He then responded to her that there were witnesses there to "refute" my claim, which confused me, because Director Duffy only told him there was a less than pleasant conversation. I was also confused that he already knew what these other witnesses would say when questioned.

In every conversation I have had with Mr. Tolbert, he has been rude to me, he has talked over me, he has yelled at me, he has now threatened me twice, he has insinuated that I don't know how to perform my job function, and I feel that he has created a hostile environment. I have to continue working with Procurement moving forward, but it is difficult to do so when the Director communicates in intimidating and hostile ways. It is also difficult when Procurement is not clear on certain things I ask that they want.


Daniela Zyskowski
Contracts Manager
Charleston County Detention Center
3841 Leeds Ave
Charleston, SC 29405
843 529 7379

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

**Nicole L. Paluzzi**

| | |
|---|---|
| **From:** | Natalie A. Ham |
| **Sent:** | Monday, June 27, 2022 3:39 PM |
| **To:** | Nicole L. Paluzzi |
| **Subject:** | Re: Detention Center |

Thank you Nicole. We will see you tomorrow.

Natalie A. Ham
County Attorney
Charleston County Attorney's Office
Lonnie Hamilton, III Public Service Building
4045 Bridge View Drive
North Charleston, SC. 29405
Office: (843) 958-4010
Facsimile: (843) 958-4017
nham@charlestoncounty.org

CONFIDENTIAL & PRIVILEGED  Unless otherwise indicated or obvious from the nature of the following communication, the information contained herein is attorney-client privileged and/or confidential information/work product. The communication is intended for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies, electronic, paper or otherwise, which you may have of this communication.

**From:** Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org>
**Date:** Monday, June 27, 2022 at 3:37 PM
**To:** Natalie A. Ham <NHam@charlestoncounty.org>
**Subject:** Re: Detention Center

Natalie,

The Sheriff would like to proceed with the meeting as we are eager to get a plan moving forward. We will come to the Clerk of Council Conference room as planned.

Kindest regards,
Nicole Paluzzi

From: Natalie A. Ham <NHam@charlestoncounty.org>
Sent: Monday, June 27, 2022 3:26:51 PM
To: Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org>
Subject: Re: Detention Center

Nicole,

The chairman ███████████████████ and cannot attend the meeting scheduled for tomorrow afternoon. ███
███████████████████████████████████ He asked me to let you know this so that you
could check to see whether the Sheriff wanted to move forward with the meeting without him or reschedule for a time
when he can be physically present. Mr. Tuten and I will accommodate her either way. Please let me know once you
have a chance to check with her.

Thank you,


Natalie A. Ham
County Attorney
Charleston County Attorney's Office
Lonnie Hamilton, III Public Service Building
4045 Bridge View Drive
North Charleston, SC. 29405
Office: (843) 958-4010
Facsimile: (843) 958-4017
nham@charlestoncounty.org


CONFIDENTIAL & PRIVILEGED  Unless otherwise indicated or obvious from the nature of the following
communication, the information contained herein is attorney-client privileged and/or confidential
information/work product.  The communication is intended for the use of the individual or entity named
above.  If the reader of this transmission is not the intended recipient, you are hereby notified that any
dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this
communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail
and destroy any copies, electronic, paper or otherwise, which you may have of this communication.


---

From: Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org>
Date: Thursday, June 23, 2022 at 3:50 PM
To: Natalie A. Ham <NHam@charlestoncounty.org>, Bill L. Tuten <BTuten@charlestoncounty.org>
Cc: Kristin Graziano <kgraziano@charlestoncounty.org>, Abigail Duffy <ADuffy@charlestoncounty.org>,
Ameed Sad <asad@charlestoncounty.org>, Teddie Pryor <TPryor@charlestoncounty.org>, Katherine
Symonette <KSymonette@charlestoncounty.org>
Subject: Re: Detention Center

Sounds great, thank you.

Best,
Nicole Paluzzi

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000654

Nicole Paluzzi
(she/her/hers)
General Counsel
Charleston County Sheriff's Office
3691 Leeds Avenue
North Charleston, SC 29405
O: 843.554.2231
M

*"Service Beyond the Call"*

**Confidential Communication Notice**
This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and S.C. Code of Laws Sec. 30-4-40. It contains privileged legal information and is exempt from disclosure. This email and any attached files are exclusively for the use of the intended recipient. If you are not the intended recipient, you are on concerning bxthat the use, disclosure, action in reliance upon, reproduction or any associated acts regarding the contents of this email are strictly prohibited. If you have received this email in error, please destroy this email and any attachments and promptly notify the sender by reply email.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** Natalie A. Ham <NHam@charlestoncounty.org>
**Sent:** Thursday, June 23, 2022 3:41:27 PM
**To:** Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org>; Bill L. Tuten <BTuten@charlestoncounty.org>
**Cc:** Kristin Graziano <kgraziano@charlestoncounty.org>; Abigail Duffy <ADuffy@charlestoncounty.org>; Ameed Sad <asad@charlestoncounty.org>; Teddie Pryor <TPryor@charlestoncounty.org>; Katherine Symonette <KSymonette@charlestoncounty.org>
**Subject:** Re: Detention Center

Thank you.

1pm on Tuesday sounds great. I will book the conference room in the council clerk's office here at the psh. That is located on the 2nd floor. I'll have a calendar invite sent shortly. To this group.

I look forward to meeting with this group and hope you all have a great weekend.

Natalie A. Ham
County Attorney
Charleston County Attorney's Office
4045 Bridge View Dr
North Charleston, SC 29405
Office: (843) 958-4010
Facsimile: (843) 958-4017
Nham@charlestoncounty.org

**From:** Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org>
**Sent:** Thursday, June 23, 2022 3:37 PM
**To:** Natalie A. Ham <NHam@charlestoncounty.org>; Bill L. Tuten <BTuten@charlestoncounty.org>
**Cc:** Kristin Graziano <kgraziano@charlestoncounty.org>; Abigail D. Fly <ADuffy@charlestoncounty.org>; Ameed Sad <asad@charlestoncounty.org>; Teddie Pryor <TPryon@charlestoncounty.org>; Katherine Symonette

<KSymoneretta@charlestoncounty.org>
Subject: Re: Detention Center

Attorney Ham,

I have looked at the calendars on our end. Of those 3 slots, Tuesday afternoon is best for the Sheriff, Chief Sud, Detention Chief Duffy, and myself. I will defer to your judgment as to whether the Chairman's office will be suitable for this group or if we should seek use of a conference room. Our conference room is also available.

Will 1PM work for everyone?

Best,

Nicole Paluzzi
(she/her/hers)
General Counsel
Charleston County Sheriff's Office
3691 Leeds Avenue
North Charleston, SC 29405
O: 843.554.2231
M.

"Service Beyond the Call"

Confidential Communication Notice:
This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and S.C. Code of Laws Sec. 30-4-40. It contains priviledged legal information and is exempt from disclosure. This email and any attached files are exclusively for the use of the intended recipient. If you are not the intended recipient, you are or notice that the use, disclosure, act on in reliance upon, reproduction or any associated acts regarding the contents of this email are strictly prohibited. If you have received this email in error, please destroy this email and any attachments and promptly notify the sender by reply email.

Sent from my T Mobile 5G Device
Get Outlook for Android
—————————————————————
From: Natalie A. Ham <NHam@charlestoncounty.org>
Sent: Thursday, June 23, 2022 11:05:45 AM
To: Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org>
Subject: Re: Detention Center

Thank you, and I likewise regarding your interaction with our office.   I actually just left a meeting with the chairman and he mentioned a recent call with the Sheriff and urged me to get this meeting scheduled.   I obtained his availability for next week and was also able to quickly speak with Mr. Tuter as well.  We are all available Monday morning at 10am (or anytime before 3pm), Tuesday afternoon anytime after 12 or Wednesday before 3pm. The chairman has asked to meet here at the PSB in his office or he is happy to book a conference room in N. Charleston.  I am also happy to host a meeting here in my office (obviously as I here at the PSB).  Please let me know if any of these times work for your tasks.

Thank you,

Natalie A. Ham
County Attorney

4

ELECTRONICALLY FILED - 2024 Dec27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

Charleston County Attorney's Office
Lonnie Hamilton, II Public Service Building
4045 Bridge View Drive
North Charleston, SC 29405
Office (843) 958-4010
Facsimile: (843) 958-4017
nham@charlestoncounty.org

CONFIDENTIAL & PRIVILEGED  Unless otherwise indicated or obvious from the nature of the following communication, the information contained herein is attorney-client privileged and/or confidential information/work product.  The communication is intended for the use of the individual or entity named above.  If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies, electronic, paper or otherwise, which you may have of this communication.

From: Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org>
Date: Thursday, June 23, 2022 at 10:32 AM
To: Natalie A. Ham <NHam@charlestoncounty.org>
Subject: RE: Detention Center

I have not experienced any communication issues with your office. Everyone has been open, responsive, and professional. I am optimistic that we will resolve the other areas where inter-agency communications have not been as successful.

I will look at the calendars on our end and send out a few meeting options. Thank you for you continued commitment to keeping this on track.

Best,
Nicole Paluzzi

From: Natalie A. Ham <NHam@charlestoncounty.org>
Sent: Wednesday, June 22, 2022 10:29 PM
To: Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org>
Cc: Kristin Graziano <kgraziano@charlestoncounty.org>
Subject: Re: Detention Center.

Nicole,

Thank you for reaching out and pulling this together. I have been swamped and failed to get you a timely response to this request. Luckily I was working when I saw Mr. Tuten's response and realized I had not responded. I have a mediation tomorrow afternoon with the DOJ and will not be able to make this work.  share your commitment to attempting to resolve some issues (some of which do not involve my office directly) and would be happy to provide alternative dates if there is willingness to reschedule.

if everyone else has confirmed, I do not want to derail the meeting but I really would prefer to be present personally and not send a delegate. I look forward to meeting soon.

Thank you,

Natalie A. Ham
County Attorney
Charleston County Attorney's Office
4045 Bridge View Dr.
North Charleston, SC 29405
Office: (843) 958-4010
Facsimile: (843) 958-4017
Nham@charlestoncounty.org

From: Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org>
Sent: Wednesday, June 22, 2022 5:56:55 AM
To: Abigail Duffy <ADuffy@charlestoncounty.org>; Bill L. Tuten <BTuten@charlestoncounty.org>
Cc: Kristin Graziano <kgraziano@charlestoncounty.org>; Natalie A. Ham <NHam@charlestoncounty.org>
Subject: Re: Detention Center

Administrator Tuten,

Following up on scheduling the meeting requested. we have reserved the LEC Command Conference room for 2PM June 23.

Kindest regards,

Nicole Paluzzi
(she/her/hers)
General Counsel
Charleston County Sheriff's Office
3691 Leeds Avenue
North Charleston, SC 29405
O: 843.554.2231
M:

*"Service Beyond the Call"*

Confidential Communication Notice:
This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2530-2521, and S.C. Code of Laws Sec. 30-4-40. It contains priviledged legal information and is exempt from disclosure. This email and any attached files are exclusively for the use of the intended recipient. If you are not the intended recipient, you are on notice that the use, disclosure, action in reliance upon, reproduction or any associated acts regarding the contents of this email are strictly prohibited. If you have received this email in error, please destroy this email and any attachments and promptly notify the sender by reply email.

Sent from my T-Mobile 5G Device
Get Outlook for Android

6

From: Nicole L. Paluzzi <NPaluzz@charlestoncounty.org>
Sent: Wednesday, June 15, 2022, 1:35 PM
To: Abigail Duffy <ADuffy@charlestoncounty.org>; Bill L Tuten <BTuten@charlestoncounty.org>
Cc: Kristin Graziano <kgraziano@charlestoncounty.org>; Natalie A. Ham <NHam@charlestoncounty.org>
Subject: RE: Detention Center

Dear Administrator Tuten,

We welcome the opportunity to resolve communication issues and plan a more productive means of addressing vendor issues. Charleston County Sheriff's Office Command Conference Room has availability this week and next. I am unavailable to meet on Wednesday, June 22, and also on Friday, June 25, in the morning. If you all would share your unavailability dates and times, I will happy to propose a time for us to come to the table.

Kindest regards,

Nicole Paluzzi

Nicole Paluzzi
(she/her/hers)
General Counsel
Charleston County Sheriff's Office
3691 Leeds Avenue
North Charleston, SC 29405
O: 843.354.2231
M:

"Service Beyond the Call"

Confidential Communication Notice
This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and S.C. Code of Laws Sec. 30-4-40. It contains privileged legal information and is exempt from disclosure. This email and any attached files are exclusively for the use of the intended recipient. If you are not the intended recipient, you are on notice that the use, disclosure, action in reliance upon, reproduction or any associated acts regarding the contents of this email are strictly prohibited. If you have received this email in error, please destroy this email and any attachments and promptly notify the sender by reply email.


From: Abigail Duffy <ADuffy@charlestoncounty.org>
Sent: Wednesday, June 15, 2022 7:46 AM
To: Bill L Tuten <BTuten@charlestoncounty.org>
Cc: Kristin Graziano <kgraziano@charlestoncounty.org>; Natalie A. Ham <NHam@charlestoncounty.org>; Nicole L Paluzzi <NPaluzzi@charlestoncounty.org>
Subject: Re: Detention Center

Mr. Tuten,

I have left the state and will return on Sunday. The matter has been handed over to our General Counsel Nicole Paluzzi. As have the emails the Mr. Talbert failed to send to your legal team. Before we meet I would like to have a complete list of what the County considers to be "consistent and reoccurring issues" at the detention center.

I will touch base with the Sheriff this afternoon on the issues and who she would like to be present for this meeting. I believe that an open, honest, nonhostile meeting could benefit everyone and get the relations between the County and

the Sheriff's Office back on target. But please know I will not attend/stay at any meeting where your legal counsel tells
me that she needs to "educate" me on my job and how to carry out the protections for both the facility and County; nor
for a condescending patronization by your procurements director who fails to fully read his emails and has accused
myself and my staff of calling WellPath pretending to be him.

I greatly appreciate your concern in this matter and welcome the opportunity to address these concerns in a productive
and respectful manner.

Respectfully,

Chief Duffy

---

**From:** Bill L. Tuten <BTuten@charlestoncounty.org>
**Sent:** Tuesday, June 14, 2022 4:30 PM
**To:** Abigail Duffy <ADuffy@charlestoncounty.org>
**Cc:** Kristin Graziano <kgraziano@charlestoncounty.org>; Natalie A. Ham <NHam@charlestoncounty.org>
**Subject:** Detention Center

Director Duffy,

I was just made aware of an email that you sent to Barrett Tolbert yesterday. In light of this email and other
issues that appear to be constant and reoccurring issues at the Sheriff Al Cannon Detention Center, I would like
to request an in person meeting with you and Sheriff Graziano at your earliest convenience.

Please advise as to which staff members will be attending from CCSO, and I will let you know who all will be
attending with me. I certainly believe representatives from both legal departments should be included. We will
be more than happy to meet at the LEC, the jail, or the PSB.

Thank you in advance for your immediate attention to this request.

Sincerely,

Bill

Bill Tuten
Administrator
Charleston County
Office: 843-958-4000

4045 Bridge View Drive
North Charleston, SC 29405

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

## Nicole L. Paluzzi

| | |
|---|---|
| From: | Barrett J. Tolbert |
| Sent: | Monday, September 12, 2022 7:44 AM |
| To: | Abigail Duffy, Charles L. Wiggins; LaShanda W. Hicks; Daniela Zyskowski; Ameed Sad; Nicole L. Paluzzi |
| Subject: | RE: Meeting re: MUSC |

Yes, that works for me.

**Barrett J. Tolbert CPP, CPPM**
**Contracts & Procurement Director**
**Charleston County Procurement Dept.**
843 958 4761



From: Abigail Duffy <ADuffy@charlestoncounty.org>
Sent: Sunday, September 11, 2022 7:52 PM
To: Barrett J. Tolbert <BTolbert@charlestoncounty.org>; Charles L. Wiggins <CWiggins@charlestoncounty.org>;
LaShanda W. Hicks <LWHicks@charlestoncounty.org>; Daniela Zyskowski <DZyskowski@charlestoncounty.org>; Ameed
Sad <asad@charlestoncounty.org>; Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org>
Subject: Re: Meeting re: MUSC

Will I be alright on Thursday?

A

From: Barrett J. Tolbert <BTolbert@charlestoncounty.org>
Sent: Sunday, September 11, 2022 5:38 AM
To: Abigail Duffy <ADuffy@charlestoncounty.org>; Charles L. Wiggins <CWiggins@charlestoncounty.org>; LaShanda W.
Hicks <LWHicks@charlestoncounty.org>; Daniela Zyskowski <DZyskowski@charlestoncounty.org>; Ameed Sad
<asad@charlestoncounty.org>; Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org>
Subject: Re: Meeting re: MUSC

Hey,

Wednesday morning and Thursday after 12 are best for me.

Thanks,

BT

Sent from my T-Mobile 4G LTE Device
Get Outlook for Android

---

**From:** Abigail Duffy <ADuffy@charlestoncounty.org>
**Sent:** Saturday, September 10, 2022 10:42:41 PM
**To:** Barrett J. Tolbert <BTolbert@charlestoncounty.org>; Charles L. Wiggins <CWiggins@charlestoncounty.org>; LaShanda W. Hicks <LWHicks@charlestoncounty.org>; Daniela Zyskowski <DZyskowski@charlestoncounty.org>; Ameed Sad <asad@charlestoncounty.org>; Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org>
**Subject:** Meeting re: MUSC

Barrett

I wanted go ahead and get a meeting scheduled regarding the meeting I had with MUSC. Could you please provide a few options for this week for us to meet? I have copied those on my side. I am hoping can make it. Thanks so much!!

A

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

## Nicole L. Paluzzi

| | |
|---|---|
| **From:** | Nicole L. Paluzzi |
| **Sent:** | Tuesday, November 1, 2022 2:45 PM |
| **To:** | Bill L. Tuten |
| **Cc:** | Natalie A. Ham; Kristin Graziano |
| **Subject:** | Re: Non-competitive bid contract |

We have had a meeting with Barrett Tolbert and Lashanda Hicks with both expressing their approval to proceed with the non-competitive bid and began a draft proposal. The purpose of this meeting request was to present the preliminary scope and justification where we had received an initial unfavorable response from Attorney Bell and were looking for clarification as well as a means of reconciling the issue before expending too much effort in producing a proposal that could be dead out of the gate. If that is not something you can hear before it is fully fleshed out, then I will follow up with just Ms. Ham or her designee so we can present a complete proposal.

3pm on Thursday would work for us if a meeting is appropriate at this point.

Nicole Paluzzi
(she/her/hers)
**General Counsel**
Charleston County Sheriff's Office
3691 Leeds Avenue
North Charleston, SC 29405
O. 843 554.2231
M:

*"Service Beyond the Call"*

Confidential Communication Notice
This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and S.C. Code of Laws Sec. 30-4-40. It contains privileged legal information and is exempt from disclosure. This email and any attached files are exclusively for the use of the intended recipient. If you are not the intended recipient, you are on concerning that the use, disclosure, action in reliance upon, reproduction or any associated acts regarding the contents of this email are strictly prohibited. If you have received this email in error, please destroy this email and any attachments and promptly notify the sender by reply email.

Sent from my Verizon, Samsung Galaxy smartphone
Get **Outlook** for Android

---

**From:** Bill L. Tuten <BTuten@charlestoncounty.org>
**Sent:** Tuesday, November 1, 2022, 1:30 PM
**To:** Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org>
**Cc:** Natalie A. Ham <NHam@charlestoncounty.org>; Kristin Graziano <Kgraziano@charlestoncounty.org>
**Subject:** RE: Non-competitive bid contract

Nicole,

Tomorrow morning or just about anytime on Thursday works for me. I cannot speak for Mrs. Ham, so I will defer to her or her availability.

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1008654

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

Just so I will know, have you guys completed the appropriate paperwork for our procurement department? Although I am not 100% sure, I almost positive that any request for non-competitive process has to be approved by Barrett - and also go through our CFO before it gets to me.

But we can discuss when we get together.

Thanks,

Bill


Bill Tuten
Administrator
Charleston County
Office: 843 958 4000

4045 Bridge View Drive
North Charleston, SC 29405


From: Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org>
Sent: Monday, October 31, 2022 3:00 PM
To: Bill L. Tuten <BTuten@charlestoncounty.org>
Cc: Natalie A. Ham <NHam@charlestoncounty.org>; Kristin Graziano <kgraziano@charlestoncounty.org>
Subject: Non-competitive bid contract

Dear Mr. Tuten,

We would like to request a meeting with you and counsel to discuss approval for a non-competitive bid proposal for services at the Detention Center. Please let us know what dates and time work best for you.

Kindest regards,

Nicole Paluzzi
(she/her/hers)
General Counsel
Charleston County Sheriff's Office
3691 Leeds Avenue
North Charleston, SC 29405
O: 843 554 2236
M:

"Service Beyond the Call"

Confidential Communication Notice
This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and S.C. Code of Laws Sec. 30-4-40. It contains privileged legal information and is exempt from disclosure. This email and any attached files are exclusively for the intended recipient. If you are not the intended recipient, you are on notice that the use, disclosure, action in reliance upon, reproduction or any associated acts regarding the contents of this email are strictly prohibited. If you have received this email in error, please destroy this email and any attachments and promptly notify the sender by reply email.

ELECTRONICALLY FILED - 2024 Dec27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

## Nicole L. Paluzzi

**From:** Daniela Zyskowski
**Sent:** Thursday, December 29, 2022 1:06 PM
**To:** Patrick Morris; Nicole L. Paluzzi
**Subject:** RE: WellPath

As soon as we clear it from our end.

If you have time to talk/meet, I've got time today and tomorrow.

Daniela Zyskowski
Contracts Manager
Charleston County Detention Center
3841 Leeds Ave
Charleston, SC 29405
843 529 7379

From: Patrick Morris <pmorris@charlestoncounty.org>
Sent: Thursday, December 29, 2022 1:05 PM
To: Daniela Zyskowski <DZyskowski@charlestoncounty.org>, Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org>
Subject: Re: WellPath

I understand. I don't know the whole story, so I'd like to hear it. When do they anticipate him coming back? I would prefer we don't bring him back until we can weigh the facts.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

From: Daniela Zyskowski <DZyskowski@charlestoncounty.org>
Sent: Thursday, December 29, 2022 12:20:13 PM
To: Patrick Morris <pmorris@charlestoncounty.org>; Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org>
Subject: WellPath

Hello,

I'm emailing you both since Chief Duffy is out right now. WellPath just got back to me that their investigation with Dr. Erago was completed and they're okay bringing him back.

Major Morris – I'm not sure if you know all the background info so let me know if I need to fill you in.

However, I have a lot of concerns around bringing him back. One is that he compromises the MAT program and The Charleston Center does not seem willing to work with him anymore. The MAT program is part of our contract that we've had a lot of issues with and then what he did just truly compromised it.

Another concern is his dishonesty – he has the tendency to say one thing in the meeting and then leave and do the complete opposite, and when questioned, deny it. He makes decisions on his own without including the team and oftentimes will lie about it.

1

I've received numerous complaints about his disrespectful interactions with residents, our staff, and also WellPath staff. I feel like if we allow them to bring them back this is a big liability on us.

I just wanted to inform both of you about these concerns. Let me know what you want me to tell WellPath.

Daniela Zyskowski
Contracts Manager
Charleston County Detention Center
3841 Leeds Ave
Charleston, SC 29405
843 529 7379

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1008054

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006854

## Nicole L. Paluzzi

| | |
|---|---|
| From: | Daniela Zyskowski |
| Sent: | Thursday, December 29, 2022 8:28 AM |
| To: | Nicole L. Paluzzi |
| Cc: | Patrick Morris; Abigail Duffy |
| Subject: | RE: MAT at the jail |

Dr. Rhodes from WellPath responded to her with the names of residents she requested, so it sounds like for now she received everything she needed.

Daniela Zyskowski
Contracts Manager
Charleston County Detention Center
3841 Leeds Ave
Charleston, SC 29405
843 529 7379


-----Original Message-----
From: Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org>
Sent: Thursday, December 29, 2022 8:03 AM
To: Daniela Zyskowski <DZyskowski@charlestoncounty.org>
Cc: Patrick Morris <pmorris@charlestoncounty.org>; Abigail Duffy <ADuffy@charlestoncounty.org>
Subject: RE: MAT at the jail

Do you need anything more than the email from Caitlin to get the residents on the oral medication or will that suffice to have their medicals updated?

Best,
Nicole Paluzzi

-----Original Message-----
From: Daniela Zyskowski <DZyskowski@charlestoncounty.org>
Sent: Thursday, December 29, 2022 8:00 AM
To: Abigail Duffy <ADuffy@charlestoncounty.org>; Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org>
Subject: FW: MAT at the jail

Fyi. Just to keep you updated.

-----Original Message-----
From: Caitlin S. Kratz <CKratz@charlestoncounty.org>
Sent: Wednesday, December 21, 2022 10:39 AM
To: Donald Rhodes <███@wellpath.us>; Katie Perez <███@wellpath.us>; Daniela Zyskowski <DZyskowski@charlestoncounty.org>; Stephanie Ruckman <███@wellpath.us>; Cathy Mazyck <███@wellpath.us>
Subject: MAT at the jail

Hello everyone,

1

ELECTRONICALLY FILED - 2024 Dec27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

I wanted to follow up on where we are at with MAT at the jail.
Unfortunately we cannot provide more injections to the jail. Danielle was helpful in trying to arrange transport to our facility, but we are also experiencing pharmacy issues given all that is happening.

Since I'm not sure the status of Dr. Chinn or if Dr. Rhodes plans to take over as DEA provider, we must ensure patients get their meds.
I consulted with my medical staff and we are recommending that for anyone who has gotten the shot and is due or past due, we transition them to oral Suboxone at 16mg daily. This will ensure no withdrawal will happen.

We have a few residents that are due for injections but I don't have access to your MAR so I'm not sure names. Can we get their orders to receive oral suboxone ASAP.

I've gotten two calls from family members who are extremely concerned. So I hope this can be handled quickly. I also want to ensure that we get this resolved before the holidays since most places have short staff. Can you please confirm this can get handled today or tomorrow?

Caitlin

Sent from my iPhone

ELECTRONICALLY FILED - 2024 Dec27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP100654

## Nicole L. Paluzzi

| | |
|---|---|
| **From:** | Andrew Kreutner |
| **Sent:** | Wednesday, January 4, 2023 3:57 PM |
| **To:** | Daniela Zyskowski; SACDCHelpDesk; Ezzard Luke; April L. Goss |
| **Cc:** | Nicole L. Paluzzi; Patrick Morris; Kerrilyn Greathouse; Michael Halley; Andrew Grant; Dorothy M. Harris; Katie Perez; Abigail Duffy |
| **Subject:** | RE: revoke clearance |

His card has been de-activated since his suspension, just FYI.

Andrew Kreutner
Information Technology Assistant Manager
Charleston County Sheriff's Office
3841 Leeds Avenue
North Charleston, SC 29405
Desk: 843-529-7982
Cell:
E-Mail: akreutner@charlestoncounty.org
E-Mail: SACDCHelpDesk@charlestoncounty.org

**From:** Daniela Zyskowski <DZyskowski@charlestoncounty.org>
**Sent:** Wednesday, January 4, 2023 3:54 PM
**To:** SACDCHelpDesk <SACDCHelpDesk@charlestoncounty.org>; Ezzard Luke <eluke@charlestoncounty.org>; April L. Goss <algoss@charlestoncounty.org>
**Cc:** Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org>; Patrick Morris <pmorris@charlestoncounty.org>; Kerrilyn Greathouse <kgreathouse@charlestoncounty.org>; Michael Halley <mhalley@charlestoncounty.org>; Andrew Grant <agrant@charlestoncounty.org>; Dorothy M. Harris <dharris@charlestoncounty.org>; Katie Perez <＞＠Wellpath.us>; Abigail Duffy <ADuffy@charlestoncounty.org>
**Subject:** revoke clearance

Good afternoon,

Please revoke Dr. Drago's clearance effective immediately.

Daniela Zyskowski
Contracts Manager
Charleston County Detention Center
3841 Leeds Ave
Charleston, SC 29405
**843 529 7379**

ELECTRONICALLY FILED - 2024 Dec27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000654

## Nicole L. Paluzzi

| | |
|---|---|
| **From:** | Nicole L. Paluzzi |
| **Sent:** | Wednesday, January 4, 2023 9:13 AM |
| **To:** | Daniela Zyskowski |
| **Cc:** | Patrick Morris |
| **Subject:** | Re: DOC |

Great, thank you so much!

Nicole Paluzzi
(she/her/hers)
General Counsel
Charleston County Sheriff's Office
3691 Leeds Avenue
North Charleston, SC 29405
O: 843.554.2231
M:

*"Service Beyond the Cell"*

Confidential Communication Notice
This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and S.C. Code of Laws Sec. 30-4-40. It contains privileged legal information and is exempt from disclosure. This email and any attached files are exclusively for the use of the intended recipient. If you are not the intended recipient, you are on concerning that the use, disclosure, action in reliance upon, reproduction or any associated acts regarding the contents of this email are strictly prohibited. If you have received this email in error, please destroy this email and any attachments and promptly notify the sender by reply email.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

From: Daniela Zyskowski <DZyskowski@charlestoncounty.org>
Sent: Wednesday, January 4, 2023 9:11:45 AM
To: Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org>
Cc: Patrick Morris <pmorris@charlestoncounty.org>
Subject: RE: DOC

Good morning,

Yes, the new dialysis provider through WellPath is Chardonnay. They're also doing a much better job than the provider before them.

Let me know if you have any other questions!

Daniela Zyskowski
Contracts Manager
Charleston County Detention Center
3841 Leeds Ave
Charleston, SC 29405

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

843 529 7379

From: Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org>
Sent: Wednesday, January 04, 2023 7:48 AM
To: Daniela Zyskowski <DZyskowski@charlestoncounty.org>
Cc: Patrick Morris <pmorris@charlestoncounty.org>
Subject: FW: DOC

I received these communications late in the thread. I believe this is related to          's claims regarding his dialysis in the DC. Do you have any knowledge about the contract or other relationship between Wellpath and Chardonnay?

Best,
Nicole Paluzzi

From: Gough, Sara <goughs@musc.edu>
Sent: Tuesday, January 3, 2023 1:00 PM
To: O'Bryan, Edward C. <obryanec@musc.edu>; Twombley, Katherine E. <twombley@musc.edu>; Mallard, Heather <mallardh@musc.edu>; Player, Elizabeth <playe@musc.edu>; Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org>
Subject: RE: DOC

CAUTION: This email originated outside of Charleston County. Do not click links or open attachments from unknown senders or suspicious emails. If you are not sure, please contact IT helpdesk.

Good afternoon,

I hope everyone had a nice holiday! I received word from CCDC that Wellpath has contracted with Chardonnay and they have begun services. Please let me know if you need any additional information. Thanks!

Sara Gough
System Director of Operations SCDC
MUSC Health

From: O'Bryan, Edward C. <obryanec@musc.edu>
Sent: Friday, December 23, 2022 12:17 PM
To: Gough, Sara <goughs@musc.edu>; Twombley, Katherine E. <twombley@musc.edu>; Mallard, Heather <mallardh@musc.edu>; Player, Elizabeth <playe@musc.edu>; Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org>
Subject: Re: DOC

What can we do here? Have we met with Dr. Twombley about options? We need to bill Wellpath directly for these and have our legal team work with CCDC to make sure they get the bill.

I am cc'ing Heather, Elizabeth and Nicole here, but my main concern at this point (besides the obvious inappropriate utilization of clinical resources due to a failure on the Wellpath side) is that we are not going to be paid at all for the current dialysis and we need to get our legal and CCDC's legal involved to make sure we don't end up like Vanderbilt did [see article below.]

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

I'm no lawyer, but I think legal action is warranted now to make Wellpath pay for this inappropriate resource utilization (assuming it's in the contract with CCDC, etc). Clinically, we need to work w to the CCDC and Wellpath teams to make sure we can find a better clinical option and legally I will leave that up to the experts, but I can tell you this: I and Wellpath isn't going to pay unless they're sued....it might be interesting to get Vanderbilt's take as well.

https://www.nashvillepost.com/business/health_care/vumc-sues-nmate-health-provider for more-than-5m/article_b1-336b6-8D8f-11ec-b6bd-c736e992add0.html

Thanks!
Ed

Edward C. O'Bryan, MD, MBA, CPE
Executive Director, MUSC Health Solutions
Associate Professor of Emergency Medicine
Medical University of South Carolina

**From:** Gough, Sara <goughs@musc.edu>
**Date:** Wednesday, December 21, 2022 at 10:34 AM
**To:** O'Bryan, Edward C. <obryanec@musc.edu>
**Subject:** Fwd: DOC

Sara Gough
System Director of Operations SCDC
MUSC Health

**From:** Twombley, Katherine E. <twombley@musc.edu>
**Sent:** Wednesday, December 21, 2022 11:18:00 AM
**To:** Gough, Sara <goughs@musc.edu>
**Subject:** RE: DOC

We are trying to find out what their plans for SH are as we cannot sustain them in the ED long term.   spoke with DCI and they said they are no longer the dialysis provider, so we are just trying to get information at the same time.

**From:** Gough, Sara <goughs@musc.edu>
**Sent:** Wednesday, December 21, 2022 11:16 AM
**To:** Twombley, Katherine E. <twombley@musc.edu>
**Subject:** Re: DOC

Hi Katherine,

I believe it's actually the Charleston County Detention Center patients you may be getting. I believe Wellpath, their healthcare vendor, lost that contract. What can I help you with?

Sara Gough
System Director of Operations SCDC

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

MUSC Health

**From:** Twombley, Katherine E. <twombley@musc.edu>
**Sent:** Wednesday, December 21, 2022 11:18:16 AM
**To:** Gough, Sara <gough@musc.edu>
**Subject:** DCC

Hi Sara,

My name is Katherine and I am the Medical Director for the Acute Dialysis Units at MUSC. We recently learned that DC lost the contract with the DCC and we have been getting some of their patients in the ED acutely because of lack of HD services there. Kristen Wise gave me your name to see if you have any insight into this or know someone there that might? Thanks in advance.

Best,
Katherine

Katherine Twombley, MD, FAAP, FAST
Professor, Department of Pediatrics
Chief, Pediatric Nephrology
Program Director, Pediatric Nephrology Fellowship
Medical Director, Pediatric Kidney Transplantation
Medical Director, Acute Dialysis Units (Main Hospital and Ashley River Tower)
Medical University of South Carolina
Charleston, SC
P: 843-792-3904
twombley@musc.edu

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006354

**Nicole L. Paluzzi**

| | |
|---|---|
| **From:** | Nicole L. Paluzzi |
| **Sent:** | Monday, January 9, 2023 3:24 PM |
| **To:** | Daniela Zyskowski |
| **Subject:** | Fwd: Training and Form follow-up |
| **Attachments:** | Procurement Ordinance_Updated_05-10-2022 (Clean Copy).pdf; Emergency-Procurement-Form.pdf; Sole-Source-Form-2020.pdf; Vendor Information Form.pdf; Non-Conformance Blank Form.docx; Complaints and Non-Conformance List.xlsx; 2022 Procurement 101 PowerPoint.pptx; Procurement Regulations Updated 05-11-2022.pdf |

Nicole Paluzzi
(she/her/hers)
General Counsel
Charleston County Sheriff's Office
3691 Leeds Avenue
North Charleston, SC 29405
O: 843.554.2231
M:

*"Service Beyond the Call"*

Confidential Communication Notice
This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and S.C. Code of Laws Sec. 30-4-40. It contains privileged legal information and is exempt from disclosure. This email and any attached files are exclusively for the use of the intended recipient. If you are not the intended recipient, you are on concerning that the use, disclosure, action in reliance upon, reproduction or any associated acts regarding the contents of this email are strictly prohibited. If you have received this email in error, please destroy this email and any attachments and promptly notify the sender by reply email.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Nicole L. Paluzzi
**Sent:** Monday, January 9, 2023 2:20:47 PM
**To:** Patrick Morris <pmorris@charlestoncounty.org>
**Subject:** FW: Training and Form follow-up

Forwarded are the Procurement and Conformance records that were forwarded from County when this issue first cropped up.

Best,
Nicole Paluzzi

**From:** Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org>
**Sent:** Tuesday, July 12, 2022 5:12 PM
**To:** Abigail Duffy <ADuffy@charlestoncounty.org>
**Subject:** Fwd: Training and Form follow-up

1

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

Nicole Paluzzi
(she/her/hers)
General Counsel
Charleston County Sheriff's Office
3691 Leeds Avenue
North Charleston, SC 29405
O: 843.554.2231
M

*"Service Beyond the Cell"*

**Confidential Communication Notice:**
This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and S.C. Code of Laws Sec. 30-4-40. It contains privileged legal information and is exempt from disclosure. This email and any attached files are exclusively for the use of the intended recipient. If you are not the intended recipient, you are on notice that the use, disclosure, action in reliance upon, reproduction or any associated acts regarding the contents of this email are strictly prohibited. If you have received this email in error, please destroy this email and any attachments and promptly notify the sender by reply email.

Sent from my T-Mobile 5G Device
Get Outlook for Android

---

**From:** Natalie A. Ham <NHam@charlestoncounty.org>
**Sent:** Tuesday, July 12, 2022 5:18:11 PM
**To:** Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org>
**Subject:** Training and Form fo low-up

Ms. Paluzzi,

Attached is some additional information for your contracts manager. I believe the ordinance is a repeat of what Mr. Knisley already shared but apparently some of the departments have created forms that they utilize with procurement. That is what happened with the form you were recently sent. I was not technically a procurement produced form, another department created it and utilizes it but it is not standard for all departments in the county. I hope that clears up some issues with regard to why it had not been shared with you initially. I'm not offering that as an official explanation, just as information I've personally learned in the last couple of days. Attached is a combination of various forms that are used by departments in various ways. not a procurement document bank to my knowledge.

I also included a Procurement 101 PowerPoint, which could be helpful to breaking the regulations down a bit. And, lastly, I am sharing a link for a training video from the procurement team on the intranet: **https://cdmranet.charlestoncounty.org/legacy/media/videos/Procurement-Training-Video.mp4**

I hope this information is helpful and provides a bit more insight into procurement for your new employee. Have a great week.

Thank you,

Natalie Ham

2

ELECTRONICALLY FILED - 2024 Dec27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

*Berkeley County*
8111 A. Hwy. 52, Suite B
P.O. Box 1087
Moncks Corner, SC 29461
(843) 800-4777
(843) 899-2791 Fax

David P. Schwacke
Berkeley County Public Defender

# Ninth Circuit Public Defender
## *Berkeley & Charleston Counties*

Cameron J. Blazer, Circuit Defender
publicdefender@ninthcircuitpd.org
(843) 958-1350

*Charleston County*
O.T. Wallace Building
101 Meeting Street, 8th Floor
Charleston, SC 29401-2214
(843) 958-1800
(843) 958-1860 Fax

Megan S. Ehrlich
Charleston County Public Defender

January 6, 2023

The Honorable Bentley Price
Chief Administrative Judge
100 Broad Street, Suite 132
Charleston, SC 29401

The Honorable Deadra L. Jefferson
100 Broad Street, Suite 336
Charleston, SC 29401

The Honorable Jennifer B. McCoy
100 Broad Street, Suite 548
Charleston, SC 29401

The Honorable Roger M. Young, Sr.
100 Broad Street, Suite 868
Charleston, SC 29401

Solicitor Scarlett Wilson
101 Meeting Street
Fourth Floor
Charleston, SC 29401

*via email*

Dear Judges and Solicitor Wilson:

I am writing to provide you all with a report, from our vantage point, of the deteriorating state of affairs in the Charleston County Detention Center.

As we are all aware, the pandemic resulted in stresses on many systems, including local pretrial detention facilities around the country. While the gravest physical dangers of the pandemic have retreated, what was once an acute crisis appears to have metastasized to a more chronic and intractable one. Local jail administrators have shared with me that the staffing levels at their facilities and others around the state are far below what is necessary to safely maintain them. And they tell me that there does not appear to be an end in sight, especially with unemployment at historically low levels.

ELECTRONICALLY FILED - 2024 Dec27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

Page 2 of 3

The staffing crisis appears to me to be one, but by no means the only, of the challenges at the Sheriff Al Cannon Detention Center. The jail has contracted with a medical provider whose provision of services is the worst I have seen since starting my criminal defense career in this office nearly 15 years ago. With the added layer of ever-increasing delays from the SC Department of Mental Health and the SC Department of Disabilities and Special Needs in placing people with long-term care needs, the situation is ripe for disaster.

To make matters worse, in November of 2022, with almost no notice to the public defender's office, the jail made a switch to a new video visitation platform, the implementation of which left us completely without video visitation for days; the system is still not working well, and we have lawyers deciding daily between enduring endless wait times to see clients at the jail or rolling the dice to try to see clients by video with no guarantee they will appear at their scheduled time or at all. With these challenges, our office fell behind in our goal of reaching long-term residents of the jail within 10 days of arrest for screening, with wait times extending to 30 days for some people in the month of December. None of this is acceptable.

And, even with all the above, I might not be writing this letter to you but for the events of the last two weeks of December. Our client,          , suffered from mental illness so acute that he was unable to come to visitation after his arrest in August. The very nature of his charges were a red flag for acute mental illness. The only way his lawyer could see him was to visit him where he was being held in the Behavior Modification Unit; there, she found him lying naked in excrement, completely unable to communicate. She made every effort to have the medical personnel at the jail visit him that day. She expedited his competency evaluation and obtained an order for restoration in mid-December. Considering his deteriorating condition, she persuaded the Department of Mental Health to move him to the top of the list for restoration, and he was scheduled to be transported to the state hospital this month. But that will not happen now, because he was found unresponsive in his cell on December 21. Only after he had been at MUSC for three days were we notified of his condition, and that was only because the jail wanted our help contacting his family to notify them of his imminent and unexplained likely death.         His family removed him from life support on December 29. He was 28 years old.

Our first concern is for our clients, but I would be remiss if I did not tell you that I am deeply concerned about the wellbeing of the people in my office who are nearly constantly faced with conditions for their clients that no one should witness secondhand, much less endure. I am talking about the lawyer who found her client incoherent after being denied prescribed medication for liver and kidney issues. I am talking about the lawyer who went to check on her own client but found her colleague's client left sitting alone, cold, and confused for hours in a wheelchair in the lobby of the jail on one of the coldest days of the year, in need of medical care because the jail did not comply with the order to release him to family; she waited, shaken, with him for the ambulance she called to arrive. And the lawyer and social worker who move heaven and earth to obtain safe travel and placement for our clients at the rehab facilities they need only to have those plans upended when the jail fails to release clients within statutorily required time limits. And the lawyer whose client has been waiting nearly a year for bedspace after being found incompetent, who was found by jail staff hypothermic on the floor of his cell with an unexplained skull fracture. And the lawyer and social worker who work tirelessly to help their clients enjoy better lives forced to shift their attention to assist a client's family in making funeral arrangements. Every lawyer who works

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

Page 8 of 8

in this system — defenders, prosecutors, and judges — assumes a certain level of unavoidable exposure to secondary trauma. But the current circumstances are avoidable and unacceptable.

For our part, I have directed our lawyers to complete an audit of all of our in-jail cases to assess those people who are most at risk and those whose cases are most readily able to be resolved. We will be tracking and regularly reporting on those people who are waiting for bedspace for restoration, waiting for Blair hearings, and waiting for post-guilty-plea bedspace. For those cases that have been identified as being ripe for resolution, I will be sharing that list with Solicitor Wilson so that her office can be a part of triaging these cases for alternate or speedy disposition. Also, to expedite the appointment process for people suffering from serious mental health disorders, our bond court lawyers will be flagging for immediate review anyone exhibiting symptoms of serious mental illness, and we will be seeking appointment from the Chief Administrative Judge in those cases without requiring them to go through the ordinary screening process. The sooner we identify those people whose mental and physical health is gravely poor, the sooner we can get them situated for restoration or other appropriate care.

We are meeting with the sheriff and other officials from the jail on Tuesday in hopes that we can work together to develop other strategies to improve the situation immediately. Our office is ready and willing to implement any practice that might alleviate the problems at our jail. I thank you for all that you have done and will do to partner with us in the future in safeguarding our clients' most basic civil and human rights. We would be happy to meet with you as a group or individually if a deeper dive into the details of what we are seeing would be helpful.

With kind regards, I remain,

Sincerely,

Cameron Jane Blazer
Ninth Circuit Public Defender

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

**Nicole L. Paluzzi**

**Subject:** RFP NO. 5792-23I Inmate Medical Services for the Sheriff Al Cannon Detention Center (SACDC) Mandatory Pre Bid Conference
**Location:** Sheriff Al Cannon Detention Center; 3841 Leeds Ave.; North Charleston, SC 29405

**Start:** Tue 1/10/2023 2:00 PM
**End:** Tue 1/10/2023 4:00 PM
**Show Time As:** Tentative

**Recurrence:** (none)

**Meeting Status:** Not yet responded

**Organizer:** Jacquelyn Dickerson-Ideozu
**Required Attendees:** Jacquelyn Dickerson-Ideozu; Alec Ramirez; Anita Jenkins; Wendy Curtis; LaZena D.Evans; LaShanda W. Hicks; Starr McNeal; JoTavia L. Aaron; Holly Chesser; Darrell R. Williams
**Optional Attendees:** Barrett L. Tolbert; Charles L. Wiggins; Abigail Duffy; Daniela Zyskowski; Michael Halley; Nicole L. Paluzzi

-----Original Appointment-----
**From:** Jacquelyn Dickerson-Ideozu <JDickerson-Ideozu@charlestoncounty.org>
**Sent:** Tuesday, December 13, 2022 1:22 PM
**To:** Jacquelyn Dickerson-Ideozu; Alec Ramirez; Anita Jenkins; Wendy Curtis; LaZena D Evans; LaShanda W. Hicks; Starr McNeal; JoTavia L. Aaron; Holly Chesser; Darrell R. Williams
**Cc:** Barrett L. Tolbert; Charles L. Wiggins; Abigail Duffy; Daniela Zyskowski; Michael Halley
**Subject:** RFP NO. 5792-23I Inmate Medical Services for the Sheriff Al Cannon Detention Center (SACDC) Mandatory Pre Bid Conference
**When:** Tuesday, January 10, 2023 2:00 PM-4:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Sheriff Al Cannon Detention Center; 3841 Leeds Ave.; North Charleston. SC 29405

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006854

**Nicole L. Paluzzi**

| | |
|---|---|
| From: | Daniela Zyskowski |
| Sent: | Tuesday, January 10, 2023 1:17 PM |
| To: | Michael Halley; Kerrilyn Greathouse |
| Cc: | Abigail Duffy; Nicole L. Paluzzi |
| Subject: | RE: MAT at the Jail |

I didn't. I forwarded it to you so you're aware. I also sent it to Major Morris.

**Daniela Zyskowski**
Contracts Manager
Charleston County Detention Center
3841 Leeds Ave
Charleston, SC 29405
843 529 7379

From: Michael Halley <mhalley@charlestoncounty.org>
Sent: Tuesday, January 10, 2023 1:16 PM
To: Daniela Zyskowski <DZyskowski@charlestoncounty.org>; Kerrilyn Greathouse <kgreathouse@charlestoncounty.org>
Cc: Abigail Duffy <ADuffy@charlestoncounty.org>; Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org>
Subject: RE: MAT at the Jail

At this time nobody needs to respond to this.

Major M. P. Halley
Processing and Administrative Services
Sheriff Al Cannon Detention Center
3841 Leeds Ave.
North Charleston, S.C.
Office (843) 529-7311

From: Daniela Zyskowski <DZyskowski@charlestoncounty.org>
Sent: Tuesday, January 10, 2023 1:10 PM
To: Kerrilyn Greathouse <kgreathouse@charlestoncounty.org>; Michael Halley <mhalley@charlestoncounty.org>
Subject: FW: MAT at the Jail
Importance: High

From: Caitlin E. Kratz <CKratz@charlestoncounty.org>
Sent: Tuesday, January 10, 2023 12:41 PM
To: Donald Rhodes <✕✕✕@Wellpath.us>; Stephanie Ruckman <✕✕✕@Wellpath.us>; Katie Perez <✕✕✕@Wellpath.us>; Temeka I. Crook <TCrook@charlestoncounty.org>; Daniela Zyskowski <DZyskowski@charlestoncounty.org>
Subject: MAT at the Jail
Importance: High

1

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

Hello all,

I am sending out this email to get some clarification regarding WellPath providing MAT at the Detention Center. It has been brought to my attention that the question continues to be asked about MAT Subxone prescribing and Sublocade. Wellpath continues to ask DAODAS about when MAT can start. I am not understanding where the confusion continues to lie.

Sublocade was suspended because of the issues with Dr. Drago. I have not received any clarification on if the plans to return or how WellPath continues to handle that. Until that is communicated-the sublocade will remain on hold. All patients that were on sublocade were requested to return to oral suboxone to not delay/ interrupt their treatment further.

Wellpath's contract to provide MAT in the Detention Center is between the Detention Center and Wellpath. Charleston Center has only offered to be technical assistance and take on the aftercare of all residents once they leave the facility. Wellpath should be taking responsibility to prescribe Suboxone as per written in their contract. I want to be clear that Charleston Center has attempted to partner with Wellpath for guidance, assistance, and knowledge from our providers on how to do this, but the WellPath providers at the Detention Center remains resistant and unwilling to follow evidenced based practices

The contract clearly states you should be providing MAT in the jail so I suggest you work with your National MAT Director to develop how that will happen since you have not taken the support from Charleston Center. Stephanie Rucanan was nice enough to create the attached workflow and consent.

*Caitlin Kratz, MSW, LISW-CP/S, LAC, AADC*
**Program Manager**
**Residental Services/ Medication Assisted Treatment Services**
**Charleston Center**
(843) 958-3364 phone
(843) 958-3401 fax
ckratz@charlestoncounty.org



# Charleston Center
A division of Charleston County Government
*Restoring Hope, Strengthening Lives*

Confidentiality Notice: The email and its attached files are private confidential items. Information that is legally privileged in accordance with the Health Insurance Portability and Accountability Act of 1996 and 42 CFR Part 2. The information contained in this message and any attachments is intended only for the personal and confidential use of the designated recipient(s). The intended recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to secure the received documents. The recipient is also required to destroy the information after its stated need has been fulfilled. If you are not the intended recipient or an agent responsible for delivering these documents to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of this email (including attachments) or the information contained therein is strictly prohibited. If you have received this communication in error, please notify the sender immediately by replying to this message and delete this email and any attachments from your computer.

ELECTRONICALLY FILED - 2024 Dec27 4:29 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

Nicole L. Paluzzi

| | |
|---|---|
| From: | Nicole L. Paluzzi |
| Sent: | Thursday, January 12, 2023 12:34 PM |
| To: | Natalie A. Ham; Barrett J. Tolbert; B. I. L. Tuten; Kristin Graziano |
| Cc: | Katherine Symonette; Marc Belle; Abigail Duffy; Patrick Morris |
| Subject: | RE: Medical Services Vendor in DC |

All,

It is my understanding that we have all exchanged telephone communications and everyone is satisfied with their information regarding the status of our performance with the medical services vendor contract. At this time, the Sheriff's Office is engaging in an emergency needs assessment for adequate medical services and will reach back out when that information is ready. An immediate meeting on this matter is not necessary unless there are other concerns that need to be addressed.

Please confirm.

Best,
Nicole Paluzzi

From: Nicole L. Paluzzi
Sent: Wednesday, January 11, 2023 3:50 PM
To: Natalie A. Ham <NHam@charlestoncounty.org>; Barrett J. Tolbert <BTolbert@charlestoncounty.org>; B.L. Tuten <BTuten@charlestoncounty.org>; Kristin Graziano <kgraziano@charlestoncounty.org>
Cc: Katherine Symonette <ksymonette@charlestoncounty.org>; Marc Belle <MBelle@charlestoncounty.org>; Abigail Duffy <aduffy@charlestoncounty.org>; Patrick Morris <pmorris@charlestoncounty.org>
Subject: Medical Services Vendor in DC

Wellpath, infirmary medical services vendor for the Charleston County Detention Center, continues to fail to provide contracted services. At this point we feel it is imperative to meet and discuss the realities of their non-conformance and how to enforce the agreement or otherwise move forward. Time is of the essence, can you make yourselves available to meet on Friday afternoon?

Kindest regards,

**Nicole Paluzzi**
**[she/her/hers]**
**General Counsel**
**Charleston County Sheriff's Office**
**3691 Leeds Avenue**
**North Charleston, SC 29405**
**O: 843.554.2231**
**M**

*"Service Beyond the Call"*

Confidential Communication Notice
This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and S.C. Code of Laws Sec. 30-4-40. It contains privileged legal information and is exempt from disclosure. This email and any attached files are

exclusively for the intended recipient. If you are not the intended recipient, you are on notice that the use, disclosure, action in reliance upon, reproduction or any associated acts regarding the contents of this email are strictly prohibited. If you have received this email in error, please destroy this email and any attachments and promptly notify the sender by reply email.

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

Nicole L. Paluzzi

From:           Nicole L. Paluzzi
Sent:           Thursday, January 12, 2023 4:19 PM
To:             Natalie A. Harn
Subject:        RE: Medical Services Vendor

We are reaching out to government entities that provide the needed services as there are fewer administrative barriers. We are working to show DAODAS that we are fully invested in supporting the MAT program and want it to be successful.

Best,
Nicole Paluzzi

From: Natalie A. Harn <NHarn@charlestoncounty.org>
Sent: Thursday, January 12, 2023 4:15 PM
To: Nicole L. Paluzzi <N.Paluzzi@charlestoncounty.org>
Subject: Re: Medical Services Vendor

Thanks for letting me know. What options are you currently exploring? Is there anything I can do to help?

Natalie A. Harn
County Attorney
Charleston County Attorney's Office
4045 Bridge View Dr.
North Charleston, SC 29405
Office: (843) 958-4040
Facsimile: (843) 958-4017
NHarn@charlestoncounty.org

From: Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org>
Sent: Thursday, January 12, 2023 3:22:20 PM
To: Natalie A. Harn <NHarn@charlestoncounty.org>
Subject: Medical Services Vendor

After speaking with County Procurement regarding the severity of nonconformance with medical service agreement, we are now exploring our options to meet our obligation to provide access to competent infirmary care on an emergency basis. Please let me know if you have any questions or comments.

Best,

Nicole Paluzzi
(she/her/hers)
General Counsel
Charleston County Sheriff's Office
3691 Leeds Avenue
North Charleston, SC 29405
O: 843.554.2231
M:

1

*"Service Beyond the Call"*

Confidential Communication Notice

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and S.C. Code of Laws Sec. 30-4-40. It contains privileged legal information and is exempt from disclosure. This email and any attached files are exclusively for the intended recipient. If you are not the intended recipient, you are on notice that the use, disclosure, action in reliance upon, reproduction or any associated acts regarding the contents of this email are strictly prohibited. If you have received this email in error, please destroy this email and any attachments and promptly notify the sender by reply email.

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006854

ELECTRONICALLY FILED - 2024 Dec27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

## Nicole L. Paluzzi

| | |
|---|---|
| From: | Daniela Zyskowski |
| Sent: | Wednesday, January 25, 2023 9:19 AM |
| To: | Patrick Morris; Abigail Duffy; Nicole L. Paluzzi |
| Subject: | FW: MAT medications |

So as she explained in her email, the strips (like Chief Duffy requested a couple of weeks ago) are actually more effective than the pill. WellPath confirmed in our contractors meeting last Friday that despite Dr. Rhode's list of excuses on why it isn't more effective, it's just because they don't want to pay extra for the strips (which we already assumed, and now have confirmed).

I'm not responding to this group email until you guys let me know what steps you'd like to take moving forward.. even with a new medical vendor coming in eventually, this is an immediate need we need to take care, so I do think it'd be most helpful to get a meeting with everyone asap.

Let me know what you think!

Daniela Zyskowski
Contracts Manager
Charleston County Detention Center
3841 Leeds Ave
Charleston, SC 29405
843 529 7379

---

From: Caitlin E. Kratz <CKratz@charlestoncounty.org>
Sent: Tuesday, January 24, 2023 8:50 PM
To: Donald Rhodes <✗✗✗@Wellpath.us>; Tameka L. Crook <TCrook@charlestoncounty.org>; Daniela Zyskowski <DZyskowski@charlestoncounty.org>
Cc: Jason Loy <✗✗✗@Wellpath.us>; Katie Perez <✗✗✗@Wellpath.us>; Cathy Mazyck <✗✗✗@Wellpath.us>; Michael Halley <mhalley@charlestoncounty.org>; Abigail Duffy <ADuffy@charlestoncounty.org>; Patrick Morris <pmorris@charlestoncounty.org>; Stephanie Ruckman <✗✗✗@Wellpath.us>
Subject: Re: MAT medications

Hello all,

I'm returning to the office from vacation tomorrow and think this email thread likely warrants a meeting.

I have to say I am a bit concerned with a few things:

- Can I please get a better understanding of why you are crushing the suboxone? We had that issue reported previously that suboxone was being crushed and given with water which makes the medication ineffective. Our medical director informed Wellpath to please stop that practice immediately. The medication prescribing information does not recommend crushing because you run the risk of 1. It being easier to divert turning a few pills into powder

1

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

2. crushing sublingual suboxone is outside what the manufacturer guidance for dispensing it. So you now are assuming the liability of administering it, any adverse reactions the patient may have, and if the bioavailability of the medication becomes distorted (aka- the medication isn't fully absorbed as prescribed.) Does Wellpath have a rational policy or procedure for crushing suboxone specifically? Also- are you writing the prescription that way and the patient is informed their medication will be administered that way?

-I'm not sure what is being suggested when we it is said "it's not the form of medication but rather the person or persons the medication is supplied to." I am hoping that is not implying that because this a medication for a substance use disorder, they are likely to cheek or engage in illegal activity for their medications. All reported cases of diversion should be investigated and treated individually. Patients with other medical conditions and mental health disorders cheek meds regularly so you should align the same practices and principles when looking at that.

Clinically and medically it is not recommended to immediately taper someone off their medication because of one instance of diversion but it should be addressed medically and clinically. Substance use disorders are also behavioral so even with providing medication, we have to assist residents with behavioral changes and at times provide consequences. This is where the DAODAS team in the jail is the biggest asset.
Everything within in reason of keeping the patient and facility safe.
Does Wellpath have a policy of how they handle MAT prescribing and diversion 1st attempt, 2nd attempt, multiple times?

-Form of medication and its delivery are important factors we should look at. Can you provide more concrete information on how you all are seeing the films being diverted? The films have a faster absorption rate and harder to take out from under the tongue than a pill. Within 30-90 seconds of placing the films under the tongue it adheres to the membranes and very hard to take out. When we switched to the films at Charleston Center, we saw a drastic decrease in our diversion rates. We treat the same exact patients you do, they are just outside the jail walls.

The reality is that an effective MAT program at the jail will not function unless we follow science and outlined best practices by American Science of Addiction Medicine (ASAM), SAMSHA, etc.
We have gone back and forth about this for the last few years and unfortunately I see less progress when I would have hoped.

Until Wellpath will follow best practices, we will continue to have these issues.

I have not heard about the outcome of Dr. Drage but at this point, since the sublingual tablets aren't being prescribed/dispensed correctly- We will be reluctant to supply injections again at this time.

If we can follow evidenced based practices, Charleston Center is 100% supportive of all endeavors with the jail.

I'll make myself available when it is best for the group.

Caitlin

From: Donald Rhodes <█████@Wellpath.us>
Sent: Thursday, January 19, 2023 2:53 PM
To: Temeka L. Crook <TCrook@charlestoncounty.org>; Daniela Zyskowski <DZyskowski@charlestoncounty.org>
Cc: Jason Loy <█████@Wellpath.us>; Katie Perez <█████@Wellpath.us>; Cathy Mazyck <█████@Wellpath.us>; Caitlin
E. Kratz <CKratz@charlestoncounty.org>; Michael Halley <mhalley@charlestoncounty.org>; Abigail Duffy
<ADuffy@charlestoncounty.org>; Patrick Morris <pmorris@charlestoncounty.org>; Stephanie Ruckman
█████@Wellpath.us>
Subject: Re: MAT medications

**CAUTION:** This email originated outside of Charleston County. Do not click links or open attachments from
unknown senders or suspicious emails. If you are not sure, please contact IT helpdesk.

I would like to start by saying that I appreciate everyone's input and suggestions related to this situation. As a
team, I believe that we can come to the best solution for everyone involved.

That having been said, I don't believe that the problem is the form in which the medication is supplied to
our patients but instead it is a specific patient or patients that the medication is being supplied to.

Based on our experience at other facilities, I believe that the strips can be more easily diverted than the
crushed pills.

If a patient wants to participate in the program and get clean, they can (and most will) take the medication in
any form that it is offered.

Patients that are in the program or nefarious reasons will try to find a way to divert the medication regardless
of the form that it is offered.

As most of you on this email stream are aware, the patient currently in question was at the center of the
complaint(s) about getting his/the medication in the non-divertible (or at least very hard to divert) injection
form (Sublocade).

If the reports are accurate, he is now the individual accused of trying to divert the sub-lingual form (crushed
tablet) since the delivery of the injections to the facility has been halted.

I would like to remove the individual(s) that are diverting the medications from the program and allow the
patients that are working their program in good faith to continue to get the medications as they are currently
prescribed.

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

ELECTRONICALLY FILED - 2024 Dec27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP100635

As for the cost of the medications, the Sublocade injection is the most expensive form followed by the strips and then the tablets. The strips are roughly 8 times more expensive than the tablets and the injections are roughly 30 times more expensive than the tablets for a 30 course of medication for a patient on 16mg a day.

Please let me know if anyone wants to have a meeting about this or discuss this situation further.

I am willing to work with all involved to come to safe and effective resolution that benefits the most patients that want to participate in a Medication Assisted Therapy program.

I apologize for the length of the email but I wanted to include all the salient points.

V/R,
Dr. Rhodes

**Donald "Dusty" Rhodes MD**
Executive Medical Director
Local Government Division - West

# wellpath

**To hope and healing.**

2340 Perimeter Hill Drive // Nashville, TN 37211
O 703-505-8216 // M
LinkedIn // Facebook // Twitter // Instagram // YouTube
www.wellpathcare.com // www.wellpathcarecareers.com

From: Tameka L. Crook <TCrook@charlestoncounty.org>
Sent: Thursday, January 19, 2023 1:51:21 PM
To: Daniel a Zyskowski; Donald Rhodes
Cc: Jason Loy; Katie Perez; Cathy Maryon; Caitlin F. kratz; Michael Malley; Abigail Duffy; Patrice Morris
Subject: [EXT] Re: MAT medications

CAUTION: This Email is from an EXTERNAL source. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report suspicious messages to SPAM@Wellpath.tt

No problem. Thank you.

*Tameka L. Cronk, MSW*
Program Administrator
DAODAS/CIER
843-529-7356 ext. 3 (Office)
843-529-7315   (Fax)
tcrook@charlestoncounty.org
http://cc.charlestoncounty.org

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000654



# Charleston Center
### A division of Charleston County Government
*Renewing Hope, Strengthening Lives*

Confidentiality Notice: This email and any attached files may contain confidential health information that is legally privileged in accordance with the Health Insurance Portability and Accountability Act of 1996 and 42 CFR Part 2. The information contained in this message and any attached document(s) is intended only for the personal and confidential use of the designated recipient(s). The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or the requisition and is required to secure the received document(s). The recipient is also required to destroy the information after its stated need has been fulfilled. If you are not the intended recipient (or an agent responsible for delivering these documents to the intended recipient), you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of this email (including attachments) or the information contained therein is strictly prohibited. If you have received this communication in error, please notify the sender immediately by replying to this message and delete this email and any attachments from your computer.

From: Daniela Zyskowski <DZyskowski@charlestoncounty.org>
Sent: Thursday, January 19, 2023 1:45 PM
To: Tameka L. Crook <TCrook@charlestoncounty.org>; Donald Rhodes <​████​@Wellpath.us>; Caitlin
Cc: Jason Loy <​████​@Wellpath.us>; Katie Perez <​████​@Wellpath.us>; Cathy Mazyck <​████​@Wellpath.us>; Abigail Duffy
E. Kratz <CKratz@charlestoncounty.org>; Michael Halley <mhalley@charlestoncounty.org>;
<ADuffy@charlestoncounty.org>; Patrick Morris <pmorris@charlestoncounty.org>
Subject: RE: MAT medications

Sorry, I should have specified that question was not directed to you, it was for WellPath.

Daniela Zyskowski
Contracts Manager
Charleston County Detention Center
3841 Leeds Ave
Charleston, SC 29405
843 529 7379

From: Tameka L. Crook <TCrook@charlestoncounty.org>
Sent: Thursday, January 19, 2023 1:42 PM
To: Daniela Zyskowski <DZyskowski@charlestoncounty.org>; Donald Rhodes <​████​@Wellpath.us>
Cc: Jason Loy <​████​@Wellpath.us>; Katie Perez <​████​@Wellpath.us>; Cathy Mazyck <​████​@Wellpath.us>; Caitlin
E. Kratz <CKratz@charlestoncounty.org>; Michael Halley <mhalley@charlestoncounty.org>
Subject: Re: MAT medications

I am only aware of the injection and pill medications for residents that were a part of the grant which Ms.
Kratz is leading. However, what the medical department is capable of supplying, I am not privy to. I have
included Ms. Kratz on this email thread as well.

Thank you.

*Tameka L. Crook,* MSW
Program Administrator
DAODAS/PIER
843-529-7356 ext. 3 (Office)
843-529-7313       (Fax)

5

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

tcrook@charlestoncounty.org
http://cc.charlestoncounty.org



## Charleston Center
A division of Charleston County Government
*Renewing Hope, Strengthening Lives*

*Confidentiality Notice: This email and any attached files may contain confidential health information that is legally privileged in accordance with the Health Insurance Portability and Accountability Act of 1995 and 42 CFR Part 2. The information contained in this message and any attached document(s) is intended only for the personal and confidential use of the designated recipient(s). The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to secure the received document(s). The recipient is also required to destroy the information after its stated need has been fulfilled. If you are not the intended recipient (or an agent responsible for delivering these documents to the intended recipient), you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of this email (including attachments) or the information contained therein is strictly prohibited. If you have received this communication in error, please notify the sender immediately by replying to this message and delete this email and any attachments from your computer.*

From: Daniela Zyskowski <DZyskowski@charlestoncounty.org>
Sent: Thursday, January 19, 2023 1:36 PM
To: Tameka L. Crook <TCrook@charlestoncounty.org>; Donald Rhodes <████@Wellpath.us>
Cc: Jason Loy <████@Wellpath.us>; Katie Perez <████@Wellpath.us>; Cathy Mazyck <████@Wellpath.us>;
Michael Halley <mhalley@charlestoncounty.org>
Subject: RE: MAT medications

I will ask this again as my question earlier was overlooked – can we switch to the strips instead of the pills? This is a request that has come directly from the Chief.

Daniela Zyskowski
Contracts Manager
Charleston County Detention Center
3841 Leeds Ave
Charleston, SC 29405
843 529 7879

From: Tameka L. Crook <TCrook@charlestoncounty.org>
Sent: Thursday, January 19, 2023 12:23 PM
To: Donald Rhodes <████@Wellpath.us>
Cc: Jason Loy <████@Wellpath.us>; Katie Perez <████@Wellpath.us>; Cathy Mazyck <████@Wellpath.us>;
Daniela Zyskowski <DZyskowski@charlestoncounty.org>; Michael Halley <mhalley@charlestoncounty.org>
Subject: Re: MAT medications

I understand about the information regarding the crushed medication.

The information was provided by          and

*Tameka L. Crook, MSW*

6

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000354

Program Administrator
DAODAS/PIER
843-529-7256 ext. 3 (Office)
843-529-7313     (Fax)
tcrook@charlestoncounty.org
http://cc.charlestoncounty.org



Charleston Center
A division of Charleston County Government
*Renewing Hope, Strengthening Lives*

*Confidentiality Notice: This email and any attached files may contain confidential health information that is legally privileged in accordance with the Health Insurance Portability and Accountability Act of 1996 and 42 CFR Part 2. The information contained in this message and any attached document(s) is intended only for the personal and confidential use of the designated recipient(s). The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to secure the received document(s). The recipient is also required to destroy the information after its stored need has been fulfilled. If you are not the intended recipient (or an agent responsible for delivering these documents to the intended recipient), you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of this email (including attachments) or the information contained therein is strictly prohibited. If you have received this communication in error, please notify the sender immediately by replying to this message and delete this email and any attachments from your computer.*

From: Donald Rhodes <░░░@Wellpath.us>
Sent: Thursday, January 19, 2023 11:53 AM
To: Tameka L. Crook <TCrook@charlestoncounty.org>
Cc: Jason Loy <░░░@Wellpath.us>; Katie Perez <░░░@Wellpath.us>; Cathy Mazyck <░░░@Wellpath.us>; Daniela Zyskowski <DZyskowski@charlestoncounty.org>; Michael Halley <mhalley@charlestoncounty.org>
Subject: Fw: MAT medications

**CAUTION:** This email originated outside of Charleston County. Do not click links or open attachments from unknown senders or suspicious emails. If you are not sure, please contact IT helpdesk.

Ms. Crook,

Can you share with us who reported this information related to Mr. ?
If not by name, then at least was it an officer or another patient?

As noted by HSA Loy, the medications are being crushed prior to administration. They patients are sitting in the clinic while they dissolve. They are then given a drink of water and a mouth check is done before they are allowed to return to the housing unit.

I am interested to know how this system is being subverted so any additional information from your informant/source would be helpful.

Is there an investigation being done related to this report?

If this information is actionable, I would like to taper        off of the Buprenorphine and remove him from our MAT program.

V/R,
Dr. Rhodes

**Donald "Dusty" Rhodes MD**
Executive Medical Director
Local Government Division - West

# wellpath®

**To hope and healing.**

3340 Perimeter Hill Drive // Nashville, TN 37211
O 703-586-8215 // M
LinkedIn // Facebook // Twitter // Instagram // YouTube
www.wellpathcare.com // www.wellpathcarecenters.com

From: Jason Loy
Sent: Thursday, January 19, 2023 9:24 AM
To: Donald Rhodes
Subject: Fw: MAT medications

Jason Loy RN, BSN
Health Services Administrator

# wellpath®

**To hope and healing.**

Sheriff Al Cannon Detention Center
3841 Leeds Ave, North Charleston, SC 29405
843-529-7348
LinkedIn // Facebook // Twitter // Instagram // YouTube
www.wellpathcare.com // www.wellpathcarecenters.com

From: Jason Loy
Sent: Thursday, January 19, 2023 9:09 AM
To: Tameka L. Crook; Cathy Mazyck; Katie Perez
Subject: Re: MAT medications

ELECTRONICALLY FILED - 2024 Dec27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006854

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006354

Who was caught cheeking? This automatically removes them from the program and the residents realize they only have 1 chance at this program. I have spoken with our DON and she states the suboxone is ground up and administered as powder. This form will make cheeking nearly impossible

Ms Mazyck administered yesterday and is administering again today and will be sure to perform a deep inspection with your officer. At this time, we do not have an officer in the clinic and will require one for a short time for these few residents

Thank you,


Jason Loy RN, BSN
Health Services Administrator


# wellpath*

**To hope and healing.**

Sheriff Al Cannon Detention Center
3841 Leeds Ave, North Charleston, SC 29405
843-529-7945
LinkedIn // Facebook // Twitter // Instagram // YouTube
www.wellpathcare.com // www.wellpathrecoverycenters.com

From: Tameka L. Crooks <Crooks@charlestoncounty.org>
Sent: Thursday, January 19, 2023 9:00:10 AM
To: Jason Loy
Subject: [EXT] MAT medications

CAUTION: This Email is from an EXTERNAL source. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report suspicious messages to SPAM@Wellpath.us

Good morning,

I hope this email finds you well. It has been brought to my attention that residents are 'cheeking' their MAT medications once they receive it. Would it be possible that the nurses do a cheek sweep prior to the residents leaving and returning to their unit? Or, can the medications be broken up then administered to the residents?

Thank you,

*Tameka L. Crooks, MSW*

Program Administrator
DAODAS/PIER
843-529-7356 ext. 3 (Office)
843-529-7313        (Fax)
tcrook@charlestoncounty.org
http://cc.charlestoncounty.org



*Confidentiality Notice: This email and any attached files may contain confidential health information that is legally privileged in accordance with the Health Insurance Portability and Accountability Act of 1996 and 42 CFR Part 2. The information contained in this message and any attached documents is intended only for the personal and confidential use of the designated recipients. The authorized recipient(s) of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is restrained to delete the received document(s). The recipient is also required to destroy the information after its stated need has been fulfilled. If you are not the intended recipient, or an agent responsible for delivering these documents to the intended recipient), you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of this email (including attachments) or the information contained therein is strictly prohibited. If you have received this communication in error, please notify the sender immediately by replying to this message and delete this email and any attachments from your computer.*

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006854

## Nicole L. Paluzzi

| | |
|---|---|
| From: | Abigail Duffy |
| Sent: | Wednesday, February 15, 2023 12:44 PM |
| To: | Jason Loy; Daniela Zyskowski; Nicole L. Paluzzi |
| Cc: | Kristin Graziano; LaShanda W. Hicks; Patrick Morris |
| Subject: | Re: Contracts for NCCHC files |

Thank you sir! I completely understand protecting the company's interest. Glad we found a solution.

Abbey

From: Jason Loy <✉@Wellpath.us>
Sent: Wednesday, February 15, 2023 10:08 AM
To: Abigail Duffy <ADuffy@charlestoncounty.org>; Daniela Zyskowski <DZyskowski@charlestoncounty.org>; Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org>
Cc: Kristin Graziano <kgraziano@charlestoncounty.org>; LaShanda W. Hicks <LWHicks@charlestoncounty.org>; Patrick Morris <pmorris@charlestoncounty.org>
Subject: Re: Contracts for NCCHC files

**CAUTION:** This email originated outside of Charleston County. Do not click links or open attachments from unknown senders or suspicious emails. If you are not sure, please contact IT helpdesk.

I have received the redacted version of the Chardonnay Dialysis contract and I apologize for the pushback I received acquiring them. Let me know if you need anything else.

Jason Loy RN, BSN
Health Services Administrator
843-529-7348

# wellpath®

**To hope and healing.**

Sheriff Al Cannon Detention Center
3841 Leeds Ave, North Charleston, SC 29405
843-529-7348
LinkedIn // Facebook // Twitter // Instagram // YouTube
www.wellpathcare.com // www.wellpathcarecenters.com

From: Abigail Duffy <ADuffy@charlestoncounty.org>
Sent: Tuesday, February 14, 2023 1:03 PM
To: Daniela Zyskowski <DZyskowski@charlestoncounty.org>; Jason Loy <✉@Wellpath.us>; Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org>
Cc: Kristin Graziano <kgraziano@charlestoncounty.org>; LaShanda W. Hicks <LWHicks@charlestoncounty.org>; Patrick

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006354

Morris <pmorris@charlestoncounty.org>
Subject: [EXT] Re: Contracts for NCCHC files

---

CAUTION: This Email is from an EXTERNAL source. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report suspicious messages to SPAM@Wellpath.us

---

Nurse Loy,

Is it possible to ask your legal department to redact the funding provisions of the contract? A subcontract, in and of itself, should be boilerplate. Pay terms that the company would like to keep private, I can understand. We are not attempting to be invasive into the business side of the contract, but do need a copy showing that it is in place and signed. Please let us know.

Abbey

---

From: Daniela Zyskowski <DZyskowski@charlestoncounty.org>
Sent: Tuesday, February 14, 2023 12:56 PM
To: Jason Loy <▨▨@Wellpath.us>; Abigail Duffy <ADuffy@charlestoncounty.org>; Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org>
Cc: Kristin Graziano <kgraziano@charlestoncounty.org>; LaShanda W. Hicks <LWHicks@charlestoncounty.org>; Patrick Morris <pmorris@charlestoncounty.org>
Subject: RE: Contracts for NCCHC files

I have the renewed license, but what Morgan is asking for is the contract.

Daniela Zyskowski
Contracts Manager
Charleston County Detention Center
3841 Leeds Ave
Charleston, SC 29405
843 529 7379

---

From: Jason Loy <▨▨@Wellpath.us>
Sent: Tuesday, February 14, 2023 12:55 PM
To: Abigail Duffy <ADuffy@charlestoncounty.org>; Daniela Zyskowski <DZyskowski@charlestoncounty.org>; Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org>
Cc: Kristin Graziano <kgraziano@charlestoncounty.org>; LaShanda W. Hicks <LWHicks@charlestoncounty.org>; Patrick Morris <pmorris@charlestoncounty.org>
Subject: Re: Contracts for NCCHC files

CAUTION: This email originated outside of Charleston County. Do not click links or open attachments from unknown senders or suspicious emails. If you are not sure, please contact IT helpdesk.

I spoke with Ms Kelly at DHEC and she stated the current license for the dialysis clinic will be mailed out today and an email with a pdf form was sent to Ms Zyskowski today.

Hopefully the hard cop will arrive this week for us to hang in the clinic.

2

ELECTRONICALLY FILED - 2024 Dec27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

Jason Loy RN, BSN
Health Services Administrator
843-529-7348

# wellpath°

**To hope and healing.**

Sheriff Al Cannon Detention Center
3841 Leeds Ave, North Charleston, SC 29405
843-529-7348
LinkedIn // Facebook // Twitter // Instagram // YouTube
www.wellpathcare.com // www.wellpathcarecenters.com

---

From: Abigail Duffy <ADuffy@charlestoncounty.org>
Sent: Tuesday, February 14, 2023 11:24 AM
To: Daniela Zyskowski <DZyskowski@charlestoncounty.org>; Jason Loy ✉ @Wellpath.us>; Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org>
Cc: Kristin Graziano <kgraziano@charlestoncounty.org>; LaShanda W. Hicks <LWHicks@charlestoncounty.org>; Patrick Morris <pmorris@charlestoncounty.org>
Subject: [EXT] Re: Contracts for NCCHC files

> **CAUTION: This Email is from an EXTERNAL source. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report suspicious messages to SPAM@Wellpath.us**

Nurse Loy,

While I understand that your company does not wish to share such contracts, you are permitted to subcontract per your obligation to Charleston County. We have a right to demand proof of compliance therewith. Additionally, Morgan is looking for files related to our NCCHC accreditation. Per your contract with Charleston County, you are required to assist us in maintaining that accreditation; failure to assist or any interference with the maintaining of our accreditation is grounds for termination of the contract. Please immediately deliver the same to Miss Pilz; if you are unable to do so, please let me know and I will have my legal department contact yours. Thank you for your attention to this matter.

Abbey

From: Jason Loy ✉ @Wellpath.us>
Sent: Monday, February 13, 2023 3:43 PM
To: Daniela Zyskowski <DZyskowski@charlestoncounty.org>; Morgan S. Pilz <mspilz@charlestoncounty.org>
Cc: Stephanie Lipsey <slipsey@charlestoncounty.org>
Subject: Re: Contracts for NCCHC files

> **CAUTION:** This email originated outside of Charleston County. Do not click links or open attachments from unknown senders or suspicious emails. If you are not sure, please contact IT helpdesk.

I spoke with Ms Perez regarding this request but as these contracts are proprietary to Wellpath, we are unable to share them. We don't normally share our internal contract information.

Respectfully,


Jason Loy RN, BSN
Health Services Administrator
843-529-7348


# wellpath®

**To hope and healing.**

Sheriff Al Cannon Detention Center
3841 Leeds Ave, North Charleston, SC 29405
843-529-7348
LinkedIn // Facebook // Twitter // Instagram // YouTube
www.wellpathcare.com // www.wellpathcarecenters.com


From: Daniela Zyskowski <DZyskowski@charlestoncounty.org>
Sent: Monday, February 13, 2023 10:26 AM
To: Morgan S. Pilz <mspilz@charlestoncounty.org>; Jason Loy <██████@Wellpath.us>
Cc: Stephanie Lipsey <slipsey@charlestoncounty.org>
Subject: [EXT] RE: Contracts for NCCHC files

> **CAUTION: This Email is from an EXTERNAL source. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report suspicious messages to SPAM@Wellpath.us**

Hi Jason,

Can you please attached the most recently updated steri-cycle contract and new dialysis contract from Chardonnay?

Thank you,

Daniela Zyskowski
Contracts Manager
Charleston County Detention Center
3841 Leeds Ave
Charleston, SC 29405
843 529 7379

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006854

From: Morgan S. Pilz <mspilz@charlestoncounty.org>
Sent: Monday, February 13, 2023 8:56 AM
To: Daniela Zyskowski <DZyskowsk@charlestoncounty.org>
Cc: Stephanie Lipsey <slipsey@charlestoncounty.org>
Subject: Contracts for MCCHC files

Good morning Daniela,

I am working on the medical folders and I know you gave me access to the Contract's Manager's hard drive, but I'm having trouble finding the most recently updated Stati-Cycle contract as well as the new dialysis contract (since the old one left so abrupt y). Could you find them for me and point out where they are found so I can pull them in the future please? Hope you had a great weekend!

Sincerely,

Morgan S. Pilz
Accreditation Administrative Assistant QQQ
Sheriff Al Cannon Detention Center
3841 Leeds Avenue
N. Charleston, S.C. 29405
843-529-7376
mspilz@charlestoncounty.org

5

**Nicole L. Paluzzi**

From: Daniela Zyskowski
Sent: Friday, February 3, 2023 8:21 AM
To: Nicole L. Paluzzi
Subject: RE:

As of this morning I have yet to receive a response.

From: Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org>
Sent: Thursday, February 02, 2023 3:33 PM
To: Daniela Zyskowski <DZyskowski@charlestoncounty.org>
Subject: RE

I have corresponded with Ms. Monaco. I think she realizes we are all frustrated and want what is best for the residents and staff.

From: Daniela Zyskowski <DZyskowski@charlestoncounty.org>
Sent: Thursday, February 2, 2023 1:24 PM
To: Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org>
Subject:

Still waiting for wellpath to respond about the medication thing.......

Daniela Zyskowski
Contracts Manager
Charleston County Detention Center
3841 Leeds Ave
Charleston, SC 29405
843 529 7379

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

1

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006854

## Nicole L. Patuzzi

| | |
|---|---|
| From: | Daniela Zyskowski |
| Sent: | Monday, March 6, 2023 9:29 AM |
| To: | Jason Leytswolford; Katherine Stone |
| Cc: | Patrick Morris; Abigail Duffy; Michael Halley; Nicole L. Patuzzi; Mike Stanley |
| Subject: | non- conformance |
| Attachments: | 3-4-23.docx |

Good morning.

Please see attached report regarding no night time med pass conducted on 3/4/23 for our three units that house our residents with the most intense mental health needs.

Daniela Zyskowski
Contracts Manager
Charleston County Detention Center
3841 Leeds Ave
Charleston, SC 29405
843 529 7379

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP100654



**CHARLESTON COUNTY**
SOUTH CAROLINA

Office: 843-529-7379
dzyskowski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave
North Charleston, SC 29405

Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

# Quality Non-Conformance Report

**Non Conformance #:** DC-22-050

**Date:** 3/4/2023

**Date of complaint:** 3/4/2023

**Contractor/ Vendor:** WellPath

**Contract No:** 5443

**Location: Charleston County Detention Center     Address:** 3841 Leeds Ave, North Charleston, SC 29405

**Pictures and/ or documentation attached:** Yes ☐ No ☒

**Description of Non-Conformance:**
Nurse called unit deputy at 0159am to inform them that WellPath would not be doing med pass in BMU, SMU, and A1.0 due to it being too close to morning medication.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath.

**Follow up required:** Yes ☒ No ☐                    **Review within _2__ weeks / months**

*Daniela Zyskowski*
Contracts Manager Signature                         Vendor's Signature

**Date of review:** _____          **Findings:** Improved ☐ Same ☐ Worse ☐

**Notes:**

**Nicole L. Paluzzi**

| | |
|---|---|
| **From:** | Daniela Zyskowski |
| **Sent:** | Tuesday, March 7, 2023 10:42 AM |
| **To:** | Jason Joy, swofford; Katherine Starr |
| **Cc:** | Abigail Duffy; Patrick Morris; Nicole L. Paluzzi |
| **Subject:** | sharps log |
| **Attachments:** | 3-7-23.docx |

Good morning,

Please see attached regarding sharps inventory not being completed for the entire month of February, 2023.

Daniela Zyskowski
Contracts Manager
Charleston County Detention Center
3841 Leeds Ave
Charleston, SC 29405
843 529 7379

ELECTRONICALLY FILED - 2024 Dec27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006854



Office: 843-529-7975
dzyskowsic@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave
North Charleston, SC 29405

Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

## Quality Non-Conformance Report

**Non-Conformance #:** DC-22-051

**Date:** 3/7/2023                    **Date of complaint:** 3/7/2023

**Contractor/ Vendor: WellPath**            **Contract No:** 5443

**Location: Charleston County Detention Center**   **Address: 3841 Leeds Ave, North Charleston, SC 29405**

**Pictures and/ or documentation attached:** Yes ☐  No ☒

**Description of Non-Conformance:**
Sharps count in laboratory of infirmary was not completed for the entire month of February, 2023.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath.

**Follow up required:** Yes ☒  No ☐            Review within _2_ weeks / months

_Daniela Zyskowski_
Contracts Manager Signature                    Vendor's Signature

Date of review: _____            Findings: Improved ☐   Same ☐   Worse ☐

Notes:

ELECTRONICALLY FILED - 2024 Dec27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006354

## Nicole L. Paluzzi

| | |
|---|---|
| **From:** | Daniela Zyskowski |
| **Sent:** | Thursday, March 23, 2023 12:42 PM |
| **To:** | Jason Loy |
| **Cc:** | Emma Salters; Ezzard Luke; Michael Halley; Patrick Morris; Nicole L. Paluzzi; Abigail Duffy |
| **Subject:** | RE: non-conformance |

Thank you!

Daniela Zyskowski
Contracts Manager
Charleston County Detention Center
3841 Leeds Ave
Charleston, SC 29405
**843 529 7379**

**From:** Jason Loy <████@Wellpath.us>
**Sent:** Thursday, March 23, 2023 12:36 PM
**To:** Daniela Zyskowski <DZyskowski@charlestoncounty.org>
**Cc:** Emma Salters <esalters@charlestoncounty.org>; Ezzard Luke <eluke@charlestoncounty.org>; Michael Halley <mhalley@charlestoncounty.org>; Patrick Morris <pmorris@charlestoncounty.org>; Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org>; Abigail Duffy <ADuffy@charlestoncounty.org>
**Subject:** Re: non-conformance

**CAUTION:** This email originated outside of Charleston County. Do not click links or open attachments from unknown senders or suspicious emails. If you are not sure, please contact IT helpdesk.

I have spoken to our DON, NPs and Dr. Pfeiffer to ensure insulin doses are reduced for the diabetics in this group. I have also ordered extra glucagon gel and injections to cover any hypoglycemic events and discussed the importance of administering medications according to the Muslim faith during this time

Jason Loy RN, BSN
Health Services Administrator
843-529-7348

# wellpath˙

**To hope and healing.**

Sheriff Al Cannon Detention Center
3841 Leeds Ave, North Charleston, SC 29405
843-529-7348
LinkedIn // Facebook // Twitter // Instagram // YouTube

1

ELECTRONICALLY FILED - 2024 Dec27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006854

www.wellpathcare.com // www.wellpathcarecenters.com

From: Daniela Zyskowski <DZyskowski@charlestoncounty.org>
Sent: Thursday, March 23, 2023 10:12 AM
To: Jason Loy <███@Wellpath.us>
Cc: Emma Salters <esalters@charlestoncounty.org>; Ezzard Luke <eluke@charlestoncounty.org>; Michael Halley <mhalley@charlestoncounty.org>; Patrick Morris <pmorris@charlestoncounty.org>; Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org>; Abigail Duffy <ADuffy@charlestoncounty.org>
Subject: [EXT] non-conformance

> CAUTION: This Email is from an EXTERNAL source. Do not click links or open attachments unless you recognize the
> sender and know the content is safe. Report suspicious messages to SPAM@Wellpath.us

Please see attached.

Daniela Zyskowski
Contracts Manager
Charleston County Detention Center
3841 Leeds Ave
Charleston, SC 29405
843 529 7379

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854



Office: 843 529 7279
daysloyski@charlestoncounty.org
Charleston County Detention Center
3841 Leeds Ave.
North Charleston, SC 29405

Daniela Zyskowski
Contracts Manager
Charleston County Sheriff's Office

**CHARLESTON COUNTY**
SOUTH CAROLINA

# Quality Non-Conformance Report

**Non-Conformance #:** DC-23-053

**Date:** 3/23/2023                    **Date of complaint:** 3/23/2023

**Contractor/ Vendor: WellPath**            **Contract No:** 5443

**Location: Charleston County Detention Center   Address:** 3841 Leeds Ave, North Charleston, SC 29405

**Pictures and/ or documentation attached:** Yes ☐  No ☒

**Description of Non-Conformance:**
WellPath team was not prepared for medical distribution of residents partaking in Ramadan. This has been discussed in the past few Friday contractors' meetings, and was discussed in the Friday meeting on 3/17/23. WellPath claims they were unaware even though they were present for 3/17/23 meeting.

**Corrective Action/ Preventative Measures/ Remediation:**
Submitted report to WellPath.

**Follow up required:** Yes ☒  No ☐            **Review within   2__ weeks / months**

*Daniela Zyskowski*
Contracts Manager Signature                    Vendor's Signature

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

**Date of review:** _____            **Findings:** Improved ☐  Same ☐  Worse ☐

**Notes:**

FW: medical RFP meeting this morning 3/9/2023

From: Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org>
Sent: Friday, March 10, 2023 12:08 PM
To: Charles L. Wiggins <CWiggins@charlestoncounty.org>
Cc: Barrett J. Tolbert <BTolbert@charlestoncounty.org>; Jacquelyn Dickerson-Ideozu <JDickerson-Ideozu@charlestoncounty.org>; Abigail Duffy <ADuffy@charlestoncounty.org>
Subject: Re: medical RFP meeting this morning 3/9/2023

Understood, I just want it referenced internally as part of the original requests.

Best,


Nicole Paluzzi
(she/her/hers)
General Counsel
Charleston County Sheriff's Office
3691 Leeds Avenue
North Charleston, SC 29405
O: 843.554.2231
M:


"Service Beyond the Call"


Confidential Communication Notice:
This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and S.C. Code of Laws Sec. 30-4-40. It contains priviledged legal information and is exempt from disclosure. This email and any attached files are exclusively for the use of the intended recipient. If you are not the intended recipient, you are on notice that the use, disclosure, action in reliance upon, reproduction or any associated acts regarding the contents of this email are strictly prohibited. If you have received this email in error, please destroy this email and any attachments and promptly notify the sender by reply email.


Sent from my T-Mobile 5G Device
Get Outlook for Android

From: Charles L. Wiggins <CWiggins@charlestoncounty.org>
Sent: Friday, March 10, 2023 12:04:43 PM
To: Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org>
Cc: Barrett J. Tolbert <BTolbert@charlestoncounty.org>; Jacquelyn Dickerson-Ideozu <JDickerson-Ideozu@charlestoncounty.org>
Subject: RE: medical RFP meeting this morning 3/9/2023

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

Hello Nicole,

As you know the language referenced below was not included in the final version of the RFP that was advertised, and even if it was, it is not sufficient to deem a vendor non-responsive for not using a commercially available EMR system.

Thank you,
Chuck

From: Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org>
Sent: Thursday, March 09, 2023 3:28 PM
To: Charles L. Wiggins <CWiggins@charlestoncounty.org>
Cc: Barrett J. Tolbert <BTolbert@charlestoncounty.org>; Jacquelyn Dickerson-Ideozu <JDickerson-Ideozu@charlestoncounty.org>
Subject: RE: medical RFP meeting this morning 3/9/2023

We did never identified EPIC by name. If the system is not Epic, but is compatible with Epic then that would be sufficient.

Attached was the 11-10-2022 Draft and asked for those qualities that were compatible with Epic Community Connect, but we included the criteria in Section 6. Proposal Selection/Evaluation Factors:

**Off-Site Capability.** All proposals will be evaluated based on Offeror's ability to provide a comprehensive variety of procedures and interventions off-site from the Sheriff Al Cannon Detention Center including, but not limited to, electronic health records transmission and compatibility with records management platforms, therapeutic transportation to and from a hospital or outpatient treatment center, appropriate security and supervision within an incarceration unit in a hospital, and admitting privileges for providers with one or more local hospitals.

It appears to have been removed in subsequent revisions and the focus was shifted to compatibility with JMS which is not as therapeutically relevant. Because of the revision, the question we need answered is whether these Electronic Health Record Systems can import and export electronic health information to specialists, hospitals, and successor providers to their EHR?

From: Charles L. Wiggins <CWiggins@charlestoncounty.org>
Sent: Thursday, March 9, 2023 2:54 PM
To: Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org>
Cc: Barret J. Tolbert <BTolbert@charlestoncounty.org>; Jacquelyn Dickerson-Ideozu <JDickerson-Ideozu@charlestoncounty.org>
Subject: medical RFP meeting this morning 3/9/2023

Hello Nicole,

We have reviewed the RFP and the Q&A Addendum NO. 2 for the requirements for the EMR software that you referenced in our meeting this morning. We could not find any reference to commercially available software or to "EPIC" as you stated.
Please provide the specific pages and sections of the RFP related to the requirement.

Also, we have not received the email that you were sending related to the question that was to be asked of the Offerors.

Thank you,

Chuck

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006354

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

From: Abigail Duffy <ADuffy@charlestoncounty.org>
Sent: Tuesday, March 21, 2023 11:36:10 AM
To: Barrett J. Tolbert <BTolbert@charlestoncounty.org>; Patrick Morris <pmorris@charlestoncounty.org>; Michael Halley <mhalley@charlestoncounty.org>; Daniela Zyskowski <DZyskowski@charlestoncounty.org>; Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org>; Kristin Graziano <kgraziano@charlestoncounty.org>
Cc: Charles L. Wiggins <CWiggins@charlestoncounty.org>; Marc Belle <MBelle@charlestoncounty.org>; Jacquelyn Dickerson-Ideozu <JDickerson-Ideozu@charlestoncounty.org>
Subject: RE: 5792-23I Inmate Medical Services for the Sheriff Al Cannon Detention Center (SACDC)

Barrett,

I have spoken with the Sheriff, General Counsel, and Chief Morris, and we are recommending that none of the vendors are capable of meeting the needs of the Detention Center. I will be working on a memo now that I have met with them, but our agency is adamantly opposed to any of the offers.

Respectfully,

Abbey

From: Barrett J. Tolbert <BTolbert@charlestoncounty.org>
Sent: Tuesday, March 21, 2023 11:14 AM
To: Patrick Morris <pmorris@charlestoncounty.org>; Abigail Duffy <ADuffy@charlestoncounty.org>; Michael Halley <mhalley@charlestoncounty.org>; Daniela Zyskowski <DZyskowski@charlestoncounty.org>; Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org>
Cc: Charles L. Wiggins <CWiggins@charlestoncounty.org>; Marc Belle <MBelle@charlestoncounty.org>; Jacquelyn Dickerson-Ideozu <JDickerson-Ideozu@charlestoncounty.org>
Subject: RE: 5792-23I Inmate Medical Services for the Sheriff Al Cannon Detention Center (SACDC)
Importance: High

Good morning,

On March 16th an email was sent asking for a recommendation for the Inmate Medical Services RFP and as of today we have not received a response from the Sheriff Department. To get this before Council for the Finance Committee Meeting next week on March 30th, we will need the recommendation today. Please provide us with a response immediately so that we can move this RFP forward to make an award.

Regards,

**Barrett J. Tolbert CPP, CPPM**
**Contracts & Procurement Director**
**Charleston County Procurement Dept.**
843 958 4761



ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

From: Jacquelyn Dickerson-Ideozu <JDickerson-Ideozu@charlestoncounty.org>
Sent: Thursday, March 16, 2023 3:00 PM
To: Patrick Morris <pmorris@charlestoncounty.org>; Abiga l Duffy <ADuffy@charlestoncounty.org>; Michael
Halley <mhalley@charlestoncounty.org>; Daniela Zyskowski <DZyskowski@charlestoncounty.org>; Nicole L.
Paluzzi <NPaluzzi@charlestoncounty.org>
Cc: Barret J. Tolbert <BTolbert@charlestoncounty.org>; Charles L. Wiggins <CWiggins@charlestoncounty.org>;
Marc Belle <MBelle@charlestoncounty.org>
Subject: 5792-23I Inmate Medical Services for the Sheriff Al Cannon Detention Center (SACDC)

Good Afternoon,

Thank you to everyone who attended the Evaluation Committee Meeting for the above referenced solicitation.
Based on the scoring (Technical and Cost), VitalCore Health Strategies ranked at #1, NaphCare at #2 and Armor
Health at #3. Please provide your recommendation on a department memorandum.

Again, thank you for your service,
Jacquelyn

**Jacquelyn Dickerson-Ideozu, CPP**
Buyer I
Charleston County Contracts and Procurement Department
(843) 958-4755 – Office
jdickerson-ideozu@charlestoncounty.org



**From:** Nicole L. Paluzzi
**Sent:** Thursday, March 23, 2023 4:30:59 PM
**To:** Teddie Pryor <TPryor@charlestoncounty.org>
**Cc:** Kristin Graziano <kgraziano@charlestoncounty.org>; Natalie A. Harn <NHarn@charlestoncounty.org>
**Subject:** Letter and Invitation

Dear Councilman Pryor,

We share your concerns for healthcare in the Detention Center and send the attached letter in response to your comments from March 21, 2023. Although the letter is addressed to you, the invitation to review records and inspect the Detention Center is open to any member of County Council.

Kindest regards,
Nicole Paluzzi
(she/her/hers)
General Counsel
Charleston County Sheriff's Office
3691 Leeds Avenue
North Charleston, SC 29405
O: 843.554.2231
M: ████████

*"Service Beyond the Call"*

Confidential Communication Notice
This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and S.C. Code of Laws Sec. 30-4-40. It contains privileged legal information and is exempt from disclosure. This email and any attached files are exclusively for the intended recipient. If you are not the intended recipient, you are on notice that the use, disclosure, action in reliance upon, reproduction or any associated acts regarding the contents of this email are strictly prohibited. If you have received this email in error, please destroy this email and any attachments and promptly notify the sender by reply email.

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854



## County of Charleston, South Carolina

### Sheriff Kristin R. Graziano

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006854

March 23, 2023

Councilman Teddie E. Pryor, Sr.
2700 Crestline Drive
North Charleston, SC 29405
tpryor@charlestoncounty.org

RE: SACDC

Dear Councilman Pryor,

Regarding your call for the U. S. Department of Justice to investigate death in the Charleston County Detention Center, I write to clarify that the South Carolina Law Enforcement Division already investigates any jail death with an indication of criminality. SLED is actively investigating the allegations of gross medical negligence by the County-contracted providers. The Sheriff's Office only investigates internal policy matters and it is SLED's criminal investigative abilities that you are asking the DOJ to supplant.

We are confident in the actions of our employees in seeking professional care for our residents. We are not confident in the services contracted by the County in our Detention Center and these concerns are documented in numerous communications to Charleston County Government. I call your particular attention to Abigail Dufly's email to County Procurement on May 2, 2022, wherein she states her "grave concerns" and asks them to bring their legal department to the table to find another option. Any member of Council is invited to come and review these records in my office; however, we are preparing a copy for public release to the Post and Courier following their Freedom of Information Act Request.

We will continue to advocate for better healthcare in our jail. Charleston County Government received our detailed reports about this vendor and our request to discuss with Council. If you believe that this emergency is of sufficient importance to hold a discussion about alternatives, CCSO welcomes the opportunity to speak openly with Council about our concerns in an executive session.

As the Detention Center sits within your district, I am personally inviting you to see inside, have your questions answered, and speak about your experience. The Detention Center extends weekly tours for members of the public to see the inner working of the jail as well as the conditions of resident life. You have always been welcome to see what it is like within these walls.

Sincerely,

Nicole Paluzzi

| Administrative Office | Law Enforcement Division | Detention Center | Judicial Center |
| --- | --- | --- | --- |
| 3691 Leeds Avenue | 3691 Leeds Avenue | 3841 Leeds Avenue | 100 Broad Street, Suite 381 |
| N. Charleston, SC 29405 | N. Charleston, SC 29405 | N. Charleston, SC 29405 | Charleston, SC 29401 |
| ~ Sheriff ~ | ~ Patrol ~ | | |
| Voice (843) 554-2230 | Voice (843) 202-1700 | Voice (843) 529-7300 | Voice (843) 956-2100 |
| Fax (843) 554-2243 | Fax (843) 554-2234 | Fax (843) 529-7406 | Fax (843) 958-2128 |

| | |
|---|---|
| From: | Nicole L. Paluzzi |
| Sent: | Monday, March 27, 2023 3:02 PM |
| To: | Barrett J. Tolbert |
| Cc: | Edward L. Knisley; Natalie A. Ham; Kristin Graziano |
| Subject: | Regarding Medical Procurement |

Director Tolbert,

CCSO does not feel comfortable with any of the bidder for the reasons the evaluation team specified in their meeting. We are asking that the RFP be resolicited rather than engage into a new arrangement with any of the organizations that the evaluation team has explained their concerns about.

Kindest regards,

Nicole Paluzzi
(she/her/hers)
General Counsel
Charleston County Sheriff's Office
3691 Leeds Avenue
North Charleston, SC 29405
O: 843.554.2231
M: ▓▓▓▓▓▓

*"Service Beyond the Call"*

Confidential Communication Notice
This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and S.C. Code of Laws Sec. 30-4-40. It contains privileged legal information and is exempt from disclosure. This email and any attached files are exclusively for the intended recipient. If you are not the intended recipient, you are on notice that the use, disclosure, action in reliance upon, reproduction or any associated acts regarding the contents of this email are strictly prohibited. If you have received this email in error, please destroy this email and any attachments and promptly notify the sender by reply email.

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

**Karli Maratea**

| | |
|---|---|
| **From:** | Donald Rhodes <drhodes@Wellpath.us> |
| **Sent:** | Tuesday, August 25, 2020 4:50 PM |
| **To:** | Kathryn O'Dell;Parag Dalsania;Kiva Sanders;Andrew Grant;Dorothy M. Harris;Willis Beatty |
| **Subject:** | Re: |

**CAUTION:** This email originated outside of Charleston County.  Do not click links or open attachments from unknown senders or suspicious emails.  If you are not sure, please contact IT helpdesk.

Thanks Kathy,

For anyone that isn't familiar with the ERMA Off-site process, anytime a patient has been sent to the Emergency Department there should be an ER/Direct Admit Care Management request entered into ERMA.  This triggers our Regional Clinical Manager (RCM) to begin following that patient at the hospital.  The Care Management RCM should be putting notes into ERMA each day.

If you go to the Care Management section of the chart under ER/Direct Admit and click on the date that the patient was sent out you can then click on the "notes" section and it should bring up a running report on what happened (is happening) each day that the patient is in the hospital.

If you have any questions, don't hesitate to call or email the RCM to get additional information.   If you don't get what you need, call me.

Thanks,
Dr. Rhodes

## Donald "Dusty" Rhodes MD

Regional Medical Director - VA,NC,SC

# wellpath

1283 Murfreesboro Road  S. 500 Nashville, TN 37217
**PH / CELL** ▮▮▮▮▮▮▮
LinkedIn [linkedin.com] // Facebook [facebook.com] // Twitter
[twitter.com]
WellpathCare.com

<

---

**From:** Kathryn O'Dell
**Sent:** Tuesday, August 25, 2020 4:13 PM
**To:** Donald Rhodes; Parag Dalsania; ksanders@charlestoncounty.org; agrant@charlestoncounty.org;
dharris@charlestoncounty.org; Willis Beatty
**Subject:**

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000654

Please be advised that the above captioned inmate remains in MUSC with the diagnosis of Septic Embolism vs. Endocarditis. He is receiving IV antibiotics and will likely remain in the hospital for the next several days. As information becomes available to me, I will forward this on to you.

Also, we have a Case Manager that contact the hospital each day to receive a report. Typically she sends that information after 1500 each day. I will then advise you based on her report.

Thank you!

Kathryn S. O'Dell, BSN, RN
Director of Nursing
Sheriff Al Cannon Detention Center
3841 Leeds Avenue
Charleston, South Carolina 29405
phone: (843) 529-7426   fax: (843) 529-7447

Do not forward without the express written permission of the above-named author of this message. The information in this E-mail message is confidential and intended only for the use of its intended recipient. If you, the reader of this message, are not the intended recipient, you are hereby notified that you should not further disseminate, distribute, or forward this E-mail message. If you have received this E-mail in error, please notify the sender and destroy the message. Thank you.

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

**Karli Maratea**

| | |
|---|---|
| **From:** | Andrew Grant |
| **Sent:** | Friday, July 22, 2022 3:19 PM |
| **To:** | Brian Duval;Mamie Cook-Benjamin;Abigail Duffy;Daniela Zyskowski;Linda Ross;swofford |
| **Cc:** | LaShanda W. Hicks;Andrew Kreutner;Michael Halley;Fletcher Ferguson;Dorothy M. Harris |
| **Subject:** | RE: training |

Good afternoon Lt. Duval. Please ensure that WellPath has the ability to log onto PowerDMS from other locations other than the computer lab to access any needed training material. Thanks.


Sincerely,

*Andrew T. Grant*

*Major Andrew T. Grant, MS, CJM*
*Sheriff Al Cannon Detention Center*
*Housing/Security/Admin Services*
*Office Phone 843-529-7316*
*Mobile Phone* ▪▪▪▪▪▪
agrant@charlestoncounty.org

*"It is not your environment, it is you- the quality of your mind, the integrity of your soul and the determination of your will that will decide your future and shape your life." – Benjamin E. Mays*

**From:** Brian Duval <bduval@charlestoncounty.org>
**Sent:** Friday, July 22, 2022 1:25 PM
**To:** Mamie Cook-Benjamin <▪▪▪▪▪@Wellpath.us>; Abigail Duffy <ADuffy@charlestoncounty.org>; Daniela Zyskowski <DZyskowski@charlestoncounty.org>; Linda Ross <▪▪▪@Wellpath.us>; swofford <▪▪▪▪@wellpath.us>
**Cc:** LaShanda W. Hicks <LWHicks@charlestoncounty.org>; Andrew Kreutner <akreutner@charlestoncounty.org>; Michael Halley <mhalley@charlestoncounty.org>; Andrew Grant <agrant@charlestoncounty.org>; Fletcher Ferguson <fferguson@charlestoncounty.org>
**Subject:** RE: training

Good Afternoon All,


Training will need a point of contact from Wellpath to coordinate this process and streamline training moving forward. That person will also need to be responsible for ensuring that newly hired Wellpath staff are scheduled to report to the Detention Training Unit once they are hired. This week we hosted multiple sessions of Day 1 and Day 2. Only three Wellpath staff members attended. If that pattern is not corrected the deadline will not be met. While a good number of your staff have made some progress the following individuals have not completed a single training task since January of this year.

| Username | Email | Last Name | First Name |
|---|---|---|---|
| ⬛⬛⬛ | @wellpath.us | Brodniki | Bridgette |
| | @wellpath.us | Brown | Cheryl |

| | | |
|---|---|---|
| @wellpath.us | Cohen | Lakeisha |
| @wellpath.us | Haven | Michael |
| @wellpath.us | Igwilo | Debbie |
| @wellpath.us | Lee | Michelle |
| @wellpath.us | Means | Vanessa |
| @wellpath.us | Middleton | Mary Ann |
| @wellpath.us | Miles | Wanda |
| @wellpath.us | Mistye | Davis |
| @wellpath.us | Rainey | Leigh |
| @wellpath.us | Samuels | Makeda |
| @wellpath.us | Serohi | Roxanne |
| @wellpath.us | Short | Linda |
| @wellpath.us | Thompson-VanNock | Waliya |
| @wellpath.us | Turner | Shavaun |
| @wellpath.us | Washington | Amanda |
| @wellpath.us | Whiteside | Timothy |
| @Wellpath.us | Wilkinson | Camille |

Moving forward, the Training Unit can attempt to coordinate training days targeted to your staff's schedule, there may be some days that conflict with other events. Our computer lab is normally available Monday through Friday 7:00 am to 3:30 pm and your staff is welcome to use those computers to work on their PowerDMS.

Lieutenant Brian Duval
Sheriff Al Cannon Detention Center
Detention Training  NJLCA Class # 20
Certified GLOCK Advanced Armorer
Firearms, DT, and Taser Instructor
3841 Leeds Avenue
North Charleston, SC 29405
(843) 529-7478

From: Mamie Cook-Benjamin <    @Wellpath.us>
Sent: Friday, July 22, 2022 12:43 PM
To: Abigail Duffy <ADuffy@charlestoncounty.org>; Daniela Zyskowski <DZyskowski@charlestoncounty.org>; Linda Ross <    @wellpath.us>; swofford <    @wellpath.us>
Cc: LaShanda W. Hicks <LWHicks@charlestoncounty.org>; Andrew Kreutner <akreutner@charlestoncounty.org>; Brian Duval <bduval@charlestoncounty.org>; Michael Hailey <mhailey@charlestoncounty.org>; Andrew Grant <agrant@charlestoncounty.org>
Subject: Re: training

CAUTION: This email originated outside of Charleston County. Do not click links or open attachments from unknown senders or suspicious emails. If you are not sure, please contact IT helpdesk.

Hi Chief,

Thank you so much for the extension. I will work with the staff to get this taken care of.

2

**Karli Maratea**

| | |
|---|---|
| **From:** | Briar Duval |
| **Sent:** | Friday, July 22, 2022 3:03 PM |
| **To:** | Linda Ross;Daniela Zyskowski;Mamie Cook-Benjamin;Abigail Duffy;swofford;Shiquitta Smalls |
| **Cc:** | LaShanda W. Hicks;Andrew Kreutner;Michael Hailey;Andrew Grant;Fletcher Ferguson |
| **Subject:** | RE: training |

Good Afternoon,

This is the first time that we have been provided with this answer. I have requested this information multiple times and get the same response, even today when I asked for copies of the CPR/First Aid/Narcan, I was told "we will send you those". In the past we were provided with a copy of the CPR card. To put it into context, using the below example, we were teaching a lower level of care through American Red Cross than what was needed by the nursing staff for their licenses, so they had to go elsewhere for their training. That training provider (AHA) issued a card that showed they passed the class – if that has changed and their training is electronically submitted to renew their license, a current license is proof that the training was completed.

Your explanation below points to directly what we need to confirm that portion of their training is satisfied. Training would need a memorandum from you or a designee, that the training required to maintain the training requirements of their license meets or exceeds the level of training provided in First Aid/CPR/Narcan as well as documentation that their License is current. We would put a copy of the memorandum and current license in their training files and award them the PowerDMS certificates for all three. PowerDMS uses the term "certificate" for the electronic tracking for completed training, it is not that you have to have a physical certificate or card. What we need is something that documents training completion, be it a sign in sheet for a class, or a current license that is kept current by having the training. The sign in sheets for Narcan Training is the same way that we document our in-house training.

1

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006854



**BASIC LIFE SUPPORT**

**BLS Provider**

American Heart Association.

PEEL HERE

Rosemary Jordan

The above individual has successfully completed the cognitive and skills evaluations in accordance with the curriculum of the American Heart Association's Basic Life Support (CPR and AED) Program.

05/06/2017    05/2019

Issue Date    Recommended Renewal Date

**BASIC LIFE SUPPORT**

| | |
|---|---|
| Training Center Name | Lowcountry Regional EMS Council |
| TC ID # | SC02694 |
| TC Info | Walterboro, SC, 29488, 843 529 6677 |
| Course Location | CCOH |
| Instructor Name | Lynnette Morris |
| Inst ID # | 03170554620 |
| Holder's Signature | |

© 2016 American Heart Association.    Reproduction with this card will alter for appearance.    90-1665

This card contains unique security features to protect against forgery.

15-

Lieutenant Brian Duval
Sheriff Al Cannon Detention Center
Detention Training   NJLCA Class # 20
Certified GLOCK Advanced Armorer
Firearms, DT, and Taser Instructor
3841 Leeds Avenue
North Charleston, SC 29405
(843) 529-7478

**From:** Linda Ross <▮▮▮▮@Wellpath.us>
**Sent:** Friday, July 22, 2022 2:30 PM
**To:** Daniela Zyskowski <DZyskowski@charlestoncounty.org>; Mamie Cook-Benjamin <▮▮▮▮@Wellpath.us>; Abigail Duffy <ADuffy@charlestoncounty.org>; swofford <▮▮▮▮@wellpath.us>; Shiquitta Smalls <▮▮▮▮@Wellpath.us>
**Cc:** LaShanda W. Hicks <LWHicks@charlestoncounty.org>; Andrew Kreutner <akreutner@charlestoncounty.org>; Brian Duval <bduval@charlestoncounty.org>; Michael Hailey <mhailey@charlestoncounty.org>; Andrew Grant <agrant@charlestoncounty.org>
**Subject:** RE: training

**CAUTION:** This email originated outside of Charleston County. Do not click links or open attachments from unknown senders or suspicious emails. If you are not sure, please contact IT helpdesk.

I think there is some confusion on the need for First Aid certifications for providers and nurses. Each is licensed in the state and that license provides greater coverage for clinical oversight and personal clinical care. They hold state licenses and degrees of MD, NP, PA, RN etc. and we ensure their licenses are up to date so that they can provide clinical care. If their license is not up to date, they are not allowed onsite or to provide care (that is a state and Wellpath standard). It is my understanding that they do not need to take additional First Aid classes because their licenses go above and beyond First Aid – so we have no records of that.

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

We provide Narcan training and can give you copies of the sign in sheets for that training. Again, it is my understanding that one does not need to be certified to administer Narcan thus there are no Narcan certifications.
CPR certifications – Shiquitta Smalls will pull the most up to date information and get that over to you. I believe we add that info to our monthly reports also.

If I am missing something, please advise.
Thank you
Linda

**LINDA M. ROSS, MBA MPM**
Regional Director of Operations // South Central
Local Government Healthcare

# wellpath

3340 Perimeter Hill Drive, Nashville, TN 37211
PH 480-901-5880 // **CELL**
████████ @wellpath.us

From: Daniela Zyskowski <DZyskowski@charlestoncounty.org>
Sent: Friday, July 22, 2022 1:08 PM
To: Mamie Cook-Benjamin ████ @Wellpath.us>; Abigail Duffy <ADuffy@charlestoncounty.org>; Linda Ross ████ @Wellpath.us>; Stan Wofford ████ @wellpath.us>
Cc: LaShanda W. Hicks <LWHicks@charlestoncounty.org>; Andrew Kreutner <akreutner@charlestoncounty.org>; Brian Duval <bduval@charlestoncounty.org>; Michael Halley <mhalley@charlestoncounty.org>; Andrew Grant <agrant@charlestoncounty.org>
**Subject:** [EXT] RE: training

---

**CAUTION: This Email is from an EXTERNAL source. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report suspicious messages to SPAM@Wellpath.us**

---

Good afternoon,

As of today WellPath has yet to send our training department CPR certifications, First Aid certifications, and Narcan certifications. We are very confused as to why this hasn't been done yet, as it only requires an email with an attachment of these required files. It leads me to inquire to whether these certifications exist, or else we would have received them by now. Can someone please explain this?

Daniela Zyskowski
Contracts Manager
Charleston County Detention Center
3841 Leeds Ave
Charleston, SC 29405
**843 529 7379**

---

**From:** Mamie Cook-Benjamin ████ @Wellpath.us>
**Sent:** Friday, July 22, 2022 12:43 PM

To: Abigail Duffy <ADuffy@charlestoncounty.org>; Daniela Zyskowski <DZyskowski@charlestoncounty.org>; Linda Ross <~~~~~~@Wellpath.us>; swofford <~~~~~~@wellpath.us>
Cc: LaShanda W. Hicks <LWHicks@charlestoncounty.org>; Andrew Kreutner <akreutner@charlestoncounty.org>; Brian Duval <bduval@charlestoncounty.org>; Michael Halley <mhalley@charlestoncounty.org>; Andrew Grant <agrant@charlestoncounty.org>
**Subject:** Re: training

CAUTION: This email originated outside of Charleston County. Do not click links or open attachments from unknown senders or suspicious emails. If you are not sure, please contact IT helpdesk.

Hi Chief,

Thank you so much for the extension. I will work with the staff to get this taken care of.

Kind regards,

*Mamie Cook-Benjamin, BA HSA*

*Cell:*

mcook-Benjamin@wellpath.us

Al Cannon Detention Center

3841 Leeds Avenue

North Charleston, SC 29405

**From:** Abigail Duffy <ADuffy@charlestoncounty.org>
**Sent:** Friday, July 22, 2022 12:38 PM
**To:** Daniela Zyskowski <DZyskowski@charlestoncounty.org>; Mamie Cook-Benjamin <~~~~~~@Wellpath.us>; Linda Ross <~~~~~~@Wellpath.us>; Stan Wofford <~~~~~~@wellpath.us>
**Cc:** LaShanda W. Hicks <LWHicks@charlestoncounty.org>; Andrew Kreutner <akreutner@charlestoncounty.org>; Brian Duval <bduval@charlestoncounty.org>; Michael Halley <mhalley@charlestoncounty.org>; Andrew Grant <agrant@charlestoncounty.org>
**Subject:** [EXT] Re: training

CAUTION: This Email is from an EXTERNAL source. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report suspicious messages to SPAM@Wellpath.us

I have spoken with my Majors here at the main facility and they are willing to allow an extension to complete training in my absence. I will return to full duty on 8/9 and expect that this will be fully resolved at that time. The Majors will have the full authority to revoke any credentials they deem necessary in my absence.

Abbey

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

ELECTRONICALLY FILED - 2024 Dec27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000654

From: Abigail Duffy
Sent: Tuesday, July 19, 2022 1:46 PM
To: Daniela Zyskowski <dzyskowski@charlestoncounty.org>; Mamie Cook-Benjamin ◄▓▓▓▓▓@Wellpath.us>;
Linda Ross ◄▓▓▓▓@Wellpath.us>; swofford ◄▓▓▓▓@wellpath.us>
Cc: LaShanda W. Hicks <LWHicks@charlestoncounty.org>; Andrew Kreutner <akreutner@charlestoncounty.org>; Brian
Duval <bduval@charlestoncounty.org>
Subject: RE: training

I am gravely concerned that this has not been handled in the several months that Daniela has been asking. I am
left with no choice but to suspend all credentials that are not in conformance by Saturday. Any one not in
conformance by noon on Saturday will have their credentials revoked. Power DMS is a web based training
platform. This is literally training your people can do at home on the computer. You are supposed to maintain
records of first aid, CPR, and NARCAN training (you are medical providers...) and we don't even have those.
This is a gross violation of the terms of the policy, the contract, and the RFP. It will represent a substantial breach
on the part of WellPath, and again begs the question as to why you are asking for increases in the contract when
you are so grossly out of compliance.

Abbey

Chief Abigail Duffy
Detention Chief
Charleston County Sheriff's Office

From: Daniela Zyskowski <DZyskowski@charlestoncounty.org>
Sent: Tuesday, July 19, 2022 10:21 AM
To: Mamie Cook-Benjamin ◄▓▓▓▓@Wellpath.us>; Linda Ross ◄▓▓▓▓@Wellpath.us>; swofford
◄▓▓▓▓@wellpath.us>
Cc: Abigail Duffy <ADuffy@charlestoncounty.org>
Subject: RE: training

Following up regarding agency staff – if they are issued a badge and able to be in the facility without an escort, they are
required to complete the full 40 hours of training. I attached the document that states this as well.

Daniela Zyskowski
Contracts Manager
Charleston County Detention Center
3841 Leeds Ave
Charleston, SC 29405
843 529 7379

From: Mamie Cook-Benjamin ◄@Wellpath.us>
Sent: Tuesday, July 19, 2022 1:26 AM
To: Daniela Zyskowski <DZyskowski@charlestoncounty.org>; Linda Ross ◄▓▓▓▓@Wellpath.us>; 
◄▓▓▓▓@wellpath.us>
Subject: Re: training

**CAUTION:** This email originated outside of Charleston County. Do not click links or open attachments from unknown senders or suspicious emails. If you are not sure, please contact IT helpdesk.

Hi Daniela,

Are there be days in August for training? Ms. Smalls and I will start signing the staff up.

Question? Do agency staff need jail training?

Kindly,

*Mamie Cook-Benjamin, BA HSA*

*Cell:*

 @wellpath.us

Al Cannon Detention Center

3841 Leeds Avenue

North Charleston, SC 29405

---

**From:** Daniela Zyskowski <DZyskowski@charlestoncounty.org>
**Sent:** Friday, July 15, 2022 2:38 PM
**To:** Mamie Cook-Benjamin < ▮▮▮ @Wellpath.us>; Linda Ross < ▮▮▮ @Wellpath.us>; Stan Wofford < ▮▮▮ @wellpath.us>
**Subject:** [EXT] training

CAUTION: This Email is from an EXTERNAL source. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report suspicious messages to SPAM@Wellpath.us

Good afternoon!

I was just informed by our training department that there is a day 2 block training on the 18th of this month and day 1 one block training on the 19th if anyone in WellPath wants to attend.

Daniela Zyskowski
Contracts Manager
Charleston County Detention Center
3841 Leeds Ave
Charleston, SC 29405
843 529 7379

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006354

## Karli Maratea

| | |
|---|---|
| **From:** | Stan Wofford < ▓▓▓ @wellpath.us> |
| **Sent:** | Friday, July 22, 2022 12:45 PM |
| **To:** | Abigail Duffy |
| **Cc:** | Daniela Zyskowski;Mamie Cook-Benjamin;Linda Ross;LaShanda W. Hicks;Andrew Kreutner;Brian Duval;Michael Halley;Andrew Grant |
| **Subject:** | Re: [EXT] Re: training |

**CAUTION:** This email originated outside of Charleston County. Do not click links or open attachments from unknown senders or suspicious emails. If you are not sure, please contact IT helpdesk.

Chief,

Thank you for your consideration, we will continue working towards getting this back into compliance.

wellpath
**Stan R Wofford MBA, CCHP**
Senior Vice President
Local Government Healthcare
1283 Murfreesboro Rd. Suite 500
Nashville, TN 37217

Office: 615-815-2704
Fax:    615-815-2790
Cell:

On Jul 22, 2022, at 11:38, Abigail Duffy <ADuffy@charlestoncounty.org> wrote:

> **CAUTION: This Email is from an EXTERNAL source.** Do not click links or open attachments unless you recognize the sender and know the content is safe. Report suspicious messages to SPAM@Wellpath.us

I have spoken with my Majors here at the main facility and they are willing to allow an extension to complete training in my absence. I will return to full duty on 8/9 and expect that this will be fully resolved at that time. The Majors will have the full authority to revoke any credentials they deem necessary in my absence.

Abbey

From: Abigail Duffy
Sent: Tuesday, July 19, 2022 1:46 PM
To: Daniela Zyskowski <dzyskowski@charlestoncounty.org>; Mamie Cook-Benjamin < ▓▓▓ @Wellpath.us>; Linda Ross < ▓▓▓ @Wellpath.us>; swofford < ▓▓▓ @wellpath.us>
Cc: LaShanda W. Hicks <LWHicks@charlestoncounty.org>; Andrew Kreutner

1

**Karli Maratea**

| | |
|---|---|
| From: | Kiva Sanders |
| Sent: | Tuesday, September 21, 2021 10:33 AM |
| To: | Courtney Richardson;Flax, Darnell;Gerald Freeman;Josh Porter;Kia Frazier ▨▨▨▨ ▨▨@aramark.com);Krystle Floyd;Mamie Cook;Pamela Cane;Shiquitta Smalls;Stuart Murphy;Twana ;Plante, Kevin;swofford;Linda Ross;Dennis Puebla;Chris Abel;Josh Porter;Sanchez, Ignacio |
| Cc: | Michael Halley;Dorothy M. Harris;Andrew Grant;Abigail Duffy |
| Subject: | Vaccination Policy Announcement - Sheriff Graziano |
| Attachments: | Mandatory Vaccination Procedure for All Employees.pdf; Important Dates Regarding COVID Vaccine Mandate.pdf; Fetter Health Care Vaccine Clinics.pdf; COVID Vaccine-Consent-Form.pdf; COVID-Vaccine-Consent-Form-Spanish.pdf |

Good morning,

Please be advised, the email below was received from Sheriff Graziano concerning COVID vaccination protocol (green lettering). The Sheriff has made it mandatory that all Sheriff's Office employees follow Charleston County's vaccination mandate. So, this includes contracted staff as well. Staff members are required to submit proof of vaccination by October 24, 2021, **all phases must be completed** by then. Once you and your staff obtain the vaccination, please submit a copy of the vaccination cared to me and keep one for yourselves. If there are any extinguishing circumstances such as: health and/or religious beliefs that may prevent you from obtaining the vaccination, please submit a letter from your health care provider and/or religious leader. Please be advised, the letter does not need to contain any detailed information (medical conditions or what you religious beliefs are). Also, you will find information from Kelsey Barlow (Charleston County's PIO) and attached documents. Please review these documents in its entirety and inform your staff.

Thanks in advance,

All,

I wanted to share with all of you that the Charleston County Sheriff's Office will follow Charleston County Council's recent policy measure on COVID-19 vaccines for employees.

This decision was an easy one to make because our country is in the midst of a public health crisis. The Charleston County Sheriff's will always answer the call of duty and respond to calls from the community. This pandemic has caused strain on our staff, with multiple units severely impacted by quarantined and/or sick employees. We have to do what we can to keep ourselves and our community healthy.

The point I really want to drive home is that law enforcement is suffering badly from this pandemic. According to a midyear report from the National Law Enforcement Memorial Fund, out of the 155 line-of-duty deaths recorded, COVID-19 deaths are the leading cause of death of our fellow officers. One death is too many, especially when there is a vaccine that has been proven effective to keep a person from dying from the coronavirus. By sending in your proof of vaccination card through NeoGov, your health information will go directly to our Human Resources staff and will not be shared with your supervisor. We will be flexible on the vaccination deadline. We have several employees who are out sick and would not be able to get vaccinated within the timeframe outlined by Charleston County.

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006854

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000654

Please note that there are exemptions available, either on religious grounds or from a medical professional. If one opts to seek an exemption, they will need to seek weekly COVID testing and be required to wear a mask indoors and while dealing with the public.

The county continues to refine this policy. I will pass on the updates as I receive them.

There are several county-sponsored free vaccination clinics, one starting tomorrow. The clinics can be found in the attachment to this email. But if you are unable to attend one of those clinics, you can find the nearest vaccination clinic near you here: https://vaxlocator.dhec.sc.gov/

I know there are people who have concerns about receiving the vaccine. I am happy to reach out to local medical professionals who would be willing to sit down with you and take the time to answer any questions you may have. I also invite you to watch the Sept. 2, 2021, Charleston County Council meeting, where Dr. Jane Kelly, assistant state epidemiologist with DHEC, gave an interesting presentation and made herself available to questions from the council. Her presentation lasts from 05:20-23:50: https://vimeo.com/591902512.

I want to remind all of you that our goal is mitigation from further harm to our agency, not a cure. COVID-19 is not going away any time soon. But in my role as sheriff, I will do everything in my power to keep you and the community safe. And I believe our strongest step forward is by getting vaccinated.

------- Kristin Graziano, Sheriff

Good Afternoon,

On Tuesday, September 14, Charleston County Council passed a policy mandating COVID-19 vaccines for employees and other covered individuals, which are defined in the attached procedures. I understand many of you have questions and concerns regarding this policy, and I ask that you carefully read through the procedures which will answer many of your questions. HR will utilize NeoGov eForms to provide a system for employees to submit vaccination cards or deferrals or exemptions. **Instructions on how to upload vaccination cards or submit a request for a deferral or exemption will be provided in a separate email at a later date.**

Please read through all attachments. They include:

- Procedures regarding the COVID-19 vaccine policy adopted by Charleston County Council.
- Important dates regarding the vaccine policy.
- County vaccine clinic schedule and links to other vaccine providers.
- Vaccine consent forms if you plan on receiving a Pfizer vaccine at one of the Fetter Health Care
  clinics being held at County facilities.

I would also like to extend an invitation to families of employees who would like to receive the vaccine. Fetter Health Care will be offering the Pfizer vaccine which is available to anyone 12 years of age and older.

Thank you again for your patience and diligence as we continue to navigate these unprecedented times.

Sincerely,
Bill Tuten
County Administrator

Kelsey Barlow
Public Information Officer

*Kira Sanders*

Contracts Manager
Sheriff Al Cannon Detention Center
ksanders@charlestoncounty.org
843-529-7932

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006854

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1008354

**Karli Maratea**

| | |
|---|---|
| **From:** | LaShanda W. Hicks |
| **Sent:** | Tuesday, October 5, 2021 2:31 PM |
| **To:** | Michael Halley |
| **Cc:** | Barrett J. Tolbert;Charles L. Wiggins;Abigail Duffy |
| **Subject:** | RE: Medical service on dayshift 10/4/2021 |
| **Attachments:** | 5443-Contract Wellpath with Exhibits ABCD and F -Executed_5-29-2021 .pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Major Halley,

Attached is the fully executed copy of Wellpath's contract including exhibits.  If the attachment does not come through on your end, let me know and I'll send through OneDrive.

Thanks,

LaShanda

**From:** Michael Halley <mhalley@charlestoncounty.org>
**Sent:** Tuesday, October 05, 2021 2:20 PM
**To:** LaShanda W. Hicks <LWHicks@charlestoncounty.org>
**Cc:** Barrett J. Tolbert <BTolbert@charlestoncounty.org>; Charles L. Wiggins <CWiggins@charlestoncounty.org>; Abigail Duffy <ADuffy@charlestoncounty.org>
**Subject:** FW: Medical service on dayshift 10/4/2021

Good Afternoon,

I was off the last two day so my apologies for not getting you some information sooner.  Effective this Friday, Mrs. K. Sanders will no longer be our contracts manager. There is an appeal process so there is a possibility this could change but going forward I will be the main point of contact for contracts.  We will be advertising for this position and as you can imagine this may take some time.  Until then I will do my best but Contracts has not been my career path so I will be asking a lot of questions.

As you can see the from the email chain below our Medical provider simply was unable to perform the task of issuing medication. Any attempt on my part to explain this would be grossly understated but I think a failure in providing this service is very serious.  When you have a sec. could I get a copy of the current medical contract so I may directly quote the contract.

**From:** Michael Halley
**Sent:** Tuesday, October 5, 2021 1:51 PM
**To:** Shakantayeni Scott-Stewart <████████@Wellpath.us>; Andrew Grant <agrant@charlestoncounty.org>; Mamie Cook-Benjamin <████████@Wellpath.us>
**Cc:** Abigail Duffy <aduffy@charlestoncounty.org>; Dorothy M. Harris <dharris@charlestoncounty.org>
**Subject:** RE: Medical service on dayshift 10/4/2021

Nurse Scott,

Thank you for this explanation but we will need to have further discussion on this topic. Can we plan to have a medical only meeting after the normal Friday's meeting?

**From:** Shakantayeni Scott-Stewart < ▮▮▮▮ @Wellpath.us>
**Sent:** Monday, October 4, 2021 4:47 PM
**To:** Andrew Grant <agrant@charlestoncounty.org>; Mamie Cook-Benjamin < ▮▮▮▮ @Wellpath.us>; Kiva Sanders <KSanders@charlestoncounty.org>
**Cc:** Abigail Duffy <ADuffy@charlestoncounty.org>; Dorothy M. Harris <dharris@charlestoncounty.org>; Michael Halley <mhalley@charlestoncounty.org>
**Subject:** RE: Medical service on dayshift 10/4/2021

> **CAUTION:** This email originated outside of Charleston County. Do not click links or open attachments from unknown senders or suspicious emails. If you are not sure, please contact IT helpdesk.

Unfortunately, the issue with A tower not receiving all of their medicine during day shift hours on 10/4/2021 was caused by a personnel shortage. As DON, I am worried about the ineffectiveness of the staff shortfall, which is why Cook and I worked extra shifts all week to avoid this from happening.

Unfortunately, on that uneventful day for which we are typically staffed for five, two quit and one chose to alter her status to prn, leaving us in a terrible bind. We did have staffers for each of those shifts, however one of them did not show up. I attempted to contact other team members but was unable to do so since I was dealing with a family situation that day.

To guarantee outstanding client contentment and exceptional performance at our workplace, I feel it is critical that we address this issue and implement a remedy as soon as possible. Wellpath has hired two new nurses, one of whom is now in jail training, and I will cover the staff function job till the staff is trained.

Thank you,

Kandice Scott

**From:** Andrew Grant <agrant@charlestoncounty.org>
**Sent:** Monday, October 4, 2021 11:57 AM
**To:** Shakantayeni Scott-Stewart < ▮▮▮▮ @Wellpath.us>; Mamie Cook-Benjamin < ▮▮▮▮ @Wellpath.us>; Kiva Sanders <ksanders@charlestoncounty.org>
**Cc:** Abigail Duffy <ADuffy@charlestoncounty.org>; Andrew Grant <agrant@charlestoncounty.org>; Dorothy Harris <dharris@charlestoncounty.org>; Michael Halley <mhalley@charlestoncounty.org>
**Subject:** [EXT] Medical service on dayshift 10/4/2021

> **CAUTION:** This Email is from an EXTERNAL source. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report suspicious messages to SPAM@Wellpath.us



Good morning. On yesterday I received a page at 4:30 pm that stated the residents on the third floor in alpha tower did not receive medication due to medical being short. Can you please provide a explanation, if this is true, and a plan of action to prevent this from happening in the future? Thanking you in advance for looking into this matter.

2

Sincerely,

*Andrew T. Grant*

**Major Andrew T. Grant, MS, CJM**
**Sheriff Al Cannon Detention Center**
**Housing/Security/Admin Services**
**Office Phone 843-529-7316**
**Mobile Phone**
agrant@charlestoncounty.org

*"Whatever you want to accomplish, I want to meet you there and arm you with the tools that will take you to the next level. And that's not about basketball." Dawn Staley, Coach of USA and USC women's basketball.*

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

**Karll Maratea**

**From:** Abigail Duffy
**Sent:** Wednesday, December 22, 2021 11:24 AM
**To:** Nicole L. Paluzzi
**Subject:** RE: CDMH contract
**Attachments:** 5443-Contract Wellpath with Exhibits ABCD and E Executed_3-29-2021 .pdf

Attached is Wellpath's

Anna

From: Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org>
Sent: Wednesday, December 22, 2021 11:20 AM
To: Abigail Duffy <ADuffy@charlestoncounty.org>
Subject: RE: CDMH contract

May I also have a copy of the contract with Wellpath?

From: Abigail Duffy <ADuffy@charlestoncounty.org>
Sent: Wednesday, December 22, 2021 10:24 AM
To: Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org>
Subject: FW: CDMH contract

Please see the attached

Anna Westor
Executive Assistant/Paralegal
Detention Chief Abigail Duffy
Sheriff Al Cannon Detention Center
3841 Leeds Avenue
North Charleston, SC 29405
(843) 529-7495

From: Kiva Sanders <KSanders@charlestoncounty.org>
Sent: Friday, June 4, 2021 1:15 PM
To: Abigail Duffy <ADuffy@charlestoncounty.org>
Cc: Andrew Grant <agrant@charlestoncounty.org>
Subject: CDMH contract

Good afternoon Director.

Per your request, attached is the word version of the Charleston Dorchester Mental Health contract, formatting may have been effected during this process.

Have a great day.

*Kiva A. Sanders*

Contracts Manager
Sheriff Al Cannon Detention Center
ksanders@charlestoncounty.org
843-529-7332

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006854

**Karli Maratea**

| | |
|---|---|
| From: | Abigail Duffy |
| Sent: | Tuesday, September 21, 2021 8:45 AM |
| To: | Mamie Cook-Benjamin |
| Subject: | RE: |

Nurse Cook, I have the signed release of information form.

Anna

Anna Weston
Executive Assistant/Paralegal
Director Abigail Duffy
Sheriff Al Cannon Detention Center
3841 Leeds Avenue
North Charleston, SC 29405
(843) 529-7495

From: Mamie Cook-Benjamin <███████@Wellpath.us>
Sent: Monday, September 20, 2021 1:27 PM
To: Abigail Duffy <ADuffy@charlestoncounty.org>; Stephen M. Bowden <SBowden@charlestoncounty.org>
Cc: Ashley Pennington <APennington@charlestoncounty.org>
Subject: Re:

**CAUTION:** This email originated outside of Charleston County. Do not click links or open attachments from unknown senders or suspicious emails. If you are not sure, please contact IT helpdesk

Hi Director,

Hope you are having a great rainy day. I gave the release of information (PHI) form to Anna this morning. Please let me know if you need anything more.

Best,

*Mamie Cook-Benjamin, Operations Specialist*
Cell: ███████
███████@wellpath.us
Al Cannon Detention Center
3841 Leeds Avenue
North Charleston, SC 29405

From: Abigail Duffy <ADuffy@charlestoncounty.org>
Sent: Monday, September 20, 2021 9:49 AM
To: Stephen M. Bowden <SBowden@charlestoncounty.org>; Mamie Cook-Benjamin <███████@Wellpath.us>
Cc: Ashley Pennington <APennington@charlestoncounty.org>
Subject: [EXT] RE: James Benjamin

1

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006354

CAUTION: This Email is from an EXTERNAL source. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report suspicious messages to SPAM@Wellpath.us

---

Nurse Cook, Pursuant to HIPAA, I am authorized to act in _____ 's stead to authorize the release of his medical information. Can you please bring me a HIPAA form that I can execute so that his attorney can get the information that is needed to facilitate the collection of the information that Mr. Bowden needs to assist in finding placement for _____ . As always, thank you for your assistance with this matter.

Abbey

From: Stephen M. Bowden <SBowden@charlestoncounty.org>
Sent: Monday, September 20, 2021 9:46 AM
To: Abigail Duffy <ADuffy@charlestoncounty.org>
Cc: Ashley Pennington <APennington@charlestoncounty.org>
Subject: RE

Abbey,

I'm stuck in a strange situation here – Dr. Dalsania cannot provide me with information about _____ : without a medical release, which I don't have. He suggested calling MUSC, which I did, but they do not have a record of him as a patient and told me that they do not have access to information about patients who are in custody while they are in the hospital. I'd like to try to arrange housing or nursing home/hospice as you suggested, but I don't have any information available to determine which is necessary or that I can share with the solicitor's office to show that it's necessary. Can a deputy arrange a call with me? The best number to reach me is

Thanks,

Stephen

From: Abigail Duffy <ADuffy@charlestoncounty.org>
Sent: Friday, September 17, 2021 12:59 PM
To: Stephen M. Bowden <SBowden@charlestoncounty.org>
Cc: Ashley Pennington <APennington@charlestoncounty.org>
Subject: RE:

Perhaps we can get with a social worker with MUSC to help. He definitely needs a nursing home at this point and possibly hospice. I can't fathom what the body can do with MSSA when it has been shut down by HIV. Let me know what I can do to help. Jail is just not the place that he needs to be

Abbey

From: Stephen M. Bowden <SBowden@charlestoncounty.org>
Sent: Friday, September 17, 2021 12:46 PM
To: Abigail Duffy <ADuffy@charlestoncounty.org>
Cc: Ashley Pennington <APennington@charlestoncounty.org>
Subject:

Abigail,

2

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

I am _____ 's attorney. Thanks for bringing this to our attention. I've already spoken to Bryan Alfaro in the solicitor's office and reached out to the doctor for more information about his condition. Unfortunately, at this point _____ does not have a place to live. If he needs some sort of assisted living, that will need to be arranged. I will do my best to keep you updated on what I'm finding out.

Thanks,

Stephen Bowden

**Karli Maratea**

**From:** Justin Kitchings
**Sent:** Thursday, November 4, 2021 7:57 PM
**To:** Will Davis
**Subject:** FW:

tvi



*Lt. J. L. Kitchings*
Lt J L Kitchings, CJM
Basic Instructor
NJLCA Class #20
Sheriff Al Cannon Detention Center
3841 Leeds Avenue
North Charleston, SC 29405
phone: 843-529-7300

**From:** Michael Halley <mhalley@charlestoncounty.org>
**Sent:** Thursday, November 4, 2021 7:02 PM
**To:** Justin Kitchings <jkitchings@charlestoncounty.org>
**Subject:** Re:

Ok

Sent from my iPhone

> On Nov 4, 2021, at 6:57 PM, Justin Kitchings <jkitchings@charlestoncounty.org> wrote:

Major Harris advised do not release until we have paperwork in hand.

<Image001.jpg>

**From:** Michael Halley <mhalley@charlestoncounty.org>
**Sent:** Thursday, November 4, 2021 6:56 PM
**To:** Will Davis <wdavis@CHARLESTONCOUNTY.ORG>; Justin Kitchings <jkitchings@charlestoncounty.org>
**Subject:** Fwd:

Sent from my iPhone

Begin forwarded message:

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

**From:** Abigail Duffy <ADuffy@charlestoncounty.org>
**Date:** November 4, 2021 at 5:19:50 PM EDT
**To:** "Dorothy M. Harris" <dharris@charlestoncounty.org>, Andrew Grant <agrant@charlestoncounty.org>, Michael Halley <mhalley@charlestoncounty.org>, Kieviet Driskell <ktdriskell@charlestoncounty.org>
**Cc:** Kristin Graziano <kgraziano@charlestoncounty.org>, "Nicole L. Paluzzi" <NPaluzzi@charlestoncounty.org>
**Subject:** FW:

Please release _____ immediately. He will need EMS called to take him to a local hospital for palliative care. I don't care where he goes, but that is what needs to happen. Please call my cell if you have any questions.

Abbey

-----Original Message-----
**From:** Ferderigos, Spiros S. <sferderigosj@sccourts.org>
**Sent:** Thursday, November 4, 2021 5:15 PM
**To:** Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org>
**Cc:** Ken Peck <_____@thepeckfirm.com>; Andrew Brener <_____@douglasbarker.com>; Abigail Duffy <ADuffy@charlestoncounty.org>; Daryn Barker <_____@douglasbarker.com>; Ferderigos, Spiros S. Secretary (Scarlet Bott) <sferderigosse@sccourts.org>
**Subject:** Re:

CAUTION: This email originated outside of Charleston County. Do not click links or open attachments from unknown senders or suspicious emails. If you are not sure, please contact IT helpdesk.

Ms. Paluzzi, _____ is to be released. If you need an order, email me a proposed order to sign.

Sent from my iPhone

On Nov 4, 2021, at 2:41 PM, Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org> wrote:


*** EXTERNAL EMAIL: This email originated from outside the organization. Please exercise caution before clicking any links or opening attachments. *** I have confirmed with Plaintiff's paralegal that the closing did in fact take place on October 1 with the disbursements occurring at the time of closing. It is my understanding that all sums necessary to purge were paid out with the disbursements of proceed on October 1, 2021. Unless there were other conditions or _____'s civil contempt that are not in the Order from the July 16, 2021 hearing, I am unable to ascertain why an affidavit of the purge has not been provided within the last 33 days and all parties are of the opinion that it is in _____'s best interest to remain in detention.

2

Please advise.

Nicole Paluzzi
(she/her/hers)
General Counsel
Charleston County Sheriff's Office
3691 Leeds Avenue
North Charleston, SC 29405
O: 843.554.2231
M:

"Service Beyond the Call"

Confidential Communication Notice
This email is covered by the Electronic Communications Privacy Act, 18 U.S.C.
2510-2521, and S.C. Code of Laws Sec. 30-4-40. It contains priviledged legal
information and is exempt from disclosure. This email and any attached files are
exclusively for the use of the intended recipient. If you are not the intended
recipient, you are on notice that the use, disclosure, action in reliance upon,
reproduction or any associated acts regarding the contents of this email are strictly
prohibited. If you have received this email in error, please destroy this email and
any attachments and promptly notify the sender by reply email.

From: Ken Peck <███ @thepeckfirm.com>
Sent: Thursday, November 4, 2021 2:29 PM
To: Nicole L. Paluzzi <NPaluzzi@charlestoncounty.org>
Cc: Andrew Brener <███ @douglasbarker.com>; Abigail Duffy
<ADuffy@charlestoncounty.org>; Ferderigos, Spiros S.
<███ @sccourts.org>; Daryn Barker <███ @douglasbarker.com>;
Ferderigos, Spiros S. Secretary (Scarlet Bott) <sferderigosse@sccourts.org>
Subject: Re:

CAUTION: This email originated outside of Charleston County. Do not click
links or open attachments from unknown senders or suspicious emails. If you are
not sure, please contact IT helpdesk.
I cannot confirm at this time when the closing occurred. My client and I did not
attend the closing.

I provided some documents to the closing attorney. I presume that the closing
occurred but I do not know any details because my client was involved in the case
and the real estate sale in a very limited capacity.

I wrote the closing attorney this morning to ask for information concerning the
closing. When he responds, I will inform the Court.

I believe that Ms. Barker or a representative of her firm handled the closing.
Sent from my iPhone

On Nov 4, 2021, at 2:06 PM, Nicole L. Paluzzi
<NPaluzzi@charlestoncounty.org<mailto:NPaluzzi@charlestoncounty.org>>
wrote:
Am I to understand that the purge requirements were met in this matter on
October 1 and          ; has remained in detention with his end stage illness
for an additional 33 days with neither other party to the litigation providing notice
that the purge was satisfied?

Kindest regards,

Nicole Paluzzi
(she/her/hers)
General Counsel
Charleston County Sheriff's Office
3691 Leeds Avenue
North Charleston, SC 29405
O: 843.554.2231
M:

"Service Beyond the Call"

Confidential Communication Notice
This email is covered by the Electronic Communications Privacy Act, 18 U.S.C.
2510-2521, and S.C. Code of Laws Sec. 30-4-40. It contains priviledged legal
information and is exempt from disclosure. This email and any attached files are
exclusively for the use of the intended recipient. If you are not the intended
recipient, you are on notice that the use, disclosure, action in reliance upon,
reproduction or any associated acts regarding the contents of this email are strictly
prohibited. If you have received this email in error, please destroy this email and
any attachments and promptly notify the sender by reply email.

From: Andrew Brener
<███@douglasbarker.com<mailto ███@douglasbarker.com>>
Sent: Thursday, November 4, 2021 1:59 PM
To: Abigail Duffy
<ADuffy@charlestoncounty.org<mailto:ADuffy@charlestoncounty.org>>;
Ferderigos, Spiros S.
<sferderigosj@sccourts.org<mailto:sferderigosj@sccourts.org>>; Ken Peck
<███@thepeckfirm.com<mailto: ███@thepeckfirm.com>>; Nicole L.
Paluzzi
<NPaluzzi@charlestoncounty.org<mailto:NPaluzzi@charlestoncounty.org>>
Cc: Daryn Barker
<███@douglasbarker.com<mailto ███@douglasbarker.com>>; Ferderigos,
Spiros S. Secretary (Scarlet Bott)
<sferderigosc@sccourts.org<mailto:sferderigossc@sccourts.org>>
Subject: Re:

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

CAUTION: This email originated outside of Charleston County. Do not click links or open attachments from unknown senders or suspicious emails. If you are not sure, please contact IT helpdesk.

I am no the primary attorney on this case and am just getting familiarized with it. I believe the closing date was 10/1/21. Please correct me if that is wrong Ken.

Get Outlook for iOS<https://urldefense.com/v3/__https://secure-web.cisco.com/1p_l0ywoZAP1gOJLQtiYz1XO4Ye13dGM0Y-SPBlz4Hexm0eOhfRjKeqq9bN-Rj4NbyuXnTSMnx0gl-a8P0SINdQSNNvL30BSMN64dRRZbXiN0mj3x5EJ2f3Vc73vuq6VJSNjz7pxNy kDsyEKejQwZwSyJd5XRwBUWieVjwSoO341wXI6qcQ8D2tJIo8mrUllWYIlP? LPWSqF9htGrHToZT6uvpicGNEea8awzx7YJDHSKF3OeW6DS2Gg57JMzNbvj _4egGokXX*0Q3y7hnPmdLexygPlOJLGO0aykoQle-gR0wu_lxR20XMfHxTpAGzBfwCS*Vs3lCBJeqF9-xaCXVe6a0Tazl3OGQOowrlQY86P0T0bjeXyHQHXvbK2k0917YAk3NUUWoY kdbLAFSja_ZyGD_J9rPdpLpMXv70xQdk2JcyP7jBfHtel7fEeyShTooGdBnx_Of=

vqMq_46R65RkCg/https*3A*2F*2Furldefense.com*2Fy3*2F__https*3A*2Furl.email protection.link*2F*3FbfT7kURktPT4OcAVwGxJiWTSClhzafxl90b4UbZlp zUamx9C8Ne2oZ-zSoorfNlSjpipLsRE0fqM1WAWnR9nf0AtqNRqmTVdU8WdGcBR-I4vJbXxasbvUm3g57awGoSRA54R3y-tyNKb_CFuMBSGSqEGULJv152Le6hDYIVqMcrJwoda_5RtdTqT_oQszzBkCy ggr07VhQK9wEgeooBCatfNUIh4qrBjg-8z_2q2d_jzuMpw54RUZ-glEnTmnROOr__*3B*21*21FyuN5H5wA9FHaKde*21v-AGRbHu80Nbj_Uab3-fL9Tu2u18Jo72oIMGpT-AOTvDVuHVMaWJhIpZlZEJgAXxdT25tyI6*24__;JSUIJSUIJSUIJSUIJSUI!Fy uN5H5wA9FHaKdelqVaonorhoryFMQIK7_mDi6iN9v8WxBG9O_TW8QhlN94 UtVWEFztG_KPwQ_dRv53bKuwxitc$>

From: Andrew Brener
<▨@douglasbarker.com<mailto:▨@douglasbarker.com>>
Sent: Thursday, November 4, 2021 1:40:33 PM
To: Abigail Duffy
<ADuffy@charlestoncounty.org<mailto:ADuffy@charlestoncounty.org>>; Ferderigos, Spiros S.
<sferderigosj@sccourts.org<mailto:sferderigosj@sccourts.org>>; Ken Peck
<▨@thepeckfirm.com<mailto:▨@thepeckfirm.com>>; Nicole L. Paluzzi
<NPaluzzi@charlestoncounty.org<mailto:NPaluzzi@charlestoncounty.org>>
Cc: Daryn Barker
<▨@douglasbarker.com<mailto:▨@douglasbarker.com>>; Ferderigos, Spiros S. Secretary (Scarlet Bott)
<sferderigosse@sccourts.org<mailto:sferderigosse@sccourts.org>>
Subject: Re:

I have spoken to _____. We would similarly leave the decision up to your discretion but she feels as though continued incarceration is in _____ s best interest at this point.

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

Get Outlook for iOS<https://urldefense.com/v3/__https://secure-
web.cisco.com/1p_I0ywoZAP1gOJLQfiYz1XQ4Ye13dGM0Y-
SPBlz4Hexm0cObfRiKeqq9bN-Rj4NbvuXnTSMnx0pl-
a8P0SiNdOSNNvL30BSMN64dRRZbXiN0mj3x5EJ2f3Ve73yuq6VdSNjz7pxNy
kDsyEKejQwZw5eId5XRwBUWieVjwSoO341wXl6qcQ8D2uJlo8mrUlWYHPf
LPWSqF9btGtHToZT6tvpteGNgca8awzx7YJDHSKF3OeW6DS2Gg57JMzNbvj
_4egGokXXt0Q3v7hnFmdLexygPlOJLGO0aykoOle-
gR0wu_IxR20XMtHxTpAGzBfwCStVs3ICBJeqF9-
xaCXVc6a0TazBOGQOwflQY86P0T0bjiCXyHQHXvbK2k09l7YAkr3NUJUWoY
kdbLAFSja_ZyGB_J9rPdpLpVXv70xQdk2JeyF7jBfH1el7fEevSbTooGdBnx_Of
=
vqMq_46R65RkCg/https*3A*2F*2Furldefease.com*2Fv3*2F__https*3A*2Furl.
emailprotection.link*2F*3PbTT7kURktPT4OcAVwGxIiWTSCJhzafxl90b4UbZIp
zUamx9C8Ne2qZ-
zSoorfNlSipipLsRE0fgM1WAWnR9nf0AtqNRqmTVdU8WdGcBR-
I4yJhXxasbvUm3g57awGoSRA54R3v-
tyNKb_CFuMBSGSqEGULlv152Le6hDYIVqMcrJwoda_5RIdTqT_pQazvBkCy
ggi07VhQK9wEgeooBCutfNUIh4qrBjg-8z_2q2d_jzuMpw54RUZ-
gll6nTmnROOr__*3B*21*21FyuN5H5wA9FHaKde*2ly-AGRbHu80Nbj_Uab3-
fL9Tg2u18Jo72otMGpT-
AOTvDVuHVMaWJhIpZlZEJgAXxcT25tyl6*24__;JSUIJSUIJSIIIJSUIJSUIIFy
uN5H5wA9FHaKdclqVaouorhoryFMQIK7_mDi6iN9y8WxBG9O_TW8QhlN94
UtVWEFztG_KPwQ_dRv53hKuwxitc$ >


From: Abigail Duffy
<ADuffy@charlestoncounty.org><mailto:ADuffy@charlestoncounty.org>>
Sent: Thursday, November 4, 2021 8:57:32 AM
To: Ferderigos, Spiros S.
<sferderigosj@sccourts.org<mailto:sferderigosj@sccourts.org>>; Ken Peck
<████@thepeckfirm.com<mailto████@thepeckfirm.com>>; Nicole L.
Paluzza
<NPaluzzi@charlestoncounty.org<mailto:NPaluzzi@charlestoncounty.org>>;
Andrew Brener
<████@douglasbarker.com<mailto:████@douglasbarker.com>>
Cc: Daryn Barker
<████@douglasbarker.com<mailto:████@douglasbarker.com>>; Ferderigos,
Spiros S. Secretary (Scarlet Bott)
<sferderigosse@sccourts.org<mailto:sferderigosse@sccourts.org>>
Subject: RE:                                    3


And Mr. Brener as Ms. Barker is out of the office.


Abbey


-----Original Message-----
From: Abigail Duffy
Sent: Thursday, November 4, 2021 8:54 AM
To: Ferderigos, Spiros S.
<sferderigosj@sccourts.org<mailto:sferderigosj@sccourts.org>>; Ken Peck
<████@thepeckfirm.com<mailto████@thepeckfirm.com>>; Nicole L.
Paluzzi

<npaluzzi@charlestoncounty.org<mailto:npaluzzi@charlestoncounty.org>>
Cc: @douglasbarker.com<mailto:@douglasbarker.com>>; Ferderigos,
Spiros S. Secretary (Scarlet Bott)
<sferderigossc@sccourts.org<mailto:sferderigossc@sccourts.org>>
Subject: RE:

I am looping in Ms. Nicole Paluzzi as it is apparent that an emergency motion is
likely. The state has resources for hospice care through the hospitals and they are
better equipped than we are to handle this situation. This is a jail, designed to
housed persons awaiting trial; not a hospital, where palliative care can be
provided. I will await Ms. Barker's response, but believe that we need to have
something in the works by the end of the day.

Abbey

-----Original Message-----
From: Ferderigos, Spiros S.
<sferderigosj@sccourts.org<mailto:sferderigosj@sccourts.org>>
Sent: Thursday, November 4, 2021 12:19 AM
To: Ken Peck <@thepeckfirm.com<mailto:@thepeckfirm.com>>
Cc: Abigail Duffy
<ADuffy@charlestoncounty.org<mailto:ADuffy@charlestoncounty.org>>;
@douglasbarker.com<mailto:@douglasbarker.com>>; Ferderigos,
Spiros S. Secretary (Scarlet Bott)
<sferderigossc@sccourts.org<mailto:sferderigossc@sccourts.org>>
Subject: Re

CAUTION: This email originated outside of Charleston County. Do not click
links or open attachments from unknown senders or suspicious emails. If you are
not sure, please contact IT helpdesk.

Thank you Mr. Peck. When is the house closing so that            's purge
conditions will be met? Is there a date on that? I will further wait to hear from
Mrs Barker regarding her client's position.

Sent from my iPhone

On Nov 3, 2021, at 6:33 PM, Ken Peck
<@thepeckfirm.com<mailto:@thepeckfirm.com>> wrote:

*** EXTERNAL EMAIL: This email originated from outside the organization.
Please exercise caution before clicking any links or opening attachments. ***
Dear Judge Ferderigos,

Thank you for your quick and thoughtful response.

This is a very difficult situation and heart breaking situation. Emotions and facts
pull us in different directions.

7

I forwarded to          , the correspondence from Ms. Duffy and you. Mr.
          is the grandfather of          .

          certainly has no ill will toward his grandson or desire to keep
          incarcerated.          very much wishes things had turned out
differently in life for his grandson.

Nonetheless          perceives that it would be in          's best
interest to remain in the detention center in light of the deteriorating state of
          's physical and mental health. If          was discharged from the
detention center,          would lack the financial ability to obtain housing
and medical care. He would also be unable to care for himself. Moreover, from
Ms. Duffy's correspondence, it appears that          may lack the ability to
make decisions that would be in his best interest.

It is our understanding that          's father has essentially walked away
from him, and          cannot care for him. There are no other family
members who could provide          a place to live or care for his
significant medical needs.

We leave the decision in your discretion, but we perceive that the quality of
          's remaining life will be better if he remains incarcerated.

Thank you for asking for our thoughts.

Ken
Kenneth E. Peck
The Peck Law Firm, L.L.C.
950 Houston Northcutt Drive
Suite 105
Mount Pleasant, South Carolina 29464
(843) 800-2928
https://urldefense.com/v3/__https:/thepeckfirm.com/__;!!FvuuN5l5wA9FHaKdu!
stGL5QRW7Rwbozl-I2uWBII-
XJVJE2zoZL1JbvXtIo3vOZqhiX8mI-CnUgP0OoSarf-5pV6iBI$<https://urldefen
se.com/v3/__https://secure-
web.cisco.com/1JzAN5uLc57PHp8HNBO3L_bOksFs0b4Sk41KWDN0LFf9K4f
G1neUAVdD_h7ylSxDl-sItRomJoL51PBVMXaPT6zxvAUiPkg7en8sTPaddKp
eAufmu8-
KRkV4Tljb0ZT2O69AuGOzpcA7IMKTW6_nAocgjQRNZl4s2m11pq6vWACix
dcMtLotd2K3CO8se5QhQeYwWvDL8kKGdRg9qhxx4VngpqDcixewuzsF2eD
KpcSv9WVQnToSGKaiqgJj2see6fb7FJzRGborgNm4zxt0PwXy1CCWb7rezi_a
wcHGiiLmpSXR4lgdPCLwSL9rivODeAIi-
CP_H6L6lvMA72wekrDvx12BQE6fb0B7j0exV7cSQdnTc7uEppCeC4jpUP3W4
IH3rjiTkoKJVNzlV50ULdBQ2Sepn1CnHOQcSm-TT5JRH1WGc3MgWOfEpeL
gxhQfyXRrsU8cwuJQaNGVrtwoGCA/https*3A*2F*2Furlcefense.com*25v3*2
F__https*3A*2Furl.emailprotection.link*2F*3FhOB3sl_3_-
QkS9sFUAtE9THrcBjEVhXCJRSHhl904StAmV-
W_aWQHuTVnNUaRaqlYpHHXGRoxqr-
X50kYkyqLd7U1YtBSlr4z2wvTSfx9J3T7ocmFOgz0GyKmtA9I5K_vI5gaqEK
sZLUzYVNqnMFcfAT3l5wtCPl7eG5SVbrfUt6mjbzHlYLzWd_U4t0AN1L0xYfq

ELECTRONICALLY FILED - 2024 Dec27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000654

TMcYwsu-2MYEk06A*2A*2AA   *3Bfn4*21*21FyuN5H5wA9FHuKde*21-v-AGRkH0n80Nbj_Ha-3-0_9Tg2u18in72ofMGuT-

AOTvDVuHVMsWJhlpZIZEJgAXxdQQZTGH6*24__;!SU!!SU!!SU!!SU!!SU!!QH!FynN5H5wA9FHaKd-lqVauxurbyvFMQIK7_mD.GiN9v8WxBG9O_TW8Q hIN94UEVWTPzt(i_XPw()_dRv535iRDpk-mc$ >

<https://urldefense.com/v3/   https://secure-web.cisco.com/1vs1FbzBL3KueQHUTwLsEuCRBpw3mmseoaMoWyMj0moM 9t4o%ziNspnmV5A1sstop_h4MNz4cPLwHQHhKiNw4iZLIK(i47XcJvVU3hzA Dzr8A3gOhvVS1PCPr8GHQahDkRJJR9SAKOy_nWnbFeJFRsOscdaQB3MedP oQpyUOGipMWWNsuC3UOF3JJgaBqTXhj7-Dlj3o9K05-uML11SELmRQGBIHY1313C373g3_uTeb8L-

AFyyPhYzVMMAXF5HIm0SiGpxv8igvwlqJoxRvvH(YaWABiPpvatPcLXSF8V 4zF3WsM8FaCOCCzuhi8Q3WKevpzz-MumbJ-a-xvfQyT-zZY00K1sUCOCZJiTy6jblsRhyJnNZH2ORm9_JCMzMc1PTBnrCatPgg oCN_gFgnfYLC_HkZqu-i-

gzXJkYu4WgOAG_SHrv7N4VRdgmdVXKvnD5FSpVQiUw-9stHVShG8VJI-//altps*?3A*2r*2FthopaekfirmacomQ*2F__;JSU!!JQ!!FynN5H5w A95HaKdelsGU5QBW7RwbozL12nWBJI-XJVJE2zoZ7.11bvXQtBv0ZuuiX8rrLCnUuP0Qo6as?_uv-TNr2YS

<https://urldefense.com/v3/__https://secure-web.cisco.com/1aKWZQGWhaLk4zVwNNfl9xJk19ZjkhMbz_1lyIQdBHFaTnr TI-NKLydewgVL5GYF_Z3kowpVtsMJnjEb3VJnKirdCCLrkJiuVKHUjm4zuSA uIiqm-onPrSSI9b-hPFvcnodl6acCHOm-99vMu?)zl0k8zi3sal1Xv Y5W94PbVilhM4 TeYvw8Xnr76qZRYtuHIDXI39Q5P-Mtd4mRa-ksvCs6l7u11Ms6MrJ0mUWuAznKND3iA2O5ymN0S-V-8QYAaz2w6hHlm(Qxr_cvbYt_mVjtl3-mb5JBuslxtYeTMXI5l?5l1gLl16:TQdrI_Ux94 KiJR3hSXeEAGeGA2iE8FeVsWcP10tP89RXFHEHTWE55CTDinAHMDebbc5 H9Z7SnQuSIVksRsxB5WjQikyA5uA-5ll!51X7)0DexhkYq6Mgg1N5gt1YeWZslg5HHaRQ()vi)VWpqlE154CCJ5IWSkt8J Vx-

5CxMzNb5qNuCO5YhlTA/https*3A*2F*2FurldefensecomQ*2Fv3*2F___hltos*3A *2FurlcrtailprotectionlinkQ*2F*30ckWP1IdNGX!0Z0xIFNGjlKZ30ct1crwvP8tAn vA_H-gkXcj339O_x6CpBJ0bbQ7QBOO3k78.sEmLTi5t_A-KG8ssmCnrJYIE_x3!gcZS3ILgPlyqqr1I(Wj4pSVmlavGG3wArBWADXv-qylbaFhrEOmK(V_1AwdTY27AA8jPMd47nps_g14vrhzQPPUrInVzMBKjun8OAGAS2-

9ADuziX16rzExUYZJcUgbZF8sq2WkUuFUJ8HyIQvGJrnJJ0iu4ojk2Q4wb821-p5rwCRxnrSnDPvFowqC4TVajy2tnG152J16FrIRAiyk6mzJ73qpZfpLQArLIOa4CQk iY0lIgprhfSIRo7qXmSghMU4P-AjShMri-

SB5FvIEh8S5.oW8LzuGKQDNirtewXNxW6bwRTiLpOJB2G8EdFw8HBQfsGq CP5rsKQUCnWcDyKw5spsXRCiDZKy4MWTPDPsQWYXQuig6izolsXNr3qa o19a5Pd5-wDbdRIXz0T2u6W_TFJplevCOGARU3-

7IhiYsGvLjEsDRRCbX5AXIRJTuxER7s-54RmWVzHRI2-rCN_aYyqsw21rjRW7QuJzj-eWUaVJn6AXqsNreLLlehQvz8MG4VV5GREINqLb7FtFUJGVKay-VquxGQYeV73zJHQp3Bwr84KHEVUJ51K-MeSjM03FKsVOVyzL4nqaEYLLnLCsiKecIvgXCg_XEu3jNyEq4lb0HXma6cSB UbU_ZuS6Vi7mWkB2qR3oAjs2dibPBW-amkABRYcciQFGxx8Pm7RCX)-*13B*21*21FyuN5H5wA9FHaKde*21v-AGRtH-j8QNbi_Uzb2-fl.9Tg2u18Jo72ofMGpT-

AOTvDVuHVMsWJhlpZIZEJgAXxdcsTi2vs*24__;!SU!!SU!!SU!!SU!!SU;JH!Py

9

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000654

uN5H5wA9FHaKdclqVaouorhorvFMQIK7_mDi6iN9v8WxBG9O_TW8QhlN94
UtVWBPztG_KPwQ_dRv53bfFPkosI$ > > Your Divorce Matters.

From: Ferderigos, Spiros S. [mailto:sferderigosj@sccourts.org]
Sent: Wednesday, November 3, 2021 5:19 PM
To: Abigail Duffy
<ADuffy@charlestoncounty.org<mailto:ADuffy@charlestoncounty.org>>
Cc: ▮▮▮@douglasbarker.com<mailto:▮▮▮@douglasbarker.com>; Ken Peck
<▮▮▮@thepeckfirm.com<mailto:▮▮▮@thepeckfirm.com>>; Ferderigos,
Spiros S. Secretary (Scarlet Bott)
<sferderigossc@sccourts.org<mailto:sferderigossc@sccourts.org>>
Subject: RE:

Mrs. Barker and Mr. Peck - Do you agree to an early release?

Ms. Duffy – If the parties do not agree, you are welcome to file a motion
requesting an early release for the Court's consideration so the parties can all be
heard on the matter.

Spiros S. Ferderigos, Judge
The Family Court of the Ninth Judicial Circuit Charleston County Judicial Center
100 Broad Street, Suite 241
Charleston, SC 29401

From: Abigail Duffy
<ADuffy@charlestoncounty.org<mailto:ADuffy@charlestoncounty.org<mailto:A
Duffy@charlestoncounty.org%3cmailto:ADuffy@charlestoncounty.org>>>
Sent: Wednesday, November 3, 2021 2:50 PM
To: Ferderigos, Spiros S.
<sferderigosj@sccourts.org<mailto:sferderigosj@sccourts.org<mailto:sferderigos
j@sccourts.org%3cmailto:sferderigosj@sccourts.org>>>
Cc: ▮▮▮@douglasbarker.com<mailto:▮▮▮@douglasbarker.com<mailto:▮▮▮@do
uglasbarker.com%3cmailto:▮▮▮@douglasbarker.com>>;
▮▮▮@thepeckfirm.com<mailto:▮▮▮@thepeckfirm.com<mailto:
@thepeckfirm.com%3cmailto:▮▮▮@thepeckfirm.com>>
Subject:
Importance: High

*** EXTERNAL EMAIL: This email originated from outside the organization.
Please exercise caution before clicking any links or opening attachments. ***
Your Honor,

It was brought to my attention today during a review of "permanent" patients in
the medical ward that ▮▮▮ was given a prognosis of 6 months just prior
to his entry here on July 21, 2021. Since that time, he has decompensated as
predicted and, as you can see below, has reached end stage liver failure. I am
asking at this time that the Court consider compassionate release as incarceration
is no longer appropriate in this circumstance as it does nothing to further equity. I
certainly agree with the Court's ruling, but with the minimal time left (both on his

sentence and his life expectancy) and the jail's resources stretched thin, I am
hopeful that we can agree that release is the appropriate course of action in this
matter. If I can be of further assistance, please let me know.

Respectfully,

Abbey Duffy
Detention Director
Charleston County Detention Center

From: Parag Dalsania
< ████ @Wellpath.us<mailto: ████ @Wellpath.us<mailto: ████ @W
ellpath.us%3cmailto: ████ @Wellpath.us>>>
Sent: Wednesday, November 3, 2021 12:07 PM
To: Abigail Duffy
<ADuffy@charlestoncounty.org<mailto:ADuffy@charlestoncounty.org<mailto:A
Duffy@charlestoncounty.org%3cmailto:ADuffy@charlestoncounty.org>>>
Subject:


CAUTION:  This email originated outside of Charleston County.  Do not click
links or open attachments from unknown senders or suspicious emails.  If you are
not sure, please contact IT helpdesk.
Hello

I hope are doing great!

I was asked by Captain Driskell to send a medical summary regarding
         Please let me know if you need any further information.

                   , is a 39 year old male currently housed in the Medical
Infirmary Current medical condition and status

1)      Decompensated Advanced Liver Cirrhosis (liver failure) – END stage

2)      Hepatic Encephalopathy – (altered brain function)

3)      Grade II Esophageal Varices – thus could bleed any time

4)      Portal Vein Hypertension

5)      Abdominal ascites (fluid in his abdomen)

6)      Alcoholic Liver disease

7)      MSSA Bacteremia – secondary to Septic Portal Vein Thrombosis (Blood
infection) – completed antibiotics on 8/21

8)      Polysubstance abuse

9)      Seizure disorder

ELECTRONICALLY FILED - 2024 Dec 27 4:23 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

10) Severe Thrombocytopenia (low palettes count) — platelets are what prevents bleeding.

Overall condition and prognosis is poor, he has very limited functional abilities, often soiling himself, and has frequent bleeding due to liver failure. Given the liver failure, he has also encephalopathy (altered brain function, this is due to the liver not working and not removing toxins. This impaired his brain so that he has persistent confusion, disorientation, extreme sleepiness, slow movements, and at times slurred speech. And as it progress it can lead to unresponsive, unconscious and a coma. Overall given his condition, it would be in the best interest of the patient for him to be outside the facility.

Thanks
Dr. Dubunia

—— CONFIDENTIALITY NOTICE ·—· This message is intended only for the addressee and may contain information that is confidential. If you are not the intended recipient, do not read, copy, retain, or disseminate this message or any attachment. If you have received this message in error, please contact the sender immediately and delete all copies of the message and any attachments.

STATE OF SOUTH CAROLINA ) IN THE COURT OF COMMON PLEAS

COUNTY OF CHARLESTON ) CIVIL ACTION 2024-CP-10-06354

NEKEYA JONES, As Personal )
Representative of the ESTATE OF )
D'ANGELO D. BROWN, )
)
        Plaintiff, )
) ACCEPTANCE OF
v. ) SERVICE
)
CHARLESTON COUNTY, )
)
        Defendant. )
_____ )

I hereby certify acknowledge receipt of and accept service of the above captioned

**SUMMONS & COMPLAINT** on behalf of the Defendant, **Charleston County** on this _14TH_

day of ___January___, 2024.

_____
Signature

_David DeMaster - Atty for Charleston County_
Printed Name and Title

ELECTRONICALLY FILED - 2025 Jan 14 11:06 AM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006354

## Certificate of Electronic Notification

### Recipients

**Scott Evans** – Notification transmitted on 01-14-2025 10:59:37 AM.

**George Bryan** – Notification transmitted on 01-14-2025 10:59:37 AM.

**James Moore** – Notification transmitted on 01-14-2025 10:59:37 AM.

ELECTRONICALLY FILED - 2025 Jan 14 10:59 AM - CHARLESTON - COMMON PLEAS - CASE#2024CP1000854

ELECTRONICALLY FILED - 2025 Jan 14 10:59 AM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006354

***** IMPORTANT NOTICE - READ THIS INFORMATION *****
NOTICE OF ELECTRONIC FILING [NEF]

A filing has been submitted to the court RE: 2024CP1006354

**Official File Stamp:** 01-14-2025 10:59:27 AM

**Court:** CIRCUIT COURT

Common Pleas

Charleston

**Case Caption:** Nekeya Jones VS Charleston County Of

**Event(s):**

Notice/Notice of Appearance

David Allan DeMasters

This notice was automatically generated by the Court's auto-notification system.

**The following people were served electronically:**

**Filed by or on behalf of:**

Scott Christopher Evans for Nekeya Jones

George Waller Bryan, III for Nekeya Jones

James Bernice Moore, III for Nekeya Jones

**The following people have not been served electronically by the Court. Therefore, they must be served by traditional means:**

Charleston County Of